# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL LEE CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-292 ERIE |
| ) | |
| UNITED STATES OF AMERICA, ) | JUDGE MCLAUGHLIN |
| DR. OLSON, FCI-MCKEAN, ) | MAGISTRATE JUDGE BAXTER |
| DR. BEAM, FCI-MCKEAN, MR. SMITH, ) | |
| HOSPITAL ADMINISTRATOR, ) | Electronically Filed |
| JAMES F. SHERMAN, WARDEN ) | |
| FCI-MCKEAN, D. SCOTT DODRILL, ) | |
| REGIONAL DIRECTOR, ) | |
| HARRELL WATTS, ADMINISTRATOR, ) | |
| NEWTON E. KENDIG, ) | |
| BOP MEDICAL DIR. ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this _____ day of August, 2005, upon consideration of Defendants' Motion to Extend Time to File a Responsive Pleading and/or Dispositive Motion,

IT IS HEREBY ORDERED that said Motion is GRANTED, and Defendants shall file their responsive pleading and/or dispositive motion to Plaintiff's Amended Complaint in the above-captioned action on or before September 21, 2005.

_____, J.

cc:   Counsel of Record