USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

SCANNED

| PLAINTIFF | DARRYL LEE CHERRY | COURT CASE NUMBER |
|---|---|---|
| | | CA-04-0292 |
| DEFENDANT | UNITED STATES OF AMERICA | TYPE OF PROCESS |
| | | CIVIL |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  OFFICE OF THE UNITED STATES ATTORNEY, WESTERN DISTRICT OF PA.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  700 GRANT STREET, SUITE 400, PITTSBURGH, PA. 15219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DARRYL LEE CHERRY; REG. NO. 07928-078
FCI-MCKEAN
P.O. BOX 8000
BRADFORD, PA. 16701

| Number of process to be served with this Form 285 | 8 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

INCARCERATED PRISONER

Signature of Attorney other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE 4/2/05

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

REMARKS:  6/14/05

08/12/05 RETURNED TO COURT UNEXECUTED - NO RESPONSE TO WAIVER BY MAIL

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Darryl Lee Cherry )
    vs. )    Civil Action: 04-0292 Erie
U.S. Attorney )

## NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 06/22/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

    Thomas M. Fitzgerald
    United States Marshal
    Western District of Pennsylvania

By:  Sheila Blessing
    Administrative Clerk
    United States Marshals Service
    Western District of Pennsylvania
    August 12, 2005

## ORDER

AND NOW, this_____day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS **ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.