# Exhibit 1a

```
NERH4             *         PUBLIC INFORMATION              *    06-27-2005
PAGE 001          *             INMATE DATA                 *    09:05:26
                             AS OF 06-27-2005

REGNO..: 07928-078 NAME: CHERRY, DARRYL LEE
                      RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 814-362-8900   FAX: 814-363-6821
                                              RACE/SEX...: BLACK / MALE
FBI NUMBER.: 115684L2                         DOB/AGE....:          / 52
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 06-20-2008                       PAR HEAR DT:
--------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-02-2003 0815 CURRENT
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-02-2003 0815 05-02-2003 0815
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-02-2003 0601 05-02-2003 0815
LEW    HLD REMOVE  HOLDOVER REMOVED              05-02-2003 0601 05-02-2003 0601
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  04-28-2003 1655 05-02-2003 0601
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 04-28-2003 1655 04-28-2003 1655
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-28-2003 0900 04-28-2003 1655
OKL    HLD REMOVE  HOLDOVER REMOVED              04-28-2003 0800 04-28-2003 0800
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  03-26-2003 1640 04-28-2003 0800
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 03-26-2003 1740 03-26-2003 1740
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-26-2003 1115 03-26-2003 1740
MIL    HLD REMOVE  HOLDOVER REMOVED              03-26-2003 1115 03-26-2003 1115
MIL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  12-06-2002 1120 03-26-2003 1115
I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-06-2002 1120 12-06-2002 1120
I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-24-2002 0530 12-06-2002 1120
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-24-2002 0530 10-24-2002 0530
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-23-2002 0945 10-24-2002 0530
OKL    HLD REMOVE  HOLDOVER REMOVED              10-23-2002 0845 10-23-2002 0845
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-15-2002 1810 10-23-2002 0845
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-15-2002 1910 10-15-2002 1910
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-15-2002 0953 10-15-2002 1910
LEW    HLD REMOVE  HOLDOVER REMOVED              10-15-2002 0953 10-15-2002 0953
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-03-2002 1341 10-15-2002 0953
S15    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-03-2002 1341 10-03-2002 1341
S15    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-03-2002 1025 10-03-2002 1341
MCK    FED WRIT    RELEASE ON FEDERAL WRIT       10-03-2002 1025 05-02-2003 0815
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 09-12-2001 1206 10-03-2002 1025
MCK    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 09-12-2001 0924 09-12-2001 1206
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-30-2000 0825 09-12-2001 0924
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-30-2000 0825 06-30-2000 0825
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-30-2000 0522 06-30-2000 0825
LEW    HLD REMOVE  HOLDOVER REMOVED              06-30-2000 0522 06-30-2000 0522
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  06-12-2000 1741 06-30-2000 0522
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-12-2000 1741 06-12-2000 1741
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-12-2000 1015 06-12-2000 1741
OKL    HLD REMOVE  HOLDOVER REMOVED              06-12-2000 0915 06-12-2000 0915




G0002      MORE PAGES TO FOLLOW . . .
```

```
 NERH4            *          PUBLIC INFORMATION          *      06-27-2005
PAGE 002          *             INMATE DATA              *      09:05:26
                              AS OF 06-27-2005

REGNO..: 07928-078 NAME: CHERRY, DARRYL LEE

                     RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 814-362-8900    FAX: 814-363-6821
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   05-23-2000 1430 06-12-2000 0915
1-S    RELEASE     RELEASED FROM IN-TRANSIT FACL  05-23-2000 1530 05-23-2000 1530
1-S    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-15-2000 0712 05-23-2000 1530
CNO    ADMIN REL   ADMINISTRATIVE RELEASE         05-15-2000 0612 05-15-2000 0612
CNO    A-ADMIN     ADMINISTRATIVE ADMISSION       05-15-2000 0605 05-15-2000 0612




G0002      MORE PAGES TO FOLLOW . . .
```

```
NERH4               *           PUBLIC INFORMATION          *      06-27-2005
PAGE 003            *              INMATE DATA              *      09:05:26
                                 AS OF 06-27-2005

REGNO..: 07928-078 NAME: CHERRY, DARRYL LEE

                    RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 814-362-8900    FAX: 814-363-6821
PRE-RELEASE PREPARATION DATE: 12-20-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-20-2008 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TEXAS, EASTERN DISTRICT
DOCKET NUMBER...................: 9:99CR00013-001
JUDGE...........................: COBB
DATE SENTENCED/PROBATION IMPOSED: 04-28-2000
DATE COMMITTED..................: 06-30-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:  $100.00          $00.00            $00.00        $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1)   POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    121 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 05-10-1999




G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:04-cv-00292-SJM-SPB    Document 20-3    Filed 09/21/2005    Page 5 of 5

```
   NERH4           *        PUBLIC INFORMATION        *     06-27-2005
PAGE 004 OF 004    *           INMATE DATA            *     09:05:26
                               AS OF 06-27-2005

REGNO..: 07928-078 NAME: CHERRY, DARRYL LEE

                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900    FAX: 814-363-6821
------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-04-2002 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-28-2000
TOTAL TERM IN EFFECT............:   121 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 05-10-1999

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     05-10-1999    04-27-2000

TOTAL PRIOR CREDIT TIME.........: 354
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 352
TOTAL GCT EARNED................: 222
STATUTORY RELEASE DATE PROJECTED: 06-20-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 06-07-2009


PROJECTED SATISFACTION DATE.....: 06-20-2008
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```