# Exhibit 1b

Case 1:04-cv-00292-SJM-SPB    Document 20-6    Filed 09/21/2005    Page 1 of 8

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: CHERRY, DARRYL L  07928078  AB  FCI-MCKEAN
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

I AM NOT SATISFY WITH THE RESPONES I AM GETTING FROM MEDICAL AND ADMINISTRATION HERE I NEED TO BE TREATED FROM MY DISEASE NOT MONITOR I CAN BE CURE IF TREATED AGGRESSIVELY. LIVER BIOPSY IS THE GOLD STANDARD FOR JUDGING THE SEVERITY OF THE HEPATITIS C DISEASE. I NEED HELP WITH MY DISEASE BEFORE IT GET WORSE.

6/1/04  
DATE

Darryl Lee Cherry  
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE                                                    GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY                CASE NUMBER: 326198-A1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

000001

DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)  
APRIL 1982

Administrative Remedy No. 326198-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you request a liver biopsy and treatment for your Hepatitis C infection.

A review of your medical records reveals your ALT levels have been consistently normal or very near normal for the past two years. BOP guidelines for the treatment of Hepatitis C are based on a large body of scientific literature, much of which is summarized in the NIH Consensus Conference Statement: "Management of Hepatitis C, 2002." These guidelines do not recommend treating every patient with Hepatitis C, since significant liver disease develops in only about 15% of those who are infected. It takes 20 years or more for cirrhosis to develop in this 15% of infected individuals. The serum ALT level is used as an indirect indicator of liver inflammation. Recent research has shown that individuals with persistently normal or near-normal ALT levels are unlikely to have significant or progressive liver disease.

We concur with the findings and decisions of the Institution and Regional Office in that the medical care you are receiving at this time is appropriate. Accordingly, your appeal is denied.

July 21, 2004
_____                          _____
     Date                                Harrell Watts, Administrator
                                         National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: CHERRY DARRYL L   07928-078   A B   FCI McKEAN
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

I am not satisfy with the responses I am Geting from medical administration here. I need to be treated for my disease. Not monitor it. I can be cured if treated aggressively. Liver biopsy is the gold standard for judging the severity of the Hepatitis C disease. I need serious medical need.

4/5/04                              Darryl Cherry
DATE                                SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

CASE NUMBER: 326198-R1

FIRST COPY: REGIONAL FILE COPY

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

000003

DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

CHERRY, Darryl
Reg. No. 07928-078
Appeal No. 326198-R1
Page One

## Part B - Response

In your appeal, you contend you are not receiving adequate medical care at FCI McKean for the Hepatitis C virus. You state you have not received a liver biopsy, which believe is the current curative treatment for your condition.

A review of your appeal reveals the Warden correctly summarized the medical care you are receiving. Additionally, you were recently evaluated by a staff physician on February 4, 2004. He noted you were not in pain. The physician did not indicate you required a liver biopsy nor that you met the Bureau criteria for interferon and ribaviron treatment at that time. He discussed diet and medication with you and planned to see you again for follow up care. If you still have concerns regarding diet and medication, you must raise these concerns at your next chronic care clinic visit. Medical staff advise that you are receiving appropriate medical care. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administration Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: May 6, 2004

D. SCOTT DODRILL
Regional Director

000004

U.S. DEPARTMENT OF JUSTICE                          REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____  _____  _____  _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT   INSTITUTION

## Part A- INMATE REQUEST

I have Hepatitis C Virus (HCV). The BOP has been aware of this not since the year 2000 (roughly). I have requested to be treated with the FDA approved Alpha Interferon and Ribavirin Virus. Thank you sir.

_____                          _____
2/13/04
DATE                                 SIGNATURE OF REQUESTER

## Part B- RESPONSE

_____                      _____
DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE         CASE NUMBER: _____

                                     CASE NUMBER: _____

## Part C- RECEIPT

Return to: _____  _____  _____  000005
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                      _____
DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

I have not had or been given a liver biopsy, which is necessary to determine the extent of damage already incurred to my ## liver and nor has, my genotyphe or strain strand been determine. I have not been avised what to eat or not to eat, I have not been advised what medicines to take, and not to take. niether have I been offered or, orclearthe diesease from my system. This desease, will not go away by it's self inface, in the absence, of treatment I may progress to cirrhosis end stage liver diesease and hepatocellulur carcinoma. Each of these is associated with premature mortality and considerable morbidty. The current protocol here, at Mckean would allow me or my liver to take a turn preventative me asures treatmant . The Mckean Protocol denies currative treatment, I was simply given sn out dated 1992 hepatitis, pamplet that is very very limited in respect to hepstitid-c. I believe that I'm entitled to the current curative treatment of, a combination of pegylated interferon and ribavirin, I also believe I'm entitled to a liver biopsy and examinations by an, exprienced gastroenterolgist or a hepatologist I hereby request all of the above in respect to my liver disease.

P.S. Physicians often fall short of curing and individual of hepatitis-c infaction because they don't treat it like any other chronic medical condition . I can be cured if treated aggressively. Liver biopsy is the gold standard for judging the severity of the disease.

CHERRY, Darryl
Reg. No.: 07928-078
MCK 326198-F2

## PART B-RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on February 19, 2004, in which you claim you are not receiving appropriate medical care for hepatitis C. Specifically, you request a liver biopsy and treatment with interferon and ribaviron.

An investigation of your complaint reveals you were diagnosed with hepatitis C, and placed on chronic care clinic, July 26, 2000. You are evaluated by the medical officer every three months at chronic care clinic. You are educated as to your condition at each clinic visit. The health services unit follows guidelines set forth by the medical director of the Bureau of Prisons for the treatment of hepatitis. You currently do not fit the guidelines to obtain a liver biopsy or receive medication. You will continue to be evaluated at regular intervals on clinic. If you experience problems with your health between clinic visits you may sign up for sick call.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

3/25/04
Date

James F. Sherman, Warden

000007