# Exhibit 1c

Case 1:04-cv-00292-SJM-SPB    Document 20-7    Filed 09/21/2005    Page 1 of 10

SF 95 (Face)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code) |
|---|---|
| REGIONAL COUNSEL, NORTHEAST REGIONAL OFFICE U.S. CUSTOM HOUSE - 7TH FLOOR, 2ND & CHESTNUT STREETS, PHILADELPHIA, PA. 19106 | DARRLY LEE CHERRY, REG. NO. 07928-078 FCI-MCKEAN, P.O. BOX 8000, BRADFORD PA 16701 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | | S | FROM JAN.2003-PRESENT | 24 HOUR/DAY & 7 DAYS/WK. |

8. Basis of Claim (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.) BOP MCKEAN MEDICAL STAFF NEGLIGENT REFUSAL TO TREAT MY HEPATITIS C VIRUS AND REFUSED MY REQUEST FOR A LIVER BIOPSY HAVE CAUSED ME PERMANENT LIVER DAMAGE, BACK PAIN, NUMBNESS, REDUCED VISION, MUSCLE AND JOINT PAINS.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.)
N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

SEE ATTACHED.

11. WITNESSES

OCT - 4 2004

| NAME | ADDRESS (Number, street, city, State, and ZIP Code |
|---|---|
| N/A | N/A |

12. (See instructions on reverse)    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $10, MILLION | N/A | $10, MILLION |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on revere side.) | 13b. Phone Number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Darryl Cherry* | N/A | 9/28/04 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

TRT-NER-2005-00083

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

(This form may be replicated via WP)

000001

<u>DARRLY LEE CHERRY      REG. NO. 07928-078       ADMINISTRATIVE TORT CLAIM</u>

Between January 2003 to present date, I repeatedly requested McKean BOP Medical staff in writing, verbally, and through institution health services visits, to treat my Hepatitis C virus which have been diagnosed by BOP and laced on chronic care clinic since July 26, 2000 by FCI-McKean BOP Medical staff. I repeatedly requested that I be treated with FDA approved interferon and ribaviron, and that liver biopsy be perform to determine the extend of my liver damage due to BOP staff negligent refusal to treat my Hepatitis C virus. BOP refusal to conduct a liver biopsy was to conceal the extend of damage to my liver and conceal the knowledge that Cirrhosis of the liver have occurred.

Chronic infection of the hepatitis C virus is associated with an increase of liver cancer. The prevailing concept is that hepatocellular carcinoma (HCC) (liver cancer) occurs against a background of inflammation (Hepatitis) and regeneration. Most of the cases of HCC occur in the presence of Cirrhosis.

If left unteated as BOP is currently doing, Hepatitis C, Cirrhosis can lead and often leads to death.

The Hepatitis C virus is a serious medical condition that the Bureau of Prisons (BOP) own statistic estimated infects thousands of inmates through out the prison system.

Since 1992, Hepatitis C. Cirrhosis has been treatable through the use of the drug, Interferon, and more effective drugs have been introduced since that time.

The use of Interferon has shown to lower the rate of progression of HCC (liver cancer) in patients infect with HCC.

The use of Interferon in Hepatitis C patients has been approved by FDA. I have exhaustive tried to informal resolve this matter but all my efforts have been fruitless. Please see attached.

000002

CHERRY, Darryl
Reg. No.: 07928-078
MCK 326198-F2

---

### PART B-RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on February 19, 2004, in which you claim you are not receiving appropriate medical care for hepatitis C. Specifically, you request a liver biopsy and treatment with interferon and ribaviron.

An investigation of your complaint reveals you were diagnosed with hepatitis C, and placed on chronic care clinic, July 26, 2000. You are evaluated by the medical officer every three months at chronic care clinic. You are educated as to your condition at each clinic visit. The health services unit follows guidelines set forth by the medical director of the Bureau of Prisons for the treatment of hepatitis. You currently do not fit the guidelines to obtain a liver biopsy or receive medication. You will continue to be evaluated at regular intervals on clinic. If you experience problems with your health between clinic visits you may sign up for sick call.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

3/25/04
Date

_____
James F. Sherman, Warden

000003

CHERRY, Darryl
Reg. No. 07928-078
Appeal No. 326198-R1
Page One

---

### Part B - Response

In your appeal, you contend you are not receiving adequate medical care at FCI McKean for the Hepatitis C virus. You state you have not received a liver biopsy, which believe is the current curative treatment for your condition.

