# Exhibit 2a

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6-17-05 1190 | FU - Stasis Ulcer Rt foot area — pt c̄ Vascular Disease Low Extremities — Also thick fungal nails — need trimming. |

PE — thick overgrown Toenails
need Trimming —
obvious vascular Compromise
Both low extremities — Rt
foot healing okay — looking
good c̄ ∅ 2° Defect.

A — ① Stasis Ulcer — resolving — Rt foot
② Onychomycosis — Both
feet

Plan — ① Unaboot c̄ Ace Wrap.
② Trimmed Toenails.
③ rto × 1 wk

ATuty                    Jimmie S. Ward, PA-C
                        FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cheng, Daniel
07928-078

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000001

NSN:7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

5/11/05 1315

S: Re V of ankle ulcers. Pt states he is in a lot of pain, but it is better now.

O: NAD
Ext: noted crusted area of ankle bilateral, ⊖ exudate ⊖ edema, ⊖ erythema.

A: venous

P: ① Education – Flw in 2 days – Pt understands
② unna boots taken off and ankles cleaned c hibicleanse

Eric Asp PA-C
Eric Asp
PA-C

5/13/05 0945

S: Re V of ankles. C/o pain 9/10. Went against my advice and put silvadene & bandaged the area.

O: NAD
Noted ↑ ulceration of ankles bilateral

A: ulcers

P: ① Education – Flw in a week – Pt understands
② unna boots applied c adaptic & silvadene

Eric Asp PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Darryl
07928-078

REGISTER NO. 07928-078    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1




000002

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 5/27/05 0730 | Admis. Note — Came for medical supplies — gave 4 x 4's tape, silvadine oint given *J Glenn FNP-C* |
| 6/10/05 1100 | S: Re ✓ ankle, Pt states that (L) ankle is completely healed and doing great. States (R) ankle has some pain, pain level 5/10. Does state that he is doing much better over all. |
| | O: NAD |
| | Ext: (R) ankle c̄ intact skin, no pain to palpation. |
| | (L) ankle c̄ intact "wavy" skin c̄ some pain to palpation. |
| | A: stasis ulcers resolving |
| | P: 1) Education — leg care — Pt understands |
| | 2) Unna boot applied c̄ setopress to (R) ankle/leg |
| | 3) Clin 1 week for boot off & toenail trim |
| | 4) Bactrban oint apply to area BID dispense # 1 R-3 |
| | *Eric Asp PA-C* |
| | Eric Asp, PA-C |
| | FCI McKean |
| | Reviewed By: V. Geza, PharmD |

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrine
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: _Hepc_

SUBJECTIVE: (Chief Complaint)

**5/10/05** "I need to be in a wheelchair"

**1230** due for una boot change tomorrow

Med. Compliance: pain terribly he

OBJECTIVE: (Review System)  Age: **52**  Sex: Male  Race: _Cauc_

B/P: **110/60**  P: **70**  Wt: **230#**  T:  R/R:  SO2%:  Peak Flow:

HEENT: _OK_  Last Op / Opth. Eval.: —

Heart: _OK_

Lungs: _Wants something_
_understood_
_the risk of Hepc_

Abdomen:

Genital / Rectal:

Extremities: _URI — corn_

Neuro: _type 1a  ALT 59_  _yellow phlg_

Recent Lab Results:

ASSESSMENT(S)
_Jill Cochrat_  ( una boot off — wash se
_tomorrow_  silvadene —
DSM IV Classification / una boots both leg

Axis I:  Axis IV:

Axis II:  Axis V: GAF Score:

Axis III: _Periph Art Vasc D3_  / _Hepc_
_Bronchitis_

Preventive Care:  Exercise:

Tobacco Use:  Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED |
|------|------|------|------|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; No. or SSN; Sex; Date of Birth; Rank / Grade)

_Darryl Cherry_

REGISTER NO. **07928-068**

WARD NO.

**000004**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-84)

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)

Pain Level:   1   2   3   4   5   6   7   8   9   10

PLAN:

**Patient Education:**

( ✓ ) Discussed Test Results  ( ✓ ) Discussed Tx Plan

( ✓ ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ✓ ) No Smoking

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ✓ ) Patient Understood Topics  ( ) Verbalized Understanding

( ✓ ) Instructed If Problems or if running our of medication, should sign up for sick-call or
send cop-out.

**Diagnostic Studies:**  ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc
( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg ( ) Hepatitis Panel
( ) CXR ( ) EKG ( ) Others:

**Consultations:**  ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon
( ) Others:

*Off Coumadin 2-3 wk*
*elevate*

**Referral for Vaccination:**  ( ) Influenza ( ) Pneumococal ( ) Other:

**Return to Clinic for routine Follow-Up on:**  3 mo

**Treatments(s):**

*Motrin 800mg ; po tid #30 RF2*
*Bactrim DS ; po Bid # 20 RF0*
*Silvadene use QD #1 btls*
*Hctz 50mg ; po QD # 30 RF2*
*Kcl 10 meq ; po QD # 30 RF2*
*Trental 400 mg ; po tid # 90 RF2*

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**4/28/05**
**1130**

S: Re √ of ankle ulcers. states hurts sometimes

O. NAD

noted heels c verruci having area of white from treatment

A: venus stasis c verruci

P: ① Education — Flu in 1 week — Pt understands
   ② podophyllin applied to ankles bilateral c̄ difficulty

Eric Asp/
PA-C

**5/3/05**
**1310**

S: Re √ of ankle, Pt states severe pain and smell of ankles bilateral. Pain 10/10.

O. NAD

Ext: noted area of verruci white and peeling.
   ⊖ exudate, ⊖ erythema, ⊖ edema.

A: verruci

P: ① Education — Tx plan, Flu in 1 week — Pt understands
   ② area debrided bilateral, cleansed c̄ hibicleanse, providine
   ③ kitrodene, adapter, and unna boot applied bilateral
   ④ dle till 5/6/05

Eric Asp PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)   REGISTER NO. **07928-078**   WARD NO.

Cherry, Darryl
07928-078

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000006

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

**DATE:** 3/1/05 1300

S: Had inmate brought to Health Services to check on his ulcer (Cantile). States he took his unna boot off after 10 days. He is not having any pain.

O: NAD

ext: noted L ankle c intact skin and thin band of verruca (per biopsy) still present.

R ankle c similar band of growth

A: venous stasis c verruci

P: 1) Education — tx plan — Pt understands
2) Flu PRN
3) area of both ankles c growth had podophyllin applied the covered c bandaid. Instructed to leave on for 24 hours.

Eric Asp PA-C

**DATE:** 4/1/05

Adu labi,
Herpe = type Ib

Ph u C.C. Clinic

J. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Darryl
07928-078

REGISTER NO. 07928-078    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000007

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---|

**3/18/05**
**0900**

Institution *[illegible]* Sick call
needs refill ; P/u @ Clinic

Bacitracin *[illegible]* #1 RP5

Reviewed By:
V. Geza, PharmD

H. BEAM, MD.
FCI MCKEAN

**4/5/05**
**1330**

S: R✓ of ulcers. States doing great.

O: NAD
    EXT: noted area of rough skin at heel

A: verruca

P: ① Education — f/u every Tuesday — Pt understands ?
   ② heel c̄ podophyllin put on there.

Eric Asp PA-C
Eric Asp
PA-C

**4/15/05**
**1040**

S: R✓ of feet. States doing oh.

O: NAD
    EXT: noted improved rough area.

A: verruca

P: ① Education — f/u every Tuesday — Pt understands
   ② heel c̄ podophyllin applied to ® heel

Eric Asp PA-C



MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: _Hepc Peyhl Venou stasis_

SUBJECTIVE: (Chief Complaint)

**2/22/05 0940** — Tk bz C ACASD for venous stasis —
Ⓓ ankle health

Med. Compliance:

OBJECTIVE: (Review System)  Age: **52**  Sex: Male  Race:

B/P: **96/60**  P: **70**  Wt: **233**  T:   R/R:   SO2%:   Peak Flow:

HEENT: **o/c**   Last Op / Opth. Eval.: —

Heart: **OKW**

Lungs: **clr** ✓      _1 edig_

Abdomen:        _G ankle choswell_

Genital / Rectal:

Extremities:        Left Foot

Neuro:

Recent Lab Results:

ASSESSMENT(S): **ALT 51**

Diabetic foot Screen Test Ste

## DSM IV Classification

Axis I:              Axis IV:

Axis II:              Axis V: GAF Score:

Axis III: **Hepc Pynih venostasis**

Preventive Care:    Diet: **wather**  Exercise: **yes**

Tobacco Use: **no**          Medication Side Effects: **no**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
No. or SSN; Sex; Date of Birth; Rank / Grade

**Daryl Cherry**

REGISTER NO. **07928-078**   WARD NO. **000009**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

Pain Level:   1    2    3    4    5    6    (7)    8    9    10

PLAN:

① leg

Patient Education:

( X ) Discussed Test Results   ( X ) Discussed Tx Plan

( X ) Etiology, Complications, Prognosis, Prevention          Avoid NSAIDs

( X ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking

( X ) Medication Dosage / Administration / Compliance / Side Effects

( X ) Patient Understood Topics   ( X ) Verbalized Understanding

( ) Instructed If Problems or if running our of medication, should sign up for sick-call or
send cop-out.

Diagnostic Studies:  ( ) CBC / Dif  ( ) U / A  ( X ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo igg.  ( ) Hepatitis Panel
( ) CXR  ( ) EKG  ( ) Others:  Genotype

Consultations:  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
( ) Others:

Referral for Vaccination:  ( ) Influenza  ( ) Pneumococal  ( ) Other:

Return to Clinic for routine Follow-Up on:  3 mo

Treatments(s):

Hctz 50 mg 1 po QD #30 RF 2
Kcl 10 meg po QD #30 RF 2
Trental 400mg po tid #90 RF 2
Tylenol 500 mg 1 po bid #30 RF 6
Bacitracen use bid #1 RF 4

weekly visits
c po for dressing Δ

H. BEAM, MD
FCI MCKEAN

000010

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |

2/8/05
1030

S: Re √ of ℓ foot ulcer, Pt states that he is doing ok, but is getting a lot of drainage

O. NAD

Ext: ℓ ankle c̄ exudate - clear serous fluid. ⊖ erythema, ⊖ edema.

A: ulcer

P: ① Education° - Flu in 1 week - Pt understands

② renu boot applied c̄ ace wraps after cleaned c̄ hibiclens and silvadene applied.

*Eric Asp PA-C*

**Eric Asp**
**PA-C**

2/9/05
1215

admin note: Rx refill

Motrin 400 mg 1 PO BID pro pain dispense # 30 R-O

*Eric Asp PA-C*

Reviewed By:
V. Geza, PharmD

**Eric Asp, PA-C**
**FCI McKean**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (*For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.*)

Cherry, Darryl
07928-078

| | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000011

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 7/22/05 0930 | S: Re√ of ℝ ankle, Pt states doing well |
| | O: NAD |
| | noted weepy skin of ℝ ankle, ⊖ exudate |
| | ⊖ erythema, mild edema |
| | A: stasis ulcer |
| | P: ① Education — continue unna boot — Pt understands |
| | ② Area cleaned c̄ hibiclens, betadine, adaptic and unna boot applied —— |
| | ③ f/u in 1week |

Eric Asp, PA-C
FCI McKean

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**1/19/05**
**0700**

S: Emergency sick call. Pt states his (L) foot is very painful. Pain level 10/10. Pt states the area under the ulcer came off c̄ the ac'l plaster.

O: NAD  lab result biopsy - verruci vulgaris
Ext: noted area of skin were verruci came off skin is intact but skin is tender. ⊖ exudate —

A: Ulcer  ② verruci

P: ① Education — tx plan discussed c̄ Pt. - Pt understands
② idle × 3 days — given
③ area cleaned c̄ hibicleanse then silvadene, adaptic and unna boot applied
④ scheduled for unna boot 1/26, 2/2, 1/8
⑤ motrin 400 mg ī ō ī ī PO BID dispense # 32 R-O

Eric Asp PA-C

Reviewed By
V. Geza, PharmD

Eric Asp
PA-C

**1/26/05**
**1630h**

Admis (Note - PVD) Cutaneous Ulcer
Area Cleaned c̄ Hibiclens c̄ Dressing Silvadene ⊕
Unaboot ⊕ Ace Bandage
⊕ Healing Granulation & Infect. Pathology
RTC 2/2/05 & PRN
Edu. understands /agrees

Robert E. Piotrowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|
| 07928-078 | |

Cherry, Darryl
07928-078

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000013

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 1-26-05 1050hr | Admin. Note P/O Cutaneous Ulcer. Motrin Refill Motrin 400 mg @ i-ii PO BID PRN pain #32 1 Rfl 1/26/05 Robert E. Piotrowski, PA-C FCI McKean Dennis Olson, MD Physician |
| 2/3/05 1200 | S Here for recheck ulcer lt. foot and una boot ° Pain 6 on 1-10 scale O NAD area lt. foot healing s problem ⊕ granulation ° sign of infection A lt foot ulcer P 1) Area prepped 2) duoderm and unaboot applied, ace wrap to area 3) Educated on care of leg & foot 4) F/U 2/9/05 Rx 5) Motrin 400 mg i or ii po TID prn c̄ food # 30 NR J Glenn FNP-C |

Reviewed By:
V. Geza, Pharm D

AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/30/04 1050 | S: Re √ of (L) foot. states still no better O: NAD Ext: noted area of freshly healed ulcer c̄ area underneath c̄ callus. A: ulcer P: ① Education → f/u in 1 week - Pt understands ② bactrim oint apply to area BID dupine #1 R-3 Eric Asp PA-C |
| | Reviewed By: V. Geza, PharmD Eric Asp PA-C |
| 1/6/05 1045 | S: Re √ of (L) foot. States doing better. O: NAD Ext: noted intact skin c̄ callus area underneath the area improved A: ulcer P: ① Education - Rx use - Pt understands ② f/u in 1 week ③ salicylic acid plaster apply to area for 48 hours then remove 24 hour then reapply. dupine #4 R-3 Eric Asp PA-C |
| | Reviewed By: V. Geza, PharmD Eric Asp PA-C |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Darryl
07928-078

| REGISTER NO. | WARD NO. |
|---|---|
| 07928-078 | |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000015

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 1/13/05 0830 | S: Re V of ulcer |

S: Re V of ulcer

Pt states Tx plan going ok. No increase in pain.

O. NAD

EXT: (L) ankle c softened tissue under ulcer. Ulcer has remained unchanged.

A: ulcer

P: (1) Education - Continue care - Pt understands
(2) F/U in 1 week
(3) punch biopsy done - specimen sent out
(4) area cleaned a bacitrac c bandage applied

Eric Asp PA-C

Eric Asp
PA-C



NSN 7540-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

11/4/04
1025

S: Re V ulcer and unna boot change.
Pt has no complaints
O: NAD
Ext: noted (L) ankle c̄ healed ulceration. Normal skin tone
A: venus status ulcer
P: ① Education — F/u next wednesday — Pt understands
② unna boot applied s̄ difficulty

Eric Asp PA-C

11/10/04
1040

S: Re V of ulcer, Pt states he is doing ok
O: NAD
Ext: (L) ankle is intact s̄ any ulceration
A: venus status ulcer
P: ① Education — D/c all treatment — Pt understands
② F/u PRN

Eric Asp PA-C

12/6/04
0715

error
re 12/16

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Darryl
07926-078

REGISTER NO. 07928-078    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000017

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |
|------|---------------------------------------------------------------|
| 12/17/04 1000 | S: ulcer of (L) leg. Starts breaking down, needs unna boot. |
| | O: NAD |
| | EXT: noted ulceration of (L) leg at ankle tender to palpation |
| | A: status ulcer |
| | P: (1) Education — wound care — Pt understands |
| | (2) area cleansed c̄ hibiclens; selvodene and unna boot |
| | (3) f/u in 1 week |
| | *Eric Asp PAC* Eric Asp PA-C |
| 12/23/04 1000 | S: Re √ of leg. States feels ok, but sore, is painful. Pain level 7/10. |
| | O: NAD |
| | EXT: noted improved ulceration of (L) ankle |
| | A: status ulcer |
| | P: (1) Education — f/u in 1 week — Pt understands |
| | (2) area cleansed c̄ hibiclens, selvodene and unna boot applied. |
| | *Eric Asp PAC* Eric Asp PA-C |

SYMPTOMS OR SUBJECTIVE COMPLAINTS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

ATE

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other:

SUBJECTIVE COMPLAINTS:

**1/28/04**
**10:20**

Tx'd for @ leg stasis ds & redness
c/o pain in hip & @ ext fix                    Transf
                                                glen

Med. Compliance:

OBJECTIVE: (Review System) Age: **51**    Sex: Male    Race:

B/P: **110/70** P: **70**    Wt: **227** T:    R/R:    SO2%:    Peak Flow:

HEENT: **ac**    Last Op / Opth. Eval.: —

Heart: **oro**

Lungs: **ell**    @ ankle healing only

Abdomen: **no mass**    hemoscoppuro d/ted

Genital / Rectal:    to lateral malleos

Extremities:

Neuro:

Recent Lab Results: **AlC 55    LFP 607**

ASSESSMENT(S):

DSM IV Classification

Axis I:                          Axis IV:

Axis II:                         Axis V: GAF Score:

Axis III: **Hep c  Peph Van Dg Elden**

Preventive Care:    Diet: **water**    Exercise: **yes**

Tobacco Use: **quer**    Medication Side Effects: **no**

| PITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| ISOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

ENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; or SSN; Sex; Date of Birth; Rank / Grade

REGISTER NO. **07928-078**    WARD NO.

**Daryl Cherry**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STAN    RD FORM 600 (REV. 6-97)
Pr    nted by GSA / ICMR
Fire   (41 CFR) 201-202-1    **000019**

| DATE | SYMPTOMS. DIAGNOSIS. TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|------|---|

Pain Level:    1    2    3    4    5    6    (7)    8    9    10

PLAN:

Patient Education:
( √ ) Discussed Test Results  ( √ ) Discussed Tx Plan
( √ ) Etiology, Complications, Prognosis, Prevention
( √ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   (  ) No Smoking
(  ) Medication Dosage / Administration / Compliance / Side Effects
( √ ) Patient Understood Topics  ( √ ) Verbalized Understanding
(  ) Instructed If Problems or if running our of medication, should sign up for sick-call or send cop-out.

Diagnostic Studies:  (  ) CBC / Dif  (  ) U / A  (  ) LFT  (  ) Chem. Profile  (  ) Lipids  (  ) HgAlc
                     (  ) PSA  (  ) Viral Load  (  ) CD4  (  ) Toxo Igg.  (  ) Hepatitis Panel
                     (  ) CXR  (  ) EKG  (  ) Others:

Consultations:  (  ) Optometrist  (  ) Ophthalmologist  (  ) Orthopedic Surgeon
                (  ) Others:

Referral for Vaccination:  (  ) Influenza  (  ) Pneumococal  (  ) Other:

Return to Clinic for routine Follow-Up on:    4 mo

Treatments(s):

HCTZ 50mg → 1 po QD #30 RF3
KCl 10meg → 1 po QD #30 RF3
Trental 400mg → 1 po tid #90 RF3
Tylenol 550mg → 1 po tid #30 RF2

**Referred to commissary
for OTC medications.**

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

000020

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

10/7/04
1020m

(S) Pt c/ F/U 10/1/04 — Una Boot to (L) LLE
assess stasis ulcer resolution/healing.
Reports — doing well c (+) healing.
Removed boot prior to arrival.
(O) CAO x3, NAD, ambulatory, (O) affect.
LLE — Stasis Ulcer x2 — Medial Malleolus
+ Lateral Malleolus
— medial ⇒ (+) healing c 85%–90% resolved.
lateral ⇒ (+) healing c min. D per 10/1/04
(A) Stasis Ulceration c (PVD) / Peripheral Venous
(P) Reapply Una Boot Dressing
Rtc c 1 wk — reassess + reapply as appropriate
Rtc PRN
Edu: / understands — agrees

Robert E. Piotrowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Cherry 07928
Darryl 078

000021

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 10/21/04 1130 hr | Administrative note |
| | Dx Peripheral Venous Insufficiency c̄ Stasis Ulcers. |
| | Healing of wounds continues well |
| | Unna boot d'd |
| | RTC x 1 wk per schedule ⊕ PRN |
| | Educ. /understand /agrees |

Robert E. Piotrowski, PA-C
FCI McKean

000022

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

9-2-04  Admin. note

0955 h  RTC — Supplies — Reports doing well
Healing Continues S/P 8/25/04
Denies acute D's
CPOX3, NAD, ambulatory + affective
4x4's / Kling / Silvadene issued.

Robert E. Pietrowski, PA-C
FCI McKean

9/9/04  Admin. Note — Supplies given states
1000  doing well no complaint

J. Glenn, FNP-C
FCI McKean

9/16/04  Admin. Note — here for supplies
1015  for dsg ↓ (see note 9/2/04)
supplies given, denies pain

J. Glenn, FNP-C
FCI McKean

9/23/04  Admin Note — Supplies (4x4, Silvadene, Kling) issued.
0830 h

Robert E. Piottowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT  FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Cherry, Daryl
07925-078

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000023

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/30/04 0930h | Admin. Note |
| | Reports to Plu Supplies |
| | Reports 7 RLC - doing very well |
| | LLC - not responding to standard |
| | dressing - may require Una Boot |
| | RTC 10/1/04 @ 0930h for Una Boot. |
| | Understands/agrees |
| | *Robert E. Piotrowski, PA-C* |
| | *FCI McKean* |
| 10/1/04 0930h | (S) 51 y/o AA ♂ RTC w. stasis ulcer LLC - ankle/foot |
| | Hx same c PVD |
| | (O) CAOx3, NAD, ambulatory, ⊕ affect |
| | LLC - leg/ankle/foot ⇒ ↑ pigmentation c diffuse |
| | waxy c mult. cutaneous ulcerations |
| | ⊘ discharge ⊘ pus ⊕ diffuse tender. |
| | (A) PVD - stasis ulceration lt ankle/foot |
| | (P) Cleanse Hibiclens & H₂O |
| | Apply Silvadene ⊕ Una Boot |
| | RTC x/wk - reassess & if asymptomatic |
| | reapply Una Boot & continue Q wk til |
| | resolve ⇒ if slow/⊘ resolve ⇒ CQS |
| | Educate/Counsel ⇒ Understands /agrees |
| | *Robert E. Piotrowski, PA-C* |
| | *FCI McKean* |

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

8/5/04 | ⓢ Riv leg. Reapply UNNA Boot

1230 | ⓞ NAD: see 7/29/64. x̄ → area is drier, ↓ ulcerative regions
has some tenderness & edema, slight

Ⓐ Venous Stasis Dermatitis P/c Cellulitis

Ⓟ 1. Cleaned Ⓡ leg & Betadine.

2. Applied Silvadene, UNNA Boot to Ⓡ foot & leg
overlayed c̄ flexible +ACE.

3. Keflex 250mg Tpo QID x 7d    #28   NR

4. Rev in 7 days. PT is experienced c̄ RE: wound care + his Dx
(NO ED) (today)

Reviewed By:
V. Geza, PharmD

STEVEN LABROZZI
PA-C
Physician Assistant

8/12/04 | ⓢ Here for dsg ∆ Rt. leg & complaints
1300 | o pain

ⓞ NAD area healing well no s/s
∆ infection

Ⓐ Status/ser Rt. leg/foot

Ⓟ 1) Area cleansed c̄ ↑H₂O + H₂O₂
2) Silvadine & Unna boot applied
3) Educated on skin care + F/U

J Glenn FNP-c

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

CHERRY, Darryl
07928
078

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 8/19/04 0920 | (S) Dressing Δ.  No complaints |
| | Refuses to take NSAIDs / APAP b/o Hepatitis for C/O PAIN, despite reassurances. |
| | (c) NAD:  (R) foot: previously ulceration areas are healed. |
| | (L) foot: 2 ulceration areas: dorsum at base of toes 3 + 4 lateral aspect of foot near arch. |
| | (A) Venous stasis Dermatitis                          analge 8/19 |
| | (P) 1. Cleansed both feet + (R) leg c̄ 1:1 H₂O₂(OS)  NS: H₂O₂ |
| | Painted areas c̄ √ Betadine |
| | Applied Silvadene to ulcerative area of (L) foot + to formerly ulcerative area of (R) foot. |
| | 2. UNNA Boot applied to (R) foot / leg. |
| | 3. Gauze dressing applied to (L) foot |
| | 4. Supplies given for self-dressing wound care. |
| | 5. Rev in 1 week. |
| | Steven Labrozzi, PA-C Physician Assistant |
| 8/25/04 1340 | S) Dressing change  Hep A+B vaccine - |
| | States doing well, no pain |
| | O: NAD |
| | (R) foot c̄ healed area - waxy skin intact |
| | (L) foot c̄ ulcerated areas : |
| | A: (1) vaccine injection (2) Dressing Δ |
| | P: (1) Education - PLN as scheduled - Pt understands |
| | (2) area cleansed and bandaged :- D/C unna boot , |
| | (3) injections given s̄ difficulty - twice see form |
| | (4) Tylenol 325 mg i PO TID PRN dispense #30 R 3 |
| | (5) Supplies given |
| | Steven Labrozzi, RPh Pharmacist    Eric ___ PA-C |
| | Referred to commissary for OTC medications. |
| | Steven Labrozzi, PA-C Physician Assistant |

000026

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|

**CLINIC(S):** ( ) Cardiac  ( ) Hypertension  ( ) Diabetes  ( ) Infections  ( ) Endocrines

( ) Lipid  ( ) Pulmonary  ( ) Mental  ( ) Neurology  ( ) Ortho  ( ) General

( ) Other:  Hep C   Stasis A's   Reph Vasc D3

**SUBJECTIVE:** (Chief Complaint)

13/04

130l

Harme foot @ leg drainy @ leg
duessed Hep C

**Med. Compliance:**

**OBJECTIVE:** (Review System)  Age:        Sex: Male    Race:

B/P: 110/60  P: 70   Wt: 229#  T:       R/R:       SO2%:       Peak Flow:

**HEENT:** neg                        Last Op / Opth. Eval.:

**Heart:**  no

**Lungs:**  clen

Diabetic foot Screen Test Steps

**Abdomen:**

**Genital / Rectal:**

**Extremities:**

Left Foot

**Neuro:**

**Recent Lab Results:**  ALT 57   AFP 8.8

**ASSESSMENT(S):**

Diabetic foot Screen Test Steps

**DSM IV Classification**

Axis I:                    Axis IV:

Axis II:                   Axis V: GAF Score:

Axis III:  Hep C  with Vasc D3  c̄ edem        Right Foot

**Preventive Care:**        Diet: Wretzle        Exercise: yes

**Tobacco Use:** occor        Medication Side Effects: no

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| ONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | **FCI McKean** |

TIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; No. or SSN; Sex; Date of Birth; Rank / Grade

REGISTER NO.  07928-078

WARD NO.

Darryl Cherry

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION  (Sign each entry) |
|---|---|

**Pain Level:**   1   2   3   4   5   6   7   ⑧   9   10

**PLAN:**   *relax*

**Patient Education:**
( ✓ ) Discussed Test Results  ( ) Discussed Tx Plan
( ✓ ) Etiology, Complications, Prognosis, Prevention
( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ✓ ) No Smoking
( ✓ ) Medication Dosage / Administration / Compliance / Side Effects
( ✓ ) Patient Understood Topics  ( ) Verbalized Understanding
( ✓ ) Instructed If Problems or is running our of medication, should sign up for sick-call or
   send cop-out.

**Diagnostic Studies:**  ( ) CBC / Dif  ( ) U / A  ( ✓ ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel
( ) CXR  ( ) EKG  ( ) Others:

**Consultations:**  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
( ) Others:

**Referral for Vaccination:**  ( ) Influenza  ( ) Pneumococal  ( ) Other:  *Thigh's stool cyst*

**Return to Clinic for routine Follow-Up on:**  *3 mo*

**Treatments(s):**

HCT3 50 mg ī PO QD #30 RF 2
Kcl 10 meq ī PO QD #30 RF 2
Trental 400 mg ī PO TID #90 RF 2

Reviewed by
V. Geza, Pharm.

H. BEAM, MD
FCI MCKEAN

000028

NSN 7540-00-634-4175

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/16/04 1130 | EMERGENCY |
| | (S) Pt presents at HSU c̄ profuse bleeding of (R) ankle lesion. |
| | (O) NAD: Rt ankle in dressing from 7-15 (see 7-15) dressing + sock ↔ profusely soaked in blood |
| | after dressing removed: same ulcerative lesion at lateral aspect of foot as on 7/15 |
| | There is no active bleeding at time of exam |
| | (A) Hemorrhagic episode: ulcerative lesion, Venous Stasis Dermatitis |
| | (P) 1. Area cleansed c̄ NS and 1:1 NS-H₂O₂ |
| | 2. Pressure bandage applied c̄ gauze, Flexilite |
| | 3. Supplies given to Pt for re-dress prn: MOBAN, ACE also dispensed. |
| | 4. RTC prn |
| | Steven Labrozzi, PA-C Physician Assistant |
| 7/12/04 1045hr | Admin Note : Dressing supplies issued for self Dʳ Tm reports doing well RTC 7/19/04 ⊕ PRN tendentant/agree |
| | Robert E. Piotrowski, PA-C FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Cherry, Darryl

07928
078

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000029

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|

7/29/04
0945

S) Rev legs. Re Supply - dressing  [Venous stasis Dermatitis + Ulcers]
C/o ↑ Pain... APAP not working well. Has MOTRIN but is
reluctant to use it b/c HCV.

WANTS: Unna Boot to R Leg
        Convalescence × 1 week
PT states: he has enough APAP, MOTRIN, Silvadene

O) NAD

SKIN:  LE --- has venous stasis dermatitis c irregular/discolored
       skin texture, several superficial, soft, weeping
       ulcerative lesion L foot > R foot.

A) Venous Stasis Dermatitis.

P) 1. Cleansed areas c 1:1 H₂O₂ - NS

   2. Applied Silvadene, Unna Boot to R foot + leg:
      Overlayed c Flexilite + ACE

   3. Applied Silvadene, Gauze, Flexilite + Tape the L foot

   4. Pt encouraged to use MOTRIN prn severe pain

   5. Convalescence × 1 week

   6. RTC in 7 days: Rev + re Dress + re Apply UNNA Boot

                                    Steven Labrozzi, PA-C
                                    Physician Assistant

VN 78-60-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

6/24/04
0950h

(S) 51 y/o AA O° RTC ① Status c̄ Venous stasis ulcer ② Toenails - hyperkeratinized & long c̄ need for trimming

Reports - doing very well - mostly healed c̄ Ø tender/red/discharge; has plenty supplies

(O) CAO x3, A/A), Ambulatory, Alert
LLE - Foot/ankle - intact, Ø E healed,
⊕ hyperpigmentation; Ø Ulcer/skin
Bilat Feet - Digits - Nails - hy. overgrown
c̄ hyperkeratinization

(A) PVD - Venous insufficiency s̄/p̄ stasis Ulcer Hyperkeratinization Elongated & overgrown toe nails.

(P) Continue Rx as prescribed
Allow IM to employ (H) nail clippers c̄
proper procedure clipping supervised
Nail clipping procedure completed by Inm c̄ Provider
RTC as per scheduled weekly ⊕ Prn
Educated & Understands & Agrees

Robert E. Piotrowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Darryl
07928
078

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000031

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/1/04 11:00 | Admin Note - Picked up supplies for leg dressing. *[signature]* T. Glenn FNP-c |
| 7/8/04 09:25 hr | Admin Note - RTC P/u Supplies. Reports doing well c cont. treatment of acute supplies issued c RTC PRN Q-weekly (scheduled) *[signature]* Robert E. Plotrowski, PA-C FCI McKean |
| 7/15/04 12:30 | Ⓢ -Dressing Δ + re-supply of dressing material<br><br>- c/o laceration to finger .... occurred last night while reaching into his locker, + an unguarded razor cut him.<br><br>Ⓞ NAD<br>    LACERATED FINGER: ⊕ blood crust in place    near fingertip / nail<br>                   ⊕ hemostasis      ≈ 5 mm laceration<br>                   ⊖ edema / erythema<br><br>    Lower extremities / feet: Skin has irregular texture + color (hyperpigmentation)<br>         Ⓡ lateral foot: superficial 1" skin tear<br>         Ⓛ foot: at least 3 sites on verge of tearing / ulcerating<br><br>Ⓐ - Laceration<br>    - Venous stasis dermatitis / ulcers<br><br>Ⓟ 1. SILVADENE CREAM    Apply to AA QD      50 gm #1    RT5<br>                              during dressing changes<br>     2. Finger: cleansed c Betadine. STK-IT + STERISTRIPS applied to reinforce approximation of wound margins. Large bandaid applied over skin strips.<br>     3. Feet: irrigated c Betadine. Dressed c Silvadene, DSD, flexilite, + tape<br>     4. Pt CDI wound care. RTC if suppuration / edema / erythema occur.<br>     5. rev in 1 week.<br>     6. Dressing supplies issued for IM self-care.<br><br>                            *[signature]* Steven Labrozzi, PA-C<br>                            Physician Assistant |

*(left margin, vertical):* Steven Labrozzi, RPh Pharmacist

NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/27/04 1030 | S: Inj #1 of 3 per Dr Bean O: deferred A: Cellulitis P: Rocephin 1 gram IM (L) glutial *Reviewed by D. Olson, MD Date 6/17/04* N. NELSON, LPN |
| 5/28/04 1030 hr | Admin. Note - Rocephin Injection #2 of 3 16M Rocephin IM Lt. Buttock Procedure Tolerated well & incident Dx Cellulitis R LO - Leg. Rt: PRN & 5/29/04 for Inject #3 Im Understands & agrees Robert E. Piotrowski, PA-C FCI McKean |
| 05/29/04 1105 hrs. | Admin Note: Rocephin Injection #3 of 3 1 gram Im in Left Buttock - No problems w/ Injection. @ Cellulitis. *Reviewed by D. Olson, MD Date 6/11/04* B. Douthit EMT-P B. Douthit, EMT-P FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Darryl, Cherry
First        ENANN 5/27/04        Last

REGISTER NO. 07928-079    WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000033

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

**6/3/04**
**1200**

S: Re V cellulitis and get dressing supplies. States that he is doing well ē just a little pain. 5/10

O: NAD

DVT: noted ® lower leg ē some warmth, hyperpigmentation and erythema and edema

A: cellulitis

P: 1) education — wound care -Pt understands
2) dressing supplies -given
3) F/u as scheduled
4) acetaminophen 325 mg ii tabs TID PRN despise #38 R-1
5) Keflex 500 mg #40 QID dispense #56 R-0

Reviewed by:
V. Geza, PharmD

Eric Asp, PA-C
FCI McKean

**6/10/04**
**1130 h**

RTC F/u

reports — Doing well ē plenty of supplies. Has another appt. elsewhere & requested a rescheduled to n/t week.

Agreed — Reschedule per regular weekly v's (+) RTC PRN.

Robert E. Piotrowski, PA-C
FCI McKean

**6/17/04**
**1230**

Admin Note - dsg supplies given

Dixon, MD
6/17/04

N. NELSON, LPN

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

Urgent visit-

5/27/04 S/    3 day Hx of redness @ lower leg
painful to touch no fever

1055    URI recently                              BP 90/60
                                                  P70
O/ looks OK                                       T 95.8

@ lower leg of redness
to mid calf from ankle          | Has
                                | Tylenol
Chronic stasis A's Bilaterally

A/ cellulitis @ lower leg

P/ PT Ed. Signs of increased infection-
↑ redness; fever - indications
Ceftriaxone 1gram IM QD x 3 day
Then: Keflex 500mg QID x 5d RTC        14
                                        ↓
Daily check. ? art. x 3 ē PA           50
Then Q week x 2

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

PRI LEX    Printed on Recycled Paper          STANDARD FORM 600 (REV. 6-97) BAC
                                                000035

NSN 7540-00-634- AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|---|---|
| 5/20/04 1230hr | (S) 51 y/o AAo' Hx Venous Insufficiency RTC - wound check Rt. Leg — Ulcer & Lt Ankle Ulcer. -To see RN + D/c Dressing D's supplies -Reports - Healing @ well c need refill Silvadene Crn (O) CAOx3, NAD, Ambulatory, @ affect Bilateral LE's ulcers - healing well @ discharge WNT @ Rt. LE- anterior Tibia & LLE- medial Ankle. (A) Venous Insufficiency c Stasis ulceration (P) RN- Dressing △ D/c supplies Silvadene Crn 1% PAA qid directed #1 c Rfg x1 RTC prn    Educated / Understand / agrees. |

Steven Labrozzi, RPh
Pharmacist

Robert E. Piotrowski, PA-C
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Darryl

| REGISTER NO. | WARD NO. |
|---|---|
| 07928-078 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000036

# MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | **CLINIC(S):** ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines |
| | ( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General |
| | ( ) Other: _Hep C_ |

**SUBJECTIVE:** (Chief Complaint)

5/5/09
0950

feeling - okay (L) leg pain laterally

Med. Compliance:

**OBJECTIVE:** (Review System)  Age: _51_  Sex: Male  Race:

B/P: _132/80_  P: _70_  Wt:  T:  R/R:  SO2%:  Peak Flow:

HEENT: _all_    Last Op / Opth. Eval.:

Heart: _S1 S2_

Lungs: _clear_    _ankle edema peds_

Abdomen: _c̄ ulcers_

Genital / Rectal:

Extremities:

Neuro:

Recent Lab Results: _ALT 08 (another level after that_
_lost)_

**ASSESSMENT(S):**

**DSM IV Classification**

Axis I:

Axis II:

Axis III: _Hep C, Peripheral vascular D3_

Preventive Care:  Diet: _watch a_  Exercise: _yes_

Tobacco Use: _ulcer_    Medication Side Effects: _no_

Diabetic foot Screen Test Steps

Left Foot — 10, 10, 3, 2, 4, 5, 6, 7, 8, 9

Diabetic foot Screen Test Steps

Right Foot — 2, 3, 1, 10, 6, 5, 4, 7, 8, 9

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
|---|---|---|---|
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name — last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade)

_Darryl Cherry_

REGISTER NO. _07928-074_  WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA / ICMR
FIRMR (41 CFR) 201-202-1

000037

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|------|------|

**Pain Level:** 1   2   3   4   5   6   7   8   9   10

**PLAN:**

**Patient Education:**
(  ) Discussed Test Results  (  ) Discussed Tx Plan
(  ) Etiology, Complications, Prognosis, Prevention
(  ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  (  ) No Smoking
(  ) Medication Dosage / Administration / Compliance / Side Effects
(  ) Patient Understood Topics  (  ) Instructed If Problems
or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:** (  ) CBC / Dif (  ) U / A (  ) LFT (  ) Chem. Profile (  ) Lipids (  ) HgAlc
(  ) PSA (  ) Viral Load (  ) CD4 (  ) Toxo Igg. (  ) Hepatitis Panel
(  ) CXR (  ) EKG (  ) Others:

**Consultations:** (  ) Optometrist (  ) Ophthalmologist (  ) Orthopedic Surgeon
(  ) Others:

**Referral for Vaccination:** (  ) Influenza (  ) Pneumococal (  ) Other:

**Return to Clinic for routine Follow-Up on:**

**Treatments(s):**

Kcl 10 mgm $\bar{\imath}$ po QD #30 RF2
Hctz 50mg $\bar{\imath}$ po QD #30 RF2
Trental 400mg $\bar{\imath}$ po tid #90 RF

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

600038

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/14/04 1230 | S: Dsg A and supply pick up. <br> O: NAD <br> A: ulceration, healed over, Ø drainage. <br> P: Dsg A, silvadene applied and dry gauze. Supplies given for one week. <br><br> N. NELSON, LPN |
| 4/14/04 1400 | Admin. Note - (See above note) <br> Rx - Silvadine oint. to area <br> BID #1 Rx! <br><br> Reviewed By: <br> V. Geza, PharmD <br><br> J. Glenn, FNP-C <br> FCI McKean |
| 4/22/04 1300 | ① Rev leg lesions. Re-Dress. Re-Supply for self dressings. Pt states: sites are much improved: no open sores. <br> REQUESTS Thigh-high TED <br> ② NAD   SKIN: Lower Left Leg: extensive lesions c̄ scaling, ↑ pigmentation, zones with small papules + larger nodules <br> Ⓐ Venous Insufficiency / Stasis Dermatitis <br> Ⓑ 1. cleaned areas c̄ Betadine <br> 2. Redressed c̄ Silvadene, sterile 4×4s, Kerlix, Tape. <br> 3. 7 day supplies given for self dressings. <br> 4. Rev in 1 week. <br> 5. NO Thigh-high TED in stock <br> 6. Pt ED. previously done. Pt understood Tx plan. <br><br> Steven Labrozzi, PA-C <br> Physician Assistant |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 07928-078 | WARD NO. |
|---|---|---|

Cherry, DARRYL

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9;202-1

000039