| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 4/28/04 1230 | Admin Note: Inmate presented for skin on healed ulceration. Clean c̄ Ⓓs. Intact, Ⓝ drainage. Inmate states he has enough dsgs. For the week. Will be on call out in 7 weeks for recheck. |

N. NELSON, LPN

Reviewed by D. Olson, MD
Date: 4/28/04

STANDARD FORM 600 (REV. 6-97) BACK


 000040

NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

4/7/04
1330

S̃) Here for dsg change and F/U ulcer it leg. Ⓧ pain or drainage (see previous notes)
Ⓞ) NAD
exam - it. anterior tibia had lg. area of venous insufficiency c̄ tissue c̄ breakdown, area now healed ō drainage tissue remains thin c̄ poor circulation
Ⓐ) Venous insufficiency/ healing ulcer
Ⓟ) 1) dsg change per order by nurse
2) Educated on skin care & F/U c̄ ō Verbalized understanding

_J GLENN FMP-C_

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 07928-078     WARD NO.

Cherry, Darryl

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

FPI. LEX.  Printed on Recycled Paper

000042

STANDARD FORM 600 (REV. 6-97) BACK

| | |
|---|---|
| **MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/2/04<br>1350 | S: Emergency sick call<br>C/o lower legs skin starting to break down. Would like to get dressing supplies. Scabs was bleeding yesterday. Does not want to get an unna boot<br><br>O: NSD<br>EXT: noted R anterior tibia ⊂ circular ulceration ≈ 1cm<br>noted L medial ankle ⊂ large ≈ 5 cm area ⊂ the beginning of skin degradation<br><br>A: skin ulcer<br>P: ① Education — F/u 2/5/04 — will get unna boot if not better<br>② Area cleaned ⊂ soap and dressed ⊂ selvadene, sterile 4×4's, ace wrap and thigh high stockings.<br>③ Education — wound care — Pt understands<br><br>Eric Asp PA-C<br>**Eric Asp, PA-C**<br>**FCI McKean** |
| /5/04<br>1200 | ⑤ Re V skin ulcers on R lower tib + L medial ankle. Pt states ulcers are healing.<br>Occasional Pain ↑6/10 aching<br>O. SKIN: Wide spread hyperpigmentation lower legs with skin breakdown evident. Two sites 1cm of ulceration ⊂ extremely scant drainage noted on dressing < ① medial ankle (L) ② lower R tib surface<br>④ Venous Insufficiency → stasis ulcers, healing          error sl 3/8<br>P. 1. Continue daily dressings (supplies given)<br>  SA Eucerin    Apply to AA BID    4oz #1  Rx × 5 (five)<br>  2b Tylenol 325mg    2 PO TID prn pain    #30  Rx × 5<br>  ✱ Pt given commissary pass for 3/8/04 if unqualified for OTC meds<br>  3. EO as on 3/2/04.  Commissary pass by Rxry dept - error sl 3/8    S.Lby<br>  4. Fu prn via s/c.    S.Lby<br><br>**Steven Labrozzi, PA-C**<br>**Physician Assistant** |

Pt states he is on Commissary restriction
Geza, PharmD

540-00-634-4176

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| 07928-078 | |

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

**3-17-04**
**1230 hrs**

S/ x 10 PP o/ PVD c̄ Venous Stasis Ulcers.
RTC F/u Rt. Leg And Tibial dist ⅓ & Lt. leg
@ medial ankle ulceration c̄ dressing & supplies f
self care activity; Reports pain *4/10 c̄ scant ch. dis chrg

O/ CAO x3, NAD, Ambulator & albeit c̄ Ted's on.
Bilat LE's – Legs/feet Hyperpigmentation c̄ pedal
edema c̄ breakdown @ tender.
Lt. Ankle medial @ fluid c̄ scant ch. watery disch
Bilat Pulses & Temp. Equal; healing Ulcers Lt. Ankle &
Rt. Leg.

A/ PVD – Stasis Ulcers,

P/ Dressings removed & areas cleansed
Silvadene c̄ 4x4 & Kling   Vienna ACO
Counsel / Educate Care & Use / compliance c̄ Ted
Supplies Issued

RTC PRN

Robert E. Piotrowski, PA-C
FCI McKean

**3/26/04**
**1230**

Admin note: given supplies by PA
Piotrowski.

N. NELSON, LPN

Reviewed by D. Olson, MD
Date: 3/29/04

**3/31/04**
**1015**

Admin note: dressing & supplies given

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR LOCAL REPRODUCTION

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( )Cardiac ( )Hypertension (~)Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other: Hep c. Peripheral Venous D3

**2/4/09**
**1250**

SUBJECTIVE: (Chief Complaint)

feels well. abrasion right Sig
R anterior tibial surface - has
î/iodine; needs tapes/sponges

OBJECTIVE: (Review System) Age: 51  Sex: Male  Race:

B/P: 100/60  P: 70  Wt:  Tr:  R/R:  SO2%:  Peak Flow:

HEENT: Oa    Last Op/Opht. Eval:

Heart: SLO    2cm abrasion ant R ant tib

Lungs: Clq    surface - he self treats

Abdomen: So/NTX    (ss iodine; supplies)

Genital/Rectal:

Extremities:

Neuro:    Hep B core Ab⊕ SAg ⊖ S Ab ⊖

Recent Lab Results: ALT 68    HCV ⊕ Hep A IgM ⊖

ASSESSMENT(S):
    DSM IV Classification

    Axis I:

    Axis II:

    Axis III: Hep c  Peripheral Vascular D3

Preventative Care: Diet  watch    Exercise  yes

Tobacco Use?: occas    Medication Side Effects: no

PITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT
FCI McKean

NSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

ENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 07928-078 | WARD NO.

Darryl Cheddy

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR
IR (4) FR) 201-9.202-1

000045

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

Pain Level: 0 1 2 3 4 5 6 7 8 9 10

PLAN:

Patient Education:

( )Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgAlc
( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel
( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon
( )Others:

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3mo

Treatment(s):

Kcl 10meq i po QD #30 RF2
HCTZ 50mg i po QD #30 RF2
Silvadine cream daily #1 RFY
Trental 400mg i po tid #90 RF2

Hep A & B vaccine

H. BEAM, MD
FCI MCKEAN

Steven Labrozzi, RPh
Pharmacist

000046

STANDARD FORM 600 (REV. 6-87) BACK

SN 7540-00-634-4176

**AUTHORIZED FOR LOCAL REPROD.**

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)** |

11/11/03  SHU SICK CALL

2010    (S) C/o "right side burning up" + 7/10 burning pain at right flank "like fire on inside"

x 4 days.

Prior episodes: "was hospitalized. It is because of [HCV]"

C/o hair loss. Wants Lidex Oint refill which inm states was effective.

(O) NAD.
Right Flank: ⊖ visible lesions erythema
(inm does not point to RUQ as site of pain)

(A) Alopecia
Flank pain

(P)  1. Lidex 0.05% OINTMENT    Apply very small    #1
                                amt to AA BID       Rx3    SHU

     2. Ibuprofen 400mg      1 po ē food/milk QID
                             prn pain in your right
                             Side.                  #28 Rx3  SHU

     3. FU prn via SHU S/c.

Reviewed By:
.. Geza, Pharm.D                A. Loby                **Steven Labrozzi, PA-C**
                                                       **Physician Assistant**

Reviewed by D. Olson, MD
Date: 11/13/03

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 07928-078 | WARD NO. |
|---|---|---|

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000047

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 1-30-04 | ADMIN NOTE |
| 1230 | Pt requests re-issue of TED hose ... rec'd last pair 6-12 months ago... was confiscated when Pt went into SHU. |
| | 1. TED Hose re-issued. |
| | 2. No immediate refills ^next time unless seen via sic appointment |

STANDARD FORM 600 (REV. 6-97) **BACK**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine |
| | ( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General |
| 11/4/03 | ( )Other: _Hep C ; Peryh Akascular Insuffic._ |
| 1400 | SUBJECTIVE: (Chief Complaint) |

feels ok some days bad. ® side hurts
bad headache - quite foamed angity HBA
probably hep c since early 80's       Vaccin

OBJECTIVE: (Review System) Age: **50**  Sex: Male  Race:

B/P: 110/70  P: 78  Wt: 232  T:  R/R:  SO2%:  Peak Flow:

HEENT: OK       Last Op/Opht. Eval:

Heart: RRR       hair falling in scalp

Lungs: clear

Abdomen: soft NBSA       ® ankle 2mm x 5mm
                         area medial

Genital/Rectal:

Extremities: flat feet sciant lateral
Neuro:        both feet

Recent Lab Results: ALT's 68, 67, 53, 96, 56, 53, 61, 97, 35

ASSESSMENT(S):
DSM IV Classification
  Axis I: _____
  Axis II: _____
  Axis III: _Hep C_

Preventative Care: Diet       Exercise _yes_

Tobacco Use?: _Occas_       Medication Side Effects: _N∅_

TAL OR MEDICAL FACILITY  STATUS  DEPART./SERVICE  RECORDS MAINTAINED AT
                                                    FCI McKean
SOR'S NAME  SSN/ID NO.  RELATIONSHIP TO SPONSOR

NT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)  REGISTER NO. 07928-078  WARD NO.

Darryl Cherry

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000049

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

Pain Level: 1 ~~2~~  3   4   5   6   7   8   9   10

PLAN:　　　　　　　in Sneakers X 2 yrs +

Patient Education:

( ✓Etiology, Complications, Prognosis, Prevention ( ✓Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes ( )No Smoking ( ✓Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgAlc

　　　　　　　( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

　　　　　　　( )CXR ( )EKG ( ) Others: HgA 19m 19G

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

　　　　( )Others:　form for different BooTS to VR

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3mo

Treatment(s): KCl 10meq → poQd #30 RF 2

　　　　HCT3 50mg → poQD #30 RF 2

　　　　Silvadine cream ° use daily #1 RF4

　　　　EC ASA V gr → poQD #30 RF 2

　　　　Dressing supplies - give

　　　　Trental 400mg → pot id #90 RF 2

Reviewed By:
. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

000050

SN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPROD.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**8-25-03**
**0830**

Inmate reported that he had enough supplies to last until next week. Wanted to cancelle 1230 appointment with nurse today. Appointment cancelled.

D. Tanner, HIT
D. Tanner, HIT

**9/29/03**
**1230**

S: C/O hair falling × 2 months. Hair is falling out of face also. ⊕ stress, ⊕ HCV ⊕
States is oh for supplies of venus ulcer.

O: VSS. noted circular patches of no hair or white hair of scalp & face.
mild icteric sclera noted.
Rest of exam unremarkable.

A: Tinea versicolor ? ⊕ HCV ⊕

P: ① Education - stress management - Pt understands
② flu PRN
③ CBC, chem 24, UA,  AFP
④ Diflucan 100 mg 1 PO QD dispense #7 R-O
⑤ selenium sulfide lotion - apply for 15 min BID dispense #1 R-O

Eric Asp PA-C

Reviewed By: ✗
V. Geza, PharmD

Eric Asp
PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. 07928-078 | WARD NO. |
|---|---|

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000051

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 10/8/03 | admin note: |
| 2100 | labs back — has slightly elevated liver function |
| | ↑ MCV, lymphocytes, monocytes, microcytes, & neutrophil — |
| | Schedule 10/16/03 c̄ myself to check previous problem |
| | Recommend HIV test, steroids if alopecia not improving. |
| | *Eric Asp PA-C* |
| | Eric Asp |
| | PA-C |
| 10/16/03 | S: discuss labs. |
| 1115 | Talked to Pt. about labs. His hair is getting somewhat better. |
| | O: N A D |
| | Exam unremarkable. |
| | A: HCV ⊕ |
| | P: ① HIV test — consent done |
| | ② Education — HCV⊕, HIV — Pt understands |
| | ③ silvadene apply as needed dispense # 4 container R-1 |
| | ④ dressing supplies. |
| | ⑤ Consult Dr. Beam  *Eric Asp PA-C* |
| | ⑥ Eldex out apply BID dispense # 1 R-3   Eric Asp |
| | PA-C |
| | Reviewed By: |
| | V. Geza, PharmD |

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

8/7/03
1230

Adm   no chow for callout
will reschedule

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Darryl Cherry

REGISTER NO.
07928-078

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

600053

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

FPI. LEX.   Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

Hepatitis B & C

**Subjective Findings:**

a. Medical complaints or concerns of patient:

3/10/03   5040 clong oic –

b. Health Promotion/Disease Prevention Assessment:

1350

   — 1. Cessation of Smoking: cutting down

   — 2. Diet: watch diet

   — 3. Activity: would start today

   — 4. Medications:

   — — (1) Drug Side Effects: ) no SE's

   — — (2) Drug Interactions:

   — 5. Patient compliance with Therapeutic Regimen:

c. Impact of Condition on Activities of Daily Living: orderly

d. Need for special Accommodations:

spots 5 hair
scalp & under 9
& beard

**Objective Findings:**

a. Temp _____ Pulse 70 _____ Resp _____ BP 100/70 Weight 229#

b. Pt's General Appearance: bald spot 1cm top of head

c. Other Exam Findings: Hegunin neg
cluntcles
lwanton
medial (cantler healed
(almost)

ENT'S IDENTIFICATION (Use this space for
anical Imprint)

Darryl Cherry

| RECORDS MAINTAINED AT: | FCI MCKEAN HEALTH SERVICE |  |  |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) |  |  | SEX |
| RELATIONSHIP TO SPONSOR |  | STATUS | RANK/ |
| SPONSOR'S NAME  07928 - 078 |  | ORGANIZATION |  |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. |  | DATE |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (
Prescribed by GSA &
FIRMR (41 CFR) 201-

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**c.** Diagnostic Studies

| | Results | | Date of Exam |
|---|---|---|---|
| *ALT53* | WNL | Abnormal | no clinical |
| | WNL | Abnormal | enlargement Pres't |
| | | | Spain ® Knee |

**Assessment:**

**a.** Diagnosis: *Stasis ulcer ® ankle, pregn art 03 - Hep c*
*sebonhea - scalp*

**b.** Disease Progression/Complications:

**c.** Attainment of Prior Therapeutic Goals:

**d.** Therapeutic Efficacy:

**Plan:**

4x4's & Tape
Silvadne - use daily #1 wk x 3 mo

**a.** Medications:
*eno... RPh* A&D ointment - T applic. daily # RF?
*1/4/03* Hctz 50 mg ↱ PO QD #30 RF 2
*8/11/03* KCl 10 meg ↱ PO QD #30 RF 2
*8/12/03* EC ASA 325 gr ↱ PO QD #30 RF 2
Reviewed by ... PharmD Trental 400 mg ↱ PO tid #90 RF 2
V. Geza, PharmD Betnethasone oint. use bid #1 RF 2
Clolmzplecream use bid #1 RF 2

**b.** Therapeutic Goals for Next Clinic:

**c.** Next Diagnostic Studies Due: *LFT's*

**d.** Return to Clinic: *3mo*

**e.** Patient Education (Check topics discussed):

( ✓ ) Nature of Disease                    weekly - pick up
( ✓ ) Disease Complications, Progression, and Prognosis    of dressing supplies
( ✓ ) Treatment Alternatives
( ) Diet
( ) Weight Loss
( ) Smoking
( ) Exercise                              *H. Beam, MD*
( ) Medication mechanism of action, instructions, side effects,    H. BEAM, MD
    interactions.                         FCI MCKEAN

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/28/63 1145 | S) Re ✓ ankle ulcer, States is getting better. He is doing well |
| | O. NAD          BP: 151/79 |
| | Ext: noted area of (L) ankle c̄ area of pre ulceration |
| | A: ulcer |
| | P: ① F/u as scheduled |
| | ② clean and rebandaged today |
| | ③ Education — wound care — Pt understands |
| | Eric Asp PA-C |
| 6/4/63 1400 | S: le ✓ ankle ulcer. States is getting better |
| | O: NAD |
| | Ext: noted area of (L) ankle much improved |
| | A: ulcer |
| | P: ① F/u as needed |
| | ② clean and rebandaged today |
| | ③ Education — wound care — Pt understands |
| | ④ silvadene cream AAA OD dispense #1 tube |
| | 6/5/03 Reviewed By V. Geza, PharmD.      Eric Asp PA-C |

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| PONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| ATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 07928-078 | WARD NO. |
|---|---|---|

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

**7/29/03**
**1200**

Adkin macularis - out of meds for
Dankle ulcer
will schedule č PA.
MCC. Clinic č me nextweek

RN-C
_[signature]_

H. BEAM, MD
FCI McKEAN

**7/31/03**
**1240**

③ Needs re-supply for daily Dressing č
Needs gauze, Silvadin,

⅍ overgrown toe nails

Ⓞ L medial ankle: 2-small superficial ulcers
the largest: 7mm diamate

severely overgrown + discolored/thickend toe nails

Ⓐ Ankle Ulcer. Onycomycosis č overgrown nails

Ⓟ 1. Trimmed all nails č medical grade clipper

2. Cleansed ankle wound č Betadine. Applied DSD, wrap-around-
gauze --- secured č tape.

3. Supplies dispensed to IM: Silvadene Gauze Tongue depressor Tape.

4. FU prn via SC.

_[signature]_ Steven Labrozzi, PA-C
Physician Assistant

EX. ♲ Printed on Recycled Paper

000058

Hepatitis B & C

**Subjective Findings:**

a. Medical complaints or concerns of patient:

Peripheral Vascular Disease

5/13/03

1220hrs

50yo    man problem @ ankle. ways?
SKn

b. Health Promotion/Disease Prevention Assessment:

1. Cessation of Smoking: 1 cig/day

2. Diet: watch diet

HCTZ for swelling

3. Activity: not lately

4. Medications:

(1) Drug Side Effects: ) no SEs

(2) Drug Interactions:

5. Patient compliance with Therapeutic Regimen:

c. Impact of Condition on Activities of Daily Living:

d. Need for special Accommodations:

**Objective Findings:**

a. Temp _____ Pulse 70 _____ Resp _____ BP 88/60 Weight 236#

b. Pt's General Appearance:

c. Other Exam Findings:

marginal skin medial @ ankle
HTSmng very clumsy
no cert on foods/NBS@
womam

---

IENT'S IDENTIFICATION (Use this space for mechanical imprint)

RECORDS MAINTAINED AT:    FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle initial)    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GR

SPONSOR'S NAME    07928-078    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE O

Darryl Cherry

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Re
Prescribed by GSA and
FIRMR (41 CFR) 201-

000059

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

**d.  Diagnostic Studies**

|  | Results | Date of Exam |
|--|---------|--------------|
| ALT 96 (↑) | WNL    Abnormal | |
| 56 , 53, 61 | WNL    Abnormal | |

**Assessment:**

**a.  Diagnosis:**  Hepc - Stariskomatoby

**b.  Disease Progression/Complications:**

**c.  Attainment of Prior Therapeutic Goals:**

**d.  Therapeutic Efficacy:**

**Plan:**

**a.  Medications:**

Hydrochlorthiazide 50mg ÷ PO QD # 30 RF 2
Kcl 10 meq ÷ PO QD # 30 RF 2
Trental 400mg ÷ PO tid # 90 RF 2
ECASA 81 gr ÷ PO QD # 30 RF 2
Swadene daily # 1 container

Violette Geza, PharmD. RPh
Chief Pharmacist

**b.  Therapeutic Goals for Next Clinic:**

**c.  Next Diagnostic Studies Due:**  3 mo

**d.  Return to Clinic:**  LFT'S

RF ankle
weekly visits EPI
ace wrap

**e.  Patient Education (Check topics discussed):**

( ✓ )  Nature of Disease

( ✓ )  Disease Complications, Progression, and Prognosis

( ✓ )  Treatment Alternatives

( ✓ )  Diet

( )  Weight Loss

( )  Smoking

( )  Exercise

( )  Medication mechanism of action, instructions, side effects, interactions.

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

5/2/03
1020

Intake Screening - see bus form.
Reorder 30 day supply until
Clinic.

to inmate

HCTZ 50 ÷ qd PO @ 0800    #7
Pentoxifylline 400 ÷ tab TID    #21
Aspirin 325mg ÷ tab @ 0800    #7

N. NELSON, LPN

Reviewed by D. Olson, MD
Date. 5/2/03

**N. NELSON, LPN**

5/2/03
1300

Adm Note

⊕ HCV - put on GMD Clinic, ⊗ F/S

Rx ① HCTZ 50γ QD #30
② Trental 400γ TID #90
③ ASA 325γ QD #30

5/7/03
Violette Geza, PharmD. RPh
Chief Pharmacist

D. Olson, MD
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Cherry, Darryl

REGISTER NO. 07928-078    WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000081

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 2/28/03 <br> 5D <br> 0945 | Arbitung + Ekspdon on Rt Por the Code *(signature)* <br> 1 6" area wrap Issued. <br><br> L. Walker, PA <br> FTC Oklahoma City |
| 3/31/03 <br> 0840 <br> 5D | S- ① Has uno Boot on ① lower leg — <br> ② ® lege begining to have Tissue <br> BreakDn. <br> uno <br> O- Boot on ① leg — ® leg very dry <br> A- tissue break Dn on lower legs <br> P- Consult to Dr Wiles. <br><br> E. BARBY, PA <br> FTC OKLA. CITY, OK |
| 3/31/03 <br> SD <br> 1700 | Medical Officer's Note <br> S. Syphlis c venous insufficiency both lower extremities 2° <br> sclerosis 2° IVDU. Concerned about "break down lesions ® <br> feet <br> O. wounds, alert & cooperative in NAD <br> No ulcerating lesions at this time <br> A. venous insufficiency lower legs <br> P. Rx - 3 plaster rolls (Unna's Boot). Cast them <br> will order <br><br> L. Wiles, MD <br> FTC Oklahoma City, OK |

Mark Horn, Rph
Federal Transfer Center, OK

| HOSPITAL OR MEDICAL FACILITY | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Cheany Darryl
07928-098

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 4/10/03 | S — need Dr new uno Boot, Swelling of Toe |
| 0730 | O — no Exam — Boot in Place — |
| 5D | A — Perip Vas Disease |
| | P — Order new uno Boot |
| | E. BARBY, PA<br>FTC OKLA. CITY, OK |
| 4/25/03 | NO SHOW FOR SICK CALL |
| 0950 | E. Barby, PA |
| 5D | FTC Oklahoma City |

NOT AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION** *(Sign each entry)*

| DATE | |
|---|---|
| 12/06/02 | 49 y.o. BM. NKA. |
| 1320 | S: Receive @ FDC min. |
| | h/o PVD both legs, HTN, Hep c+ |
| | h/o Feet repaired - 2° flat feet. Last ve |
| | h/o IVDA on heroine - 4 yrs ago |
| | h/o Syphilis - trod. in 1996 - mt. Carrol Hosp. 2nt |
| | O: BP 110/80 , Edematous legs c |
| | ulcers |
| | A: P.V.D. @ both legs , Hep c+ |
| | P. 1. Refer to CCC. |
| | 2. Pentoxifylline 400 mg T.iD # 30 RF-1 |
| | 3. HCTZ 50 mg daily # 15 RF-1 |
| | 4. ECASA 325 mg daily # 15 RF-1 |
| | 5. S/e policy. Informed. |
| | - standing restriction , soft shoes. |

*Institut Restitution by nmp*

RX Filled RX Counseled
RX Noted RX Referred
P. Pacheco, Pharm.d
12/6/02

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| **FDC-MILAN** | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| SPONSOR'S NAME | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

CHERRY, Darryl
07928-078

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000064

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|------|------------------------------------------------------------------------|
| 12/10/02 0900 | S. Ulcer (R) ankle. Requesting gouze. Hx of peripheral vaslulan disease. Heavy smoker. O. BP 120/80 Pulse 70 regular temp 97.8 wt 230 lbs resp 14X min. Heart/lungs undeterminable L. Extremity xerosis, small ulceration medially (R) ankle. A. Peripheral vaslular insufficiency. P. Silvadene (R) gouze 4x4, Ace bandage provided for self care. Int. moisturizing/skin care discussion |
| | medicine CCC HTN wt 230  A. Rosario, M.L.P. |
| 12/19/02 1320 | S. Routine F/U no problems meds. O. BP 100/80 (P) 72 (R) 16 (T) 98.0 HEENT neg. Neck neg, mouth neg. Chest — clear no rales rubs rhonchi, wheezes CV — neg S1S2 Abd — neg Ext — neg, no PVD changes of skin. Labs: neg A. (1) Hypertension — WNL P. (1) rtc in 3 months (2) Renew L ASA 325 mg TPO Am #30 x 50 |

(OVER)

7840-00-634-4176

AUTHORIZED FOR LOCAL REPRO

| EDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

14/02
1010hr

49400-7

S] Stasis dematitis c varicose veins
Bil Lat - impending Breakdown
(r) medial malleolar
usually tx c silvadine & elastic tape

O] stasis d's medial Ⓛ ankle
c some crusting; some fresh
scra

A] Stasis dematitis (r) medial ulcer

P] silvadine used daily. # 30gm RF1
gauze pad # 7
Elastic Tape
Recheck nextwk
PT ed - elevate leg, keep clean

Reviewer: _____ son, MD
Date 6/14/02

H. BEAM, MD
FCI McKEAN

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| PONSOR'S NAME | SSN/IO NO. | RELATIONSHIP TO SPONSOR | |

ATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 07928 - 078    WARD NO.

Darryl Cherry

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000066

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 8/26/02 1045hn | no show for callout TOT trim nails. |
| | *H. BEAM, MD* *FCI McKEAN* |
| 9/5/02 0925hn | no show for callout to trim nails |
| | *H. BEAM, MD* *FCI MCKEAN* |

000067

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---|

5/6/12

GENERAL MEDICAL CHRONIC CARE CLINIC II

Hepatitis B & C

Subjective Findings: 4840 c/o tolerat rx. (long & thick)

a. Medical complaints or concerns of patient: also pen ® leg. Similar

Depisode 8 mo ago - want soft shoe pass
renewd

b. Health Promotion/Disease Prevention Assessment:

1. Cessation of Smoking: occas cigarette · 3/day

2. Diet: work carefully

3. Activity: exercise bi/qd

4. Medications:

(1) Drug Side Effects:  no SE's

(2) Drug Interactions:

5. Patient compliance With Therapeutic Regimen: ac

c. Impact of Condition on Activities of Daily Living: no

d. Need for special Accommodations: work orderly

Objective Findings:

a. Temp ___ Pulse 70 Resp ___ BP 110/70 Weight 222 #

b. Pt's General Appearance: looks ok

c. Other Exam Findings: HEENT neg Chest cl
heart nml
Abd soft NBSE
good ear fill LE's          AST 53
SRI 00                        5/02

---

NT'S IDENTIFICATION (Use this space for
n'cal Imprint)

Reviewed by D. Olson, MD
Date: 8/7/02

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Cherry, Darryl | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 09728-078 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

sf 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---|

d.  Diagnostic Studies          Results          Date of Exam

|  | WNL | Abnormal |  |
|--|-----|----------|--|
|  | WNL | Abnormal |  |

Assessment:

a.  Diagnosis:  HOPC : Periph Venous Insufficiency, Periph Vasc
                Radiculopathy R leg
                                                          P 3

b.  Disease Progression/Complications:

c.  Attainment of Prior Therapeutic Goals:

d.  Therapeutic Efficacy:

Plan:

a.  Medications:  Hydrochlorthiazide 50mg – po QD #30 RF 3
                 EC-ASA I po QD #30 RF 3
                 Pentoxifylline 400mg – po tid #90 RF 3
                 Tolnaftate 1% use bid #1 RF 3

b.  Therapeutic Goals for Next Clinic:

c.  Next Diagnostic Studies Due:  LFT's – il92tes Bun, creat

d.  Return to Clinic:

e.  Patient Education (Check topics discussed):

    (✓) Nature of Disease

    (✓) Disease Complications, Progression, and Prognosis

    (✓) Treatment Alternatives

    ( ) Diet

    ( ) Weight Loss

    ( ) Smoking

    ( ) Exercise

    ( ) Medication mechanism of action, instructions, side effects,

        interactions.

                                        H. BEAM, MD
                                        FCI MCKEAN

000069

640-00-634-4178

AUTHORIZED FOR LOCAL REPROD.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5·11·02 M05 | S: C/o feeling "dizzy and funny" from taking medication for smoking cessation. States he doesn't want it anymore. Feels he can quit s̄ it. |
| | O: NAD. Comfortable @ interview |
| | A: drug sensativity |
| | P: Have I/M sign refusal form. Explain consequences of D/cing med. Pt. understands and signed form. RTC prn. B Saylor, NP |
| | BONNIE SAYLOR, NP<br>FCI MCKEAN |
| | Reviewed by D. Olson, MD<br>Date: 5/10/02 |
| 14/02 0830 | Failed to keep appt, unit called<br><br>D OLSON, M.D. |
| 14/02 0930 | S – (dental consult for murmur), says told had heart murmur ~10yrs ago, ō W/U, ō CP, ō SOB<br>O – BP 110/70  P72  R16<br>Lungs – clear<br>Heart – RRR, no murmur, ō G   6/4/02<br>A – (1) S/O murmur – none now   exam S/O<br>P – (1) Doesn't need Abx for dental work<br><br>D OLSON, M.D. |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT<br>FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO.<br>07928-078 | WARD NO. |
|---|---|---|

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000070

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |

SF_600 (Face)

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

5/6/02

GENERAL MEDICAL CHRONIC CARE CLINIC II

Hepatitis B & C

1400hr

Subjective Findings:

a. Medical complaints or concerns of patient: feels swollen a bit past 24hrs — no abdominal pain

b. Health Promotion/Disease Prevention Assessment:

1. Cessation of Smoking: 1/2 PPD — really wants to stop

2. Diet: watches diet

3. Activity: works out

4. Medications:

(1) Drug Side Effects: } no SE's

(2) Drug Interactions:

5. Patient compliance with Therapeutic Regimen: good

c. Impact of Condition on Activities of Daily Living: no

d. Need for special Accommodations: no

Objective Findings:

a. Temp ___ Pulse 70 Resp ___ BP 120/80 Weight 225

b. Pt's General Appearance: looks well

c. Other Exam Findings: HEENT neg
clear lces
heart nl
abd soft NT ND
Stasis 's lower leg
flat feet fungal nails

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 02928 078 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000072

SF 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | | |
|------|---|---|---|

d. Diagnostic Studies    Results    Date of Exam

| 2/25/02 | ALT 61 (nl) | WNL | Abnormal |
| | | WNL | Abnormal |

Assessment:

a. Diagnosis: Hep C — Venous Stasis @ leg
Smoker — wants to stop

b. Disease Progression/Complications: no

c. Attainment of Prior Therapeutic Goals: OK

d. Therapeutic Efficacy:

Plan:

a. Medications: EC ASA I gr po QD #30 RF3
Pentoxifylline 400mg #90 I
po tid RF3
Hydrochlorothiazide 50mg AM QD #30 RF3
Tolnaftate 1% cre Bid #1    RF3
Wellbutrin 75mg I po Bid #8 RF0 } Pt...
" " 75mg II po Bid #30 RF3) line

b. Therapeutic Goals for Next Clinic: NA

c. Next Diagnostic Studies Due: lytes, BUN, Creat, LFTS

d. Return to Clinic: 3mo

e. Patient Education (Check topics discussed):

(✓) Nature of Disease

(✓) Disease Complications, Progression, and Prognosis    Patient Education

( ) Treatment Alternatives    Stay on wellbutin x 2wks

( ) Diet    picks stop date

( ) Weight Loss    tell people around to

(✗) Smoking    increase compliance

( ) Exercise

( ) Medication mechanism of action, instructions, side effects,

   interactions.

H. BEAM, MD
FCI MCKEAN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/6/02 1235 | Admin note: I'm here for scheduled call-out appt. to have toenails clipped. Stated did not want it done today. Instructed to resign sic prn. Pt. understands.  _Gracia Fairbanks PA_  **Gracia Fairbanks, MLP** |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Cherry, Daryl
07928-078

REGISTER NO.

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000074

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |

000075

SF_600 (Face)

NSN 7540-00-634-4176                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/9/02 1240 | GENERAL MEDICAL CHRONIC CARE CLINIC II |
| | Hepatitis B & C |
| | Subjective Findings: |
| | a. Medical complaints or concerns of patient: *back pain, jaundice* |
| | b. Health Promotion/Disease Prevention Assessment: |
| | 1. Cessation of Smoking: No |
| | 2. Diet: OK |
| | 3. Activity: *walking more* |
| | 4. Medications: |
| | (1) Drug Side Effects: *none* |
| | (2) Drug Interactions: |
| | 5. Patient compliance with Therapeutic Regimen: OK |
| | c. Impact of Condition on Activities of Daily Living: |
| | d. Need for special Accommodations: |
| | Objective Findings: |
| | a. Temp ___ Pulse 68 Resp 16 BP 110/70 Weight 229 |
| | b. Pt's General Appearance: NAD |
| | c. Other Exam Findings: |
| | HEENT - *Sclera* |
| | Lungs - Clear   Heart - RRR *off* |
| | Abd - *of organs* |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) *Cheng, Daryl* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 07928-078 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000076

SF 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

d.  Diagnostic Studies          Results              Date of Exam

WNL     Abnormal

*L F T s*          WNL     (Abnormal)

Assessment:

a.  Diagnosis:  (1) DCV        (2) *Periph Vasc Insuff*

b.  Disease Progression/Complications:

c.  Attainment of Prior Therapeutic Goals:

d.  Therapeutic Efficacy:  ( ) C

Plan:

a.  Medications:  (1) *Trental 400 x TID #90 Rx2*
(2) *HCTZ 50 x QD #30 Rx2*
(3) *EC ASA 325 x QD #30 Rx2*
(4) *Antifungal Crea BID J Mile Rx1*
(5) *Naprosyn 250 x TID Prn #20 Rx2*
(6) *DCV H form*

b.  Therapeutic Goals for Next Clinic:

c.  Next Diagnostic Studies Due:  *L F T s*

d.  Return to Clinic:  *3 mos*

e.  Patient Education (Check topics discussed):

(X)  Nature of Disease

( )  Disease Complications, Progression, and Prognosis

(X)  Treatment Alternatives

(X)  Diet          *understands*

(X)  Weight Loss

( )  Smoking

(X)  Exercise

( )  Medication mechanism of action, instructions, side effects,

   interactions.

   *soft shoe pass*

D. OLSON, M.D.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/8/02 0925 | S: IM presents FN F/u of wound on loosening top of (L) foot. "It's a breakdown because of bad circulation. pt breaks down once a year |
| | O: open lesion c̄ small amt. of blood on drsg on dorsal aspect of (L) ft. Feet are extremely macerated c̄ dry skin. |
| | A: bleeding varicosity |
| | P: Apply Silvadene. Wrap c̄ telfa and Kerlix. Apply one. fdle x 4 days. CBK c̄ BK + meals only. RTC as needed. Pt. understands.                                          B Saylor NP |
| | **BONNIE SAYLOR, NP** **FCI MCKEAN** |
| | Reviewed by D. Olson, MD |
| | Date: 1/9/02 |
| | |
| 02-01-12 1400 | S: C/o perineal rash between toes, burns + itches. C/o dry, itchy skin on both legs. |
| | O: NAD. maceration c̄ erythema interdigital bil. Dry, flaking skin bil lower extremities. |
| | P: Mycelex #1, apply to AA bid. RX 1 |
| |   A+D ointment #1, apply to AA bid. RX 1. Pt education: skin care. RTC prn. Pt understands.                                          B Saylor, NP |
| | **Bonnie Saylor, NP** |
| | Reviewed by D. Olson, MD Date 1/1/02 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 07928-078 | WARD NO. |
|---|---|---|

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000078

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |



STANDARD FORM 600 (REV. 6-97) BACK

FPI LEX.  Printed on Recycled Paper

000079