NSN 7540-00-634-4178

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

20/12/11
0750

S: c/o sore throat and diarrhea x 2 days. Has not eaten since yesterday. States he feels too sick to work.

O: WDD. Eyes-Ears: clear, TM's intact. Nose: mm pink/moist. O/p: mm's pink + moist, Ø erythema Ø edema. Neck: supple, Ø adenopathy. Chest: clear to auscultation. T-96.9

A: viral syndrome c̄ diarrhea

P: CTM's 4mg #6, 1 tab po q 8° OK. Tylenol, 325mg. #12, 1 tab po q 4-6° prn x OK. (Meds already given.) Ↄdle x 2 days.

- Pepto Bismol, 30 cc Ⓔ mms TID and h.s. #1, OK.    Pt education: re: hygiene, RTC as needed. Pt verbalizes understands.    B. Saylor, NP

BONNIE SAYLOR, NP
FCI MCKEAN

Reviewed by D. Olson, MD
Date 12/21/01

---

1/1/02
1200

Ct inmate c/o bleeding on top of his left foot, states a vessel broke open, denies pain

Ⓝ NAD

Lt. foot — inmate had dsg & ace wrapped around foot + ankle also had tape around ankle which was constricting circulation to his foot (states he did this to stop bleeding) (cont) G. Glenn, FNP (RN)

GLENN, FNP
FCI McKEAN
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 07928-178 | WARD NO. |
|---|---|---|

Cherry, Darryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1



000080



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 1/1/02 1200 (cont) | (S) lt. foot — small pinpoint opening top of foot, foot cold to touch, purple + Pitting edema lt lower leg above area where tape was used. (+) pulse, slow capillary refill, no bleeding at present time |
| | (A) 1) Varicose vein ē bleeding 2) ↓ circulation 2° to venous insufficiency + tight dsg |
| | (P) 1) Educated inmate not to use any constricting dsg 2) Area cleaned ē Betadine dsg and gauze wrap applied 3) F/U HCU 1/2/01 4) Inmate educated as above + agrees ē plan |

J. GLENN, FNP
FCI McKEAN

J. Glenn ē RNP

Reviewed by D. Olson, MD
Date: 1/2/02

| 1-3-01 1315 | S: c/o dry skin ; c/o edema in legs. Stated advised to be measured for TED Stockings by RD |
| | O: NAD. Bil extremities ē extremities dry, scaley skin. Edema minimal |
| | A: Dry skin ; Stasis edema bil'l extremities. |
| | P: Eucerin cream #1, apply to extremities p.r.n. RX 1, TED Stockings thigh length, given to pt. pt education re: hygiene. RTC as needed |
| | Pt. understands. |



H. BEAM, MD
FCI McKEAN          BONNIE SAYLOR, NP
                    FCI McKEAN
MD  1/3/02

Hepatitis B & C

**Subjective Findings:**

**a.** Medical complaints or concerns of patient:

δ abd pain, δ jaundice

**b.** Health Promotion/Disease Prevention Assessment:

**1.** Cessation of Smoking: No

**2.** Diet:

**3.** Activity: some walking

**4.** Medications:

   **(1)** Drug Side Effects: none

   **(2)** Drug Interactions:

**5.** Patient compliance with Therapeutic Regimen: says OK

**c.** Impact of Condition on Activities of Daily Living:

**d.** Need for special Accommodations:

**Objective Findings:**

**a.** Temp ___  Pulse 80  Resp 16  BP 120/70  Weight 219

**b.** Pt's General Appearance: NAD, jumped up on exam table δ problems, swung feet up on table w/o down problems

**c.** Other Exam Findings:

δ EENT- δ icterus

Lungs- clear   Heart- RRR δ M, δ G.

AT N. IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:          FCI McKEAN HEALTH S___

PATIENT'S NAME (Last, First, Middle Initial)  Cherry, Daryl          SEX

RELATIONSHIP TO SPONSOR          STATUS          RANK/GR___

SPONSOR'S NAME          ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.  01725 07___          DATE OF___

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev
Prescribed by GSA and
FIRMR (41 CFR) 201 45

000082

(Back)

| DATE | |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

d.  Diagnostic Studies

Results

Date of Exam

WNL    Abnormal

LFT's    WNL    (Abnormal)

Assessment:

a.  Diagnosis: ① HCV  ② Periph. ven. insuff.  ③ LBP

b.  Disease Progression/Complications: ↑

c.  Attainment of Prior Therapeutic Goals:

Therapeutic Efficacy:

a.  Medications:

① Motrin 400 g  TID prn # 30 Rx 3
② Trental 400 g  TID # 90 Rx 2
③ HCTZ 50 g  QD # 30 Rx 2
④ ECASA 325 g  QD # 30 Rx 2

b.  Therapeutic Goals for Next Clinic:

c.  Next Diagnostic Studies Due: npl

d.  Return to Clinic: 3 mos

e.  Patient Education (Check topics discussed):

(X)  Nature of Disease

( )  Disease Complications, Progression, and Prognosis

(X)  Treatment Alternatives

(X)  Diet

( )  Weight Loss          understand

(X)  Smoking

(X)  Exercise

( )  Medication mechanism of action, instructions, side effects,
    interactions.

D. OLSON, M.D.

540-00-634-4176

AUTHORIZED FOR LOCAL REPROD.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

9/18/0
1050

S: Is here for results of doppler. Also requesting ~~Motrin~~ Tylenol instead of Motrin

O: deferred

A: Peripheral venous insuff → Counseling

P: Results reviewed → Tylenol 500 mg #21 — T Q8h prn x 1R. Educ. Take meds as directed. ↑ exercise → espec. ambulation. RTC prn. Pt understands

*Gracia Fairbanks, PA*

Reviewed by D. Olson, MD                    Gracia Fairbanks, MLP
Date: 9/18/0

7/29/0
1430

Admit D/H

Venous Doppler — δ DVT evidence suggesting previous thrombus or chronic change

D. Olson, MD
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Cherry, Darryl
07928-078

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000084

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 10/16/01 1010 | S. Cont to c/o (R) hip pain, radiating to thigh to knee |
| | O: Walks c̄ a cane & a limp. (+) tenderness (R) hip on palp. Ø edema, Ø erythema noted + flexion & extension of back (-) str. leg raise |
| | a: (R) hip & thigh pain. R/O DJD |
| | P: X-ray (R) hip |
| | Tylenol through 10/17/01. Pt educ. Warm compresses. RTC prn. Pt understands |
| | *Gracia Fairbanks PA* |
| | **Gracia Fairbanks, MLP** |

000085

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

8/14/01
0800

S. Requesting medic. refill

O: deferred

A: (R) thigh Pain - muscular

P: Motrin 800 mg #21 - 1tid prn, food x1 R
Pt educ. Take medic as directed. RTC prn
Pt understands

Reviewed by D. Olson, MD
Date: 8/14/01

*Gracia Fairbanks PA*

**Gracia Fairbanks, MLP**

8/21/01
0940

Admin note.
Convalescence extended until 9/4/01 per CO

*Gracia Fairbanks PA*

**Gracia Fairbanks, MLP**

8/24/01
1400 Hrs

Adm Note: Replaced his old wheelchair with a new one.
Convalescence Status renewed Thru 8/31/01 per physicians
advice & ok to sit in class for education.

—J. SC. D. Menon, HSA]

C.D. Menon
Health Services Administrator

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

Cherry, Darryl
07928-078

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000086

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|----------------------------------------------------------------------|
| 8/26/01 1230 | S: Pt arrived via W/C c̄ c/o (L) ↓ leg oozing |
| | O: Sm. blistered areas noted on lateral aspect of (L) foot & anterior ankle. Sm pinpoint opened area lateral (L) foot |
| | A: Chronic venous stasis ulcers (L) foot R/T PVD. |
| | P: Re-wrap foot c̄ ace. RTC in AM for eval. for poss. una boot application. Pt verbalized understanding  ——— S Rimer R |
| | Reviewed by D. Olson, MD  Date: 8/27/01    Sandra L. Rimer, RN |
| 08/29/01 0930 | S: Pt arrived via W/C for dsg Δ, possible toenail clipping. |
| | O: Sm. opened area 1cm round noted (L) lateral foot. Sm scattered blistered areas lat foot. ⊘ drainage noted. |
| | A: Chronic venous stasis (L) foot |
| | P: 4" Paste bandage applied to (L) ↓ leg / foot, covered c̄ ace wrap. Bilateral thickened toenails clipped. Pt ed walking / exercise to promote circulation, proper diet to ↑ healing. Pt stated understanding  ——— S Rimer R |
| | Reviewed by D. Olson, MD  Date: 8/29/01    Sandra L. Rimer, RN |
| 9/13/01 0930 | Admin Note   for doppler studies  Inmate was on transit ... |
| | on 9/12/01 |
| | D. Olson, MD  Clinical Director   000087 |

Subjective Findings:

8/2/01

0830

a. Medical complaints or concerns of patient:

C/O aching pain front of B thigh to knee, sore c walking
ō abd pain, ō LBP
rash w/face

b. Health Promotion/Disease Prevention Assessment:

1. Cessation of Smoking: NO

2. Diet: good

3. Activity: limited

4. Medications:

(1) Drug Side Effects: none

(2) Drug Interactions:

5. Patient compliance with Therapeutic Regimen: OK symptomatic

c. Impact of Condition on Activities of Daily Living: none

d. Need for special Accommodations:

Objective Findings:

a. Temp ____ Pulse 80 Resp 16 BP 120/80 Weight 223

b. Pt's General Appearance: NAD

c. Other Exam Findings:

HEENT - abibems
resp - clea   Heart - RRR, ō H
Abd - ō organs
Ext - edema, toes warm to touch, pulses + bilat
     neg SLR

PATIENT'S IDENTIFICATION (Use this space for
mechanical Imprint)

RECORDS MAINTAINED AT: FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial)   SEX
Chimy, Daryl

RELATIONSHIP TO SPONSOR   STATUS   RANK/GRADE

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.   DATE OF B
                 07928-078

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev.
Prescribed by GSA and IC
FIRMR (41 CFR) 201-45.50

000088

00 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|

d. Diagnostic Studies        Results        Date of Exam

                                  WNL    Abnormal
                      LFT's ,    .NL    (Abnormal)

Assessment:

a. Diagnosis: (1) PCV (2) M, PVD (3) Rash

b. Disease Progression/Complications: ∓

c. Attainment of Prior Therapeutic Goals:

d. Therapeutic Efficacy:

Plan:

a. Medications: (1) Cont Trental + ASA (see note 7/3/01)
(2) HCTZ 50 mg QD #10 Rx8
(3) Lidex Cream QD I rule

b. Therapeutic Goals for Next Clinic:

c. Next Diagnostic Studies Due: LFT's, Cred, lipids, vascular studies

d. Return to Clinic: 3 mo

e. Patient Education (Check topics discussed):

(X) Nature of Disease

(X) Disease Complications, Progression, and Prognosis

(X) Treatment Alternatives

(X) Diet

( ) Weight Loss

(X) Smoking  DC            Understands

(X) Exercise

( ) Medication mechanism of action, instructions, side effects,
    interactions.

tests explained

D. Olson, MD
Clinical Director

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 7/16/01 1300 | S: Pt referred lumbo sacral sprain on top bunk. Skin WNL.<br><br>O: Alert A/O, no athletic D's (+) streslght leg rising, no hx of direct trauma. Tenderness knee (R) area no swelling, no tenderness in (R) calf area. Pain flex lft knee. (CD notified.)<br><br>A: Lumbar Strain (R)<br><br>P: ① Motrin 800 T tid in food #21 Rx1<br>② Moist heat. Lower bunk. idle till 7/18/01, wheelchair given till that time. per CD.<br>③ follow up in s/c if needed.<br>④ Pt understanding OK<br><br>Patient Education<br>☐ Dosage<br>☐ Special Instruction<br>C. Oyler, R.Ph   CDO<br><br>J. Gomez, MLP |
| 1/17/01 0900 | Admin Note<br>(See above note), LBP – R/O radiculopathy related ortho consult, X-ray L/S spine<br><br>D. Olson, MD<br>Clinical Director |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 07925-078 | WARD NO. |
| --- | --- | --- |

Cherry, Darryl

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 7/27/01 0648 | Adm note: Pharmacist notified of need of refill (lost caps). Will pick them up today 1130 AM. *[signature]* MLP |
| 7/31/01 0900 cancel prev refills | Adm Note (See othr consult) consul 7/31 → 8/14/01 Rx Trental 400g TID #30 RX8 , refer to → ① ECASA 325g QD #10 RX8 Utilization Review Committee D. Olson, MD Clinical Director |

FPI. LEX.   Printed on Recycled Paper

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/3/01 1415 | S. Im req. drsg supplies + to have legs examined |
| | O: Sm. pinpoint open areas on medial aspect of (R) foot + ankle. Sm. open area @ back of (L) foot. o drg noted |
| | A. Venus stasis ulcer (R) ankle Peripheral vasc. dis. |
| | P. Una boot applied to (R) L leg + foot. To remain on for 7-10 days Silvadene + DSD applied to (L) post. foot RTC prn for drsg & or supplies. Pt understands Gracia Fairbanks PA |
| | **Gracia Fairbanks, MLP** |
| 6/01 1300 | Admin note. Call received from B. Dorrian - SHU. Requesting need for una-boot while pt now in SHU. Order for 7-10 days as above. Will leave on I.M unless ordered to be removed by M.D. ——— C Lundberg RN **Cheryl Lundberg, RN** |
| | Reviewed by D. Olson, MD Date: 5/7/01 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Cherry, Darryl
07925-078

000092

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 7/11/01 1055 | S: c/o ® flank, back & ® ↑ leg pain since Friday. c/o some burning on urination |
| | O: Lungs-CTA. Abd-s&NT. ∅ organomegaly ∅ masses. BS present. s/e ® flank & ® lumbosacral pain on palpation ∅ edema. ∅ erythema |
| | A: ? UTI vs Lumbosacral Strain |
| | P: U/A ordered. Rtn specimen to lab in am Will treat according to results. RTC on 7/12/01. Pt understands. Idle thing 7/12/01    Gracia Fairbanks PA |
| | **Gracia Fairbanks, MLP** |
| 7/12/01 1400 | S: Recvd call from unit stating Im was having severe pain & needed to be seen. Was to HSU this am to sign s/c but there was a recall |
| | O: (+) tenderness on palp. ® L/S area & ® hip ↓ ROM. ∅ edema ∅ erythema (-) str. leg raise   u/a WNL |
| | A: Lumbosacral Strain |
| | P: Motrin 800 mg #21 T↑d prn ō food X OR Idle thing 7/12/01. Warm moist compresses. RTC prn. Pt understands    Gracia Fairbanks PA |
| | **Gracia Fairbanks, MLP** |

Patient Education
  Dosage
  Special Instruction
C. Oyler, R.Ph

000093

Hepatitis B & C

**Subjective Findings:**

a. Medical complaints or concerns of patient:

b. Health Promotion/Disease Prevention Assessment: ō abd pain ō jaundice ("") losing hair or scalp ō face

   1. Cessation of Smoking: No

   2. Diet: good

   3. Activity: limited

   4. Medications:

      (1) Drug Side Effects:

      (2) Drug Interactions:

   5. Patient compliance with Therapeutic Regimen:

c. Impact of Condition on Activities of Daily Living:

d. Need for special Accommodations:

**Objective Findings:**

a. Temp ___ Pulse 70 Resp 16 BP 120/80 Weight 230

b. Pt's General Appearance: NAD

c. Other Exam Findings:

   HEENT - icterus

   Lungs - clear Heart - RRR ō M

   Ext - Edema R>L

PATIENT'S IDENTIFICATION (Use this space for mechanical imprint)

| RECORDS MAINTAINED AT: | FCI MCKEAN HEALTH SERVICES | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Cheney, Daryl | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 07728-078 | | DATE OF |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev)
Prescribed by GSA and
FIRMR (41 CFR) 201-41

600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

d.  Diagnostic Studies

Results                                    Date of Exam

WNL    Abnormal

*LPJ s*              WNL    (Abnormal)

**Assessment:**

a.  Diagnosis:  ① ⊕ HCV    ② *Periph Venous Insuff.*  ③ R/O *Pred*

b.  Disease Progression/Complications:

c.  Attainment of Prior Therapeutic Goals:

d.  Therapeutic Efficacy:

**Plan:**

a.  Medications:  ① *Mupirex Cream BID #1 tube Rx1*
             ② *Valisone 0.120 Cream BID 1 tube Rx1*
③ *Motrin 400 x TID Prn #30*
④ *Trental 400 x TID #30. Rx8*
⑤ *HTC* ᷓ *HCTZ 50 QD #10 Rx8*

b.  Therapeutic Goals for Next Clinic:

c.  Next Diagnostic Studies Due:  *prn*

d.  Return to Clinic:  *3 mo*

Patient Education
☒— Dosage
☒— Special Instruction
*G. Gyler, R.Ph.* ☒ *CHO*

e.  Patient Education (Check topics discussed):

( )  Nature of Disease

( )  Disease Complications, Progression, and Prognosis

(☒)  Treatment Alternatives

(☒)  Diet

(☒)  Weight Loss          *understands*

( )  Smoking

(☒)  Exercise

( )  Medication mechanism of action, instructions, side effects,
    interactions.

*KMS*

**D. Olson, MD**
**Clinical Director**

600095

7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPROD.

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

3/8/01
0950

S. cc c/o lesions LLE - see prev note

Chronic Venous Insufficiency

O ⊕ Brown edema 2° pitting edema
healing crusted lesion ant/med ⓁLLE ankle

A Venous Insufficiency

P Ace (Peri) bandage applied - Care ē fld gauze
ṗḍ elasto leg (Ace bandage) +UE Fld
Start HCTZ 50 ṁg iṗ d #10 + 2RF

*C. Todd Montgomery*
*AHSA/SMLP*

Patient Education
— Dosage
— Special Instruction
C. C. Oylen, R.Ph

4/17/01
0100

S - I was called in L+ because I/M was
"bleeding all over" from his ⓁLleg, he has
varicose veins

O - ⓁLleg - gauze pads (put on by I/M)
over wound in ⓁLankle area, small amt of
dried blood, ō active bleeding, pinhole sized
opening in dilated vein

A - ⓁLVaricose vein ē bleeding

P - ① Dressing changed, gauze Kling, elastic wrap
② Pt Ed - wound Care, elevation, understands
③ Sign SIC in AM

*D. Olson, MD*
*Clinical Director*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Cherry, Darryl
07928-078

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000096

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

FPI. LEX.    Printed on Recycled Paper

STANDARD FORM 600 (REV. 6-97) BACK

DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

GENERAL MEDICAL CHRONIC CARE CLINIC II

Hepatitis B & C

**Subjective Findings:**

2/16
150

a. Medical complaints or concerns of patient:

*losing hair on scalp & face*

b. Health Promotion/Disease Prevention Assessment:

1. Cessation of Smoking: NO

2. Diet: good

3. Activity: *limited exer*

4. Medications:

   (1) Drug Side Effects:

   (2) Drug Interactions:

5. Patient compliance With Therapeutic Regimen:

c. Impact of Condition on Activities of Daily Living:

d. Need for special Accommodations:

**Objective Findings:**

a. Temp ___ Pulse 72 ___ Resp 16 ___ BP 110/78 ___ Weight 233

b. Pt's General Appearance: NAD

c. Other Exam Findings:

NEENT patchy areas of ♂ hair on scalp & beard
Lungs - clear     Heart RRR, ♂ M
Abd - nontender, ♂ ♂ organs

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | *Chempy, Daryl* | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 0792-R-078 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000098

_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|

**d.  Diagnostic Studies**     Results          Date of Exam

          WNL    Abnormal

LFTs      WNL    Abnormal

**Assessment:**

**a.  Diagnosis:** ① PCV  ② Alopecia - R/O Tinea  ③ Venus Insuff

**b.  Disease Progression/Complications:**

**c.  Attainment of Prior Therapeutic Goals:**

**d.  Therapeutic Efficacy:**

**Plan:**

**a.  Medications:**

① Antifungal Cream BID I mil
② AC/9n Cream BID I mil
③ Trental 400y TID #30 Rx8

Patient Education
  — Dosage
  — Special Instruction
C. Oyler, R.Ph.

4x4, 2x2 gauze & nonstick pads given

**b.  Therapeutic Goals for Next Clinic:**

**c.  Next Diagnostic Studies Due:** LFTs, PT, PTT, INR

**d.  Return to Clinic:** 3 mo

**e.  Patient Education (Check topics discussed):**

( ) Nature of Disease

( ) Disease Complications, Progression, and Prognosis

( ) Treatment Alternatives

(X) Diet                          o

( ) Weight Loss

( ) Smoking            understands

( ) Exercise

( ) Medication mechanism of action, instructions, side effects,
    interactions.

✓ skin care
✓ med use

                              D. Olson, MD
                              Clinical Director

000099

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

7540-00-634-4176

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11-21-00 1230 | S> here for unna boat |
| | O> L leg : open ulcer x1 med. malleolar aspect c̄ serous exudate , (+) edema, no signs of infection |
| | A> Stasis ulcer L leg, Venous Insufficiency |
| | P> Cleansed area c̄ sterile NSS. |
| | > Silvadene cream applied |
| | > Paste bandage (w/ zinc oxide) wrapped on L leg/ankle/foot, followed by 3" conforming gauze and 4" ace wrap. |
| | > Pt. Educ : Elevate L leg, understands |
| | > F/u prn                                    M. Tarr, MLP |
| 11-30-00 1330 | S> application of unna boat |
| | O> L leg : (+) healing ulcer - med. ankle area - no exudates noted ; (+) swelling/edema |
| | A> Venous Insufficiency, Healing ulcer, L ankle |
| | P> Silvadene cream applied, Paste Bandage applied ff'd by conforming gauze + ace wrap. |
| | > Pt Educ : Elevate L leg , understands |
| | > F/u prn                                    M. Tarr, MLP |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 07928 - 078 | WARD NO. |
|---|---|---|

Cherry, Daryl

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000100

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 12/8/00 1400 | S: Pt presented for dressing. Doing well. O: healing small granulating ulceration. *(illegible handwritten clinical notes)* |
| 1/10/01 1245 | S - Needs SK Dsg Supplies ~ Request to Ref. O - q Deferred. A - Stasis, Ulcer ① R. Knee P - Silvadene 460g Apply as Needed x 2 |

Patient Education
— Dosage
— Special Instruction
C. Byler, R.Ph

*(signature)* C. Todd Montgomery AHSA/SMLP

*(signature)* W. Flatt, MLP

G00101

GENERAL MEDICAL CHRONIC CARE CLINIC II

## Hepatitis B & C

**11/2/00**
**1330**

**Subjective Findings:**

**a. Medical complaints or concerns of patient:**

ō abd pain, ō jaundice

**b. Health Promotion/Disease Prevention Assessment:**

**1. Cessation of Smoking:** No

**2. Diet:** good

**3. Activity:** limited

**4. Medications:**

**(1) Drug Side Effects:** none

**(2) Drug Interactions:**

**5. Patient compliance with Therapeutic Regimen:** OK

**c. Impact of Condition on Activities of Daily Living:**

**d. Need for special Accommodations:** no

**Objective Findings:**

**a. Temp** ___ **Pulse** 70 **Resp** 16 **BP** 110/70 **Weight** 236

**b. Pt's General Appearance:** NAD

**c. Other Exam Findings:**

HEENT - ō icterus
Lungs - clear   Heart - RRR, ō M, ō G
Abd - ō organ
Ext - ō edema

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ► FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial)
Cheny, Daryl                               SEX

RELATIONSHIP TO SPONSOR          STATUS          RANK/GRA

SPONSOR'S NAME                   ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.   DATE OF
                  07928-078

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev
Prescribed by GSA and
FIRMR (41 CFR) 201-45.

000102

(Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|----------------------------------------------------------------------------|

d.  Diagnostic Studies                    Results                    Date of Exam

WNL        Abnormal

LFTs                              WNL        (Abnormal)

Assessment:

a.  Diagnosis:  1) HCV  2) Venous insuff

b.  Disease Progression/Complications:

c.  Attainment of Prior Therapeutic Goals:

d.  Therapeutic Efficacy:

Plan:

a.  Medications:

1) Trental 400g TID #30 Rx8

Patient Education
  — Dosage
  — Special Instruction
C. Oyler, R.Ph (M)

b.  Therapeutic Goals for Next Clinic:

c.  Next Diagnostic Studies Due:  none

d.  Return to Clinic:  3 mo

e.  Patient Education (Check topics discussed):

  ☒  Nature of Disease

  ☒  Disease Complications, Progression, and Prognosis

  ☒  Treatment Alternatives

  ( )  Diet                    understands

  ( )  Weight Loss

  ☒  Smoking

  ( )  Exercise

  ( )  Medication mechanism of action, instructions, side effects,
       interactions.

D. Olson, MD
Clinical Director

000103

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

10/13/00
0830

S: Pt need cream refill + supplies
O: ② lower leg. ulcers, no drainage, due to venous insufficiency, no cellulitic change. (redness) pain (on/off)
A: Stasis ulcer ② ankle due to venous insufficiency
P: 1. Silvadene cream. #1 use externally PRN. RX1
2. 4 inches Gauze given #6
3. gauze wrap given #3
4. follow up in sic. if needed
5. Place in restrictions by CO. RX1
                                    J. Gomez, MLP

Patient Education
__ Dosage
__ Special Instruction
C. Oyler, R.Ph  Cro

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ FCI McKean
PATIENT'S NAME (Last, First, Middle Initial)  Cherry Daryl    SEX
RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE
SPONSOR'S NAME    ORGANIZATION
DEPART./SERVICE  SSN/IDENTIFICATION NO. 07928-078    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
IRMR (41 CFR) 201-45.505
000104

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |

STANDARD FORM 600 BACK (REV. 5-84)

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/8/00 1845 | S: Is here for (L) leg ✓ + application of una boot |
| | O: Non-pitting edema noted of (L) lower leg, ankle + foot. Sm. open areas noted on medial aspect of (L) ankle. ø erythema noted. ø dig. Pedal pulses diminished |
| | A: Stasis ulcer (L) ankle → venous insufficiency |
| | P: Silvadene cream to medial aspect of (L) ankle applied followed by una boot, gauze wrap + ace wrap. To be put on call-out for Sat 9/16/00 @ 6:30 pm for dsg △ Instd. Keep dsg dry ↑ (L) leg. Pt understands. Gracia Fairbanks PA |
| | Gracia Fairbanks, MLP |
| | emma 9/8/00 11 2 |
| | D. Olson, MD Clinical Director |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

Cherry, Daryl
07928-018

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 9/16/00 | S- Presents to PM P/c x Dsg ∆. |
| 1800 | O- 1 1¢ Sized Stasis Ulceration Dorsum ℝ Foot. ~ Other |
| | Ulcers remain Dressed ~ No Una-Boot material Available to ∆ Dsg. |
| | A- Stasis Ulcer. |
| | P- Wound Cleansed c̄ H₂O; Silvadine Applied c̄ New Dsg. |
| | Rted keep clean & Dry Understands RTC prn tomorrow. |
| | _W. Flatt, MLP_ |
| | 9/18/00 |
| | |
| | D. Olson, MD<br>Clinical Director |
| 9/19/00 | Ⓢ Came for dressing ∆ |
| 1415 | Ⓞ There is stasis ulcer on the ℝ foot & R. ankle |
| | There is no swelling no oedema no |
| | Erythema no Sign of inflamation |
| | Ⓐ Stasis ulcer |
| | Ⓟ 1. The wound is cleaned & SSD applied & |
| | Then new dressing |
| | 2. Silver Sulfadiazine cream #1 used elf PRN |
| | 3. Trental 400 mg 1 tab Tid #30 RX2 |
| | 4. Pt. edu. keep area clean & dry take |
| | medic. as directed F/U- S/c PRN) |
| | Patient Education<br>— Dosage<br>— Special Instruction<br>C. Dyler, R.Ph |
| | 9/20/00    W. Hamandi, MLP |
| | |
| | D. Olson, MD<br>Clinical Director |

DATE 8/8/00 | SYMP... S, DIAGNOSIS, TREATMENT, TREATING ...ANIZATION *(Sign each entry)*

0905

S: Pt need refill on Silvadene.
+ extension of Convalesce.

O: deferred.

A: Venous Insufficiency

P: (1) Convalesce till 8/15/00
(2) Silvadene cream #1 use
   PRN Rx 2
(3) Keep area clean/dry
(4) Pt undestandy OK

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph  CW

J. Gomez, MLP

~~J.M. ....dasia, MLP~~

8/11/00 | S: Pt V dressing change (Lt) Ankle
1250 | A foot wound

O: Alert, W/O doing better, No exudate
no open ulcers seen, small erythema

A: Venous insufficiency

P: (1) Wound cleaned, silvadine applied.
(2) Dressing in a boot (new one reapplied)
(3) Cover in elastic 6 inch wrap.
(4) no complication during OK
(5) Antifungal cream #1 use BID RX2
(6) Keep area clean/dry follow up in s/c.
(7) Pt understing ok

J. Gomez, MLP

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph  CW

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶   FCI McKean

PATIENT'S NAME (Last, First, Middle Initial) | SEX
Cheru Darryl

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH
07928-078

CHRONOLOGICAL RECORD OF MEDICAL CARE | STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000108

8/18/00
1325

O: ® medial ankle sl. erythematous, c̄
small scabbed over areas @ base of
great toe & dorsal aspect of foot.
∅ open areas noted. Edema ↓

A: Venous insuff c̄ resolving leg ulcers

P: ~~Unna~~ leg cleansed & Silvadene
applied c̄ new una boot. Gauze
wrap + ace wrap applied.
RTC on call out - Fri 8/25 @ 1330
for dsg ∆. Pt understands
                    Gracia Fairbanks PA

**Gracia Fairbanks, MLP**

8/25/00
1400

S: Is here for re ✓ of ® leg. also requesting Christopher Motrin

O: ® medial ankle clear. ∅ open areas
noted. ∅ edema. P. pulses intact
Sim. open areas noted on medial aspect
Ⓛ ankle. Sl. erythema + edema noted
↓ P. pulses

A: Venous insuff c̄ stasis ulcer Ⓛ ankle

P: Una boot applied to Ⓛ leg.
Keep dry. ↑ Ⓛ leg. Call out next
~~Fri~~ @ 1330 for re ✓ of leg
Pt understands
Lipid profile per request   Gracia Fairbanks PA
                    Gracia Fairbanks PA

Addendum to
above note
8/25/00
1400

Motrin 800 mg #21 T Tid prn c̄ food × 1 R
Take as directed Pt understands
                    Gracia Fairbanks MLP

**Gracia Fairbanks, MLP**

W.K. COLLINS, DDS
C D O
FCI McKean

STD. HO FORM 600 BACK

000109

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

8/3/10
1325

### GENERAL MEDICAL CHRONIC CARE CLINIC II

### Hepatitis B & C

**Subjective Findings:**

a. Medical complaints or concerns of patient: "Feels good". Leg ulcer on R + leg. Unaboot removed. New one reapplied

b. Health Promotion/Disease Prevention Assessment:

   1. Cessation of Smoking: 1/2 PK / day

   2. Diet: Appetite - poor. Eats once / day

   3. Activity: No exercise @ present

   4. Medications: Motrin prn for leg pain

      (1) Drug Side Effects: none

      (2) Drug Interactions: none

   5. Patient compliance With Therapeutic Regimen: n/a

c. Impact of Condition on Activities of Daily Living: difficulty walking due to venous insufficiency + leg ulcers

d. Need for special Accommodations:

**Objective Findings:**

a. Temp 98.5  Pulse 88  Resp 20  BP 122/70  Weight 236#

b. Pt's General Appearance:

c. Other Exam Findings: Skin & sclera clear
Lungs - CTA    Heart - RRR
Abd S + NT, Ø organomegaly Ø masses
Per pulses intact
Superficial venous ulcers medial aspect
R ankle

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 05925-078 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 2.02

600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

8/5/00

Cont'd

d. Diagnostic Studies          Results          Date of Exam

WNL    Abnormal    AST  48        7/26/00

WNL    Abnormal    ALT  42

Assessment: Chronic

a. Diagnosis: HCV    Venous Insuff

b. Disease Progression/Complications:

c. Attainment of Prior Therapeutic Goals:

d. Therapeutic Efficacy: n/a

Plan:

a. Medications:

b. Therapeutic Goals for Next Clinic: n/a

c. Next Diagnostic Studies Due: none

d. Return to Clinic: 3 months

e. Patient Education (Check topics discussed):

( ) Nature of Disease

(✓) Disease Complications, Progression, and Prognosis

( ) Treatment Alternatives

( ) Diet

(✓) Weight Loss

(✓) Smoking

( ) Exercise

( ) Medication mechanism of action, instructions, side effects,

interactions.

Gracia Fairbanks, MLP

Cheryl Darryl
07928-078
MCIGW

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/26/00 | D Lund Note |
| 7/3/00 | AST 48, ALT 42, Bili 1,2 G6T 110 |
|  | ⊖ HbsAg, ⊕ Anti-HCV, work restric, |
|  | put on GHH Clinic, I/M notified |
|  | D. Olson, MD / Clinical Director |
| 7/26/00 1715 | S- Sent from Unit c/o bleeding through Dsg. + H/o |
|  | PVD 2° IVDA, ℞ med Ankle |
|  | O- Multiple Superficial Ulcerations ℞ med Ankle |
|  | d exudate seen + evidence recent bleeding |
|  | A- PVD. Venous Insuff. Stasis Ulcers |
|  | P- Dsg. Applied |
|  | Pted Skin care supplies Given Understands |
|  | F/u regular Dsg Δ |
|  | W. Flatt, MLP |
| 7/28/00 0950 | S: Got a call from C.O. stating I/M was bleeding through his drsgs. Instructed to send I/M down |
|  | O: Multiple superficial ulcers ℞ medial ankle. Sm. amt yellow drg noted |
|  | ∅ bleeding @ present |
|  | A: Venous insuff c leg ulcers |
|  | FCI McKean |

PATIENT'S NAME: Cherry, Darryl
SSN/IDENTIFICATION NO: 07928-078

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/28/00 0950 | P: Una Boot applied, followed by Gauze wrap + ace bandage. Call out Fri 8/4/00 @ 1330 for dsg. Pt understands convalescence change 8/3 |

Gracia Fairbanks, MLP

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 7-12-00 0800 | Physical Exam done.  PPD given.  Read in 2 d. Tetanus given (IM) ® deltoid. Silvadene cream #1 container  AA BID Rx1 Labs - Hep B serum, Liver Prof, HCV ordered <br> M. Tarr, MLP |
| 7/12/00 0930 | Adm Note Chronic leg ulcers - on meds, put on GMI clinic <br> D. Olson, MD <br> Clinical Director |
| 7/18/00 1440 | Adm. Note Order Unna boot per CD. AHSA aware <br> D. Olson, MD <br> Clinical Director |
| 7-18-00 1445 | S, wound/ulcer ✓ D, ® leg: (+) ulcers - med. aspect - lower leg + ® ankle  w/serous exudate  (+) edema Ⓛ ankle: (+) ulcer - close to heel area  + edema A, Leg ulcers, Venous Insufficiency P, Cleaned w/ sterile H₂O. Silvadene applied > Silvadene cream #1 container  AA QD. Pt. Edu: Keep area clean, understands  f/u on callout <br> M. Tarr, MLP |

Patient Education
— Dosage
— Special Instruction
C. Dyier, R.Ph

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

| RECORDS MAINTAINED AT: | ▶ | FCI McKean | |
| --- | --- | --- | --- |
| PATIENT'S NAME *(Last, First, Middle Initial)* | | | SEX |
| Cherry Darryl | | | |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 07928-078 | | DATE OF BIRTH |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 7/24/00 1520 | S: Inmate presented for dressing change o result of string ulcers over (R) LE ankle + medial foot - some oozing serosang fluid ⊙ poor color +++ LE edema A: Stasis Ulcer - Hx LE I UDA P: Wound cleaned c̄ soap + water - Salicylic Sterile dressing + cover - TED stocking On - pt to return tomorrow for application of Unna flex boot Cholesterol / *T. Montgomery, MLP* |
| 7/25/00 1420 | S: leg ✓ O: (+) leg ulcers, lower ext. +++ edema no signs of infection A: Chronic leg ulcers P: Cleaned w/ soap + H₂O. Silvadene cream applied, sterile dsg applied , Nicotin 800mg #21 ī TID after meals prn Rx1 , Silvadene cream #1 AA BID , dressing supplies given , Pt-Educ: elevate legs, understands , Unna boot in Warehouse - will p.u tomorrow , F/u tomorrow *M. Tarr, MLP* Patient Education ⌐ Dosage └ Special Instruction C. Oyier, R.Ph ✓ |

STANDARD FORM 600 BACK (REV. 5-84)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

600-108

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/30/00 1310 | Intake screening done |

H/o IVDA x 15 yrs. No drugs x 15 yrs

H/o Venous insuff. c recurrent leg ulcers

Ⓛ worse than Ⓡ. Wears elastic hose

No suicidal ideations

No head/body lice

Meds:

Furosemide 40 mg T QD

KCl 10 meq

Motrin 900mg T tid

Last PPD 5/31/99. Schedule for PPD

Place on Diet. Med Qtrs for Ven insuff.

Gracia Fairbanks, PA

**Gracia Fairbanks, MLP**

| 7/5/00 0825 | S: Pt here for dsg Δ to venous ulcer on |

Ⓛ ankle. Also has ulcer on Ⓡ ankle but dsg is okay

O: Ulcerated egg-sized open lesion noted

medial aspect Ⓡ ankle, inferior to medial

malleolus. Sm amt yellow drg noted on

dsg. Ø surrounding erythema noted

A: Venus insuff. c leg ulcer

P: Wound cleansed c Betadine + DSD +

con't'd

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶    FCI McKean

PATIENT'S NAME (Last, First, Middle initial)    Cherry Darryl    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO. 07928-078    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

000116

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 7/5/00 0825 (cont) | P: AB ointment applied, followed by gauze wrap. |
| | Motrin 800mg #21 + tid prn c food x 1R |
| | Pt educ: Sign s/c in am pain area ↑ + to ✓ (R) ankle. |
| | Take meds as directed. ↑ legs as often as possible. Pt understands. Convalescent through 7/19/00   Gracia Fairbanks PA |
| | **Gracia Fairbanks, MLP** |
| | 7/5/00 |
| | D. OLSON CLINICAL DIRECTOR |
| 7-6-00 0925 | S: dressing change |
| | O: +++ edema, bilat LE |
| | (L) ankle: (+) skin ulcer at med. malleolus area, serous drainage, no signs of inj. |
| | (R) LE: small skin opening at distal tibia, med. aspect w/ white, clear serous drainage, continuously seeping out. no signs of inj. |
| | A: Venous Insufficiency |
| | P: Cleaned areas w/ sterile H2O |
| | › Silvadene cream applied, sterile dressing + Ace wrap applied |
| | › Elastic stockings #1 pr. given |
| | › Silvadene cream #1 container given |
| | › dressing supplies given |
| | › Pt. educ: Keep area clean, understands |
| | › F/u tomorrow.   M. Tarr |
| | **M. Tarr, MLP** |

*U.S. Government Printing Office: 1996 - 404-763/40010

STANDARD FORM 600 BACK (REV. 5-84)



**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | | | | | Specimen Number | Account Number | Control Number |
|---|---|---|---|---|---|---|---|
| CHERRY, DARRYL | | | Patient ID 07928078 | | 091-844-0953-0 | 37806845 | AY537806845 |
| Sex M | Date of Birth | Age (Y/M/D) 52/02/13 | Fasting No | Patient Phone | Physician Name | | Physician ID BEAM |

Additional Information

| | Account |
|---|---|
| | Federal Correctional Institute    00 |
| | McKean County |
| | P O Box 5000 |
| | Lewis Run PA  16738 |
| | 814-362-8900 |

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 04/01/05 09:40 | | 04/08/05 15:13 ET |

| Tests Ordered |
|---|
| Hepatitis C Virus Genotyping |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Hepatitis C Virus Genotyping**

Hepatitis C Genotype            1b

This assay can detect the six (6) major HCV Genotypes and their most    See Note    TG
common subtypes.

Several clinical studies have demonstrated that Genotype 1 HCV may be
more refractory to interferon monotherapy as well as to interferon
plus ribavirin combination therapy.  Sustained response rates are
increased for Genotype 1 infected patients when therapy is given for
48 weeks instead of 24 weeks.

Please note:

This test was developed and its performance character-    TG
istics determined by Labcorp.  It has not been cleared
or approved by the U.S. Food and Drug Administration.

The FDA has determined that such clearance or approval
is not necessary.  This test is used for clinical
purposes.  It should not be regarded as investigational
or for research.

CB: LabCorp Dublin
    6370 Wilcox Road, Dublin, OH 43016-1296    Dir:  Rose Goodwin, MD
TG: LabCorp RTP
    1912 Alexander Drive, RTP, NC 27709    Dir:  Myla Lai-Goldman, MD

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

REVIEWED at

FCI McKEAN

*Slzckai, MT*
*ckai, Med Tech.*

| CHERRY, DARRYL | 07928078 | 091-844-0953-0 | Seq # 1539 |
|---|---|---|---|

**FINAL REPORT**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 412-937-1808

Page 1 of 1

©2004 Laboratory Corporation of America ℗ Holdings
All Rights Reserved
Ver: 1.01

000118

# ▓ LabCorp

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | | | | Patient ID | Specimen Number | Account Number | Control Number |
|---|---|---|---|---|---|---|---|
| CHERRY, DARRYL | | | | 07928-078 | 091-844-0410-0 | 37806845 | AY637806845 |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone | Physician Name | | Physician ID |
|---|---|---|---|---|---|---|---|
| M | | 52/02/13 | No | | | | BEAM |

| Additional Information | Account |
|---|---|
| | Federal Correctional Institute    00 |
| | McKean County |
| | P O Box 5000 |

| Date and Time Collected | Total Volume | Date and Time Reported | Lewis Run PA  16738 |
|---|---|---|---|
| 04/01/05 09:40 | | 04/02/05 08:06 ET | 814-362-8900 |

| Tests Ordered |
|---|
| Hepatic Function Panel (7); BUN; Creatinine, Serum |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Hepatic Function Panel (7)** | | | | | |
| Protein, Total, Serum | 8.2 | | g/dL | 6.0 - 8.5 | CB |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | CB |
| Bilirubin, Total | 1.2 | | mg/dL | 0.1 - 1.2 | CB |
| Bilirubin, Direct | 0.37 | | mg/dL | 0.00 - 0.40 | CB |
| Alkaline Phosphatase, Serum | 117 | | IU/L | 25 - 150 | CB |
| AST (SGOT) | 63 | High | IU/L | 0 - 40 | CB |
| ALT (SGPT) | 59 | High | IU/L | 0 - 40 | CB |
| **BUN** | | | | | |
| BUN | 11 | | mg/dL | 5 - 26 | CB |
| **Creatinine, Serum** | | | | | |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | CB |
| BUN/Creatinine Ratio | 11 | | | 8 - 27 | |

| CB: LabCorp Dublin | Dir: Rose Goodwin, MD |
|---|---|
| 6370 Wilcox Road, Dublin, OH 43016-1296 | |

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

REVIEWED BY: [signature] 4/4/05    H. BEAM, MD FCI MCKEAN    [signature] S. Czekai, Med Tech.

| CHERRY, DARRYL | 07928-078 | 091-844-0410-0 | Seq # 1520 |
|---|---|---|---|

**FINAL REPORT**    Page 1 of 1

This document contains private and confidential health information protected by state and federal law.    ©2004 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 412-937-1808    All Rights Reserved
Ver: 1.01

000119