A review of your appeal reveals the Warden correctly summarized the medical care you are receiving. Additionally, you were recently evaluated by a staff physician on February 4, 2004. He noted you were not in pain. The physician did not indicate you required a liver biopsy nor that you met the Bureau criteria for interferon and ribaviron treatment at that time. He discussed diet and medication with you and planned to see you again for follow up care. If you still have concerns regarding diet and medication, you must raise these concerns at your next chronic care clinic visit. Medical staff advise that you are receiving appropriate medical care. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administration Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: May 6, 2004

D. SCOTT DODRILL
Regional Director

000004

Administrative Remedy No. 326198-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you request a liver biopsy and treatment for your Hepatitis C infection.

A review of your medical records reveals your ALT levels have been consistently normal or very near normal for the past two years. BOP guidelines for the treatment of Hepatitis C are based on a large body of scientific literature, much of which is summarized in the NIH Consensus Conference Statement: "Management of Hepatitis C, 2002." These guidelines do not recommend treating every patient with Hepatitis C, since significant liver disease develops in only about 15% of those who are infected. It takes 20 years or more for cirrhosis to develop in this 15% of infected individuals. The serum ALT level is used as an indirect indicator of liver inflammation. Recent research has shown that individuals with persistently normal or near-normal ALT levels are unlikely to have significant or progressive liver disease.

We concur with the findings and decisions of the Institution and Regional Office in that the medical care you are receiving at this time is appropriate. Accordingly, your appeal is denied.

July 21, 2004
Date

Harrell Watts, Administrator
National Inmate Appeals

000005





U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

---

*U.S. Custom House - 7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

October 13, 2004


Darryl Lee Cherry, Register No. 07928-078
Federal Correctional Institution - McKean
P.O. Box 8000
Bradford, PA 16701

Re: Administrative Tort Claim Dated September 28, 2004
    Claim No. TRT-NER-2005-00083

Dear Mr. Cherry:

This will acknowledge receipt on October 4, 2004, of your administrative tort claim for an alleged personal injury suffered at FCI McKean, "from January 2003 - present."

Under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2675, we have six months from the date of receipt to review, consider, and adjudicate your claim. Accordingly, you may expect to hear from us on or before April 2, 2005.

All correspondence regarding this claim should be addressed to me at: Federal Bureau of Prisons, Northeast Regional Office, Room 801, US Custom House, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106. If you have any questions about the status of your claim or if the circumstances surrounding this claim change in any fashion, you should contact me immediately. Also, should your address change, you should advise me accordingly.

Sincerely,

Henry J. Sadowski
Regional Counsel

cc: File

000007

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

**DATE:** March 24, 2005

**REPLY TO**
**ATTN OF:** Henry J. Sadowski, Regional Counsel

**SUBJECT:** Administrative Tort Claim No. TRT-NER-2005-00083

**TO:** Darryl Lee Cherry, Reg. No. 07928-078
FCI McKean

Your Administrative Tort Claim No. TRT-NER-2005-00083, properly received in this office on October 4, 2004, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $10,000,000.00 for an alleged personal injury. Specifically, you claim you have been denied appropriate treatment for your Hepatitis C virus, causing you permanent liver damage, back pain, numbness, reduced vision, muscle and joint pains.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals you were diagnoses with Hepatitis C on July 26, 2000, at which time you were placed on chronic care clinic. Since that time, you have been seen on chronic care clinic every three (3) months for evaluation. You have had lab work completed on a regular basis to check liver function. Your liver function tests have not been elevated significantly enough to meet the criteria to receive a liver biopsy or treatment with interferon/ribaviron. Your condition will continue to be monitored closely. You will be provided appropriate medical treatment for the symptoms you present. You fail to show you have actually experienced a personal injury as the result of negligence on the part of any Bureau of Prisons' employee.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: James F. Sherman, Warden, FCI McKean

000008

## ACKNOWLEDGMENT OF RECEIPT

### DENIAL OF TORT CLAIM

I, Darryl Lee Cherry, Reg. No. 07928-078, hereby acknowledge receipt this 29th day of _MARCH_, 2005, of the March 24, 2005, memorandum from Henry J. Sadowski, Regional Counsel, Northeast Region, Federal Bureau of Prisons, informing me of the denial of my tort claim (TRT-NER-2005-00083).

_____
Signature

Witnessed this 29th day of _MARCH_, 2005.

_____
Staff Witness

**FAX MEMO**
# PAGES: 1  DATE: 3-29-05  FAX #:
TO: NERO Legal
FROM: MCKEAN Legal
CO.
PH #:                    FAX #:

000009