U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

===================================================================
*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT
===================================================================

Register Number : 07928-078            Age              : 52yr
Name            : CHERRY, DARRYL        Sex              : M
Location        : FCI MCKEAN (MCK)      Room             :
Admit. Physician: BEAM, MD             Accession Number : 6410
Order. Physician: BEAM, MD
Collected       : 01/26/05 @  10:00 by:  REFE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| LIVER PROFILE | | | | |
| Urea Nitrogen | 8 | | 7 - 22 mg/dL | LN CK |
| Creatinine | 1.1 | | 0.6 - 1.6 mg/dL | LN CK |
| Total Protein | 8.4 | HI | 6.0 - 8.2 g/dL | LN CK |
| Albumin | 3.6 | | 3.6 - 5.1 g/dL | LN CK |
| Alkaline Phos. | 103 | | 41 - 133 U/L | LN CK |
| AST(SGOT) | 54 | | 11 - 55 U/L | LN CK |
| LDH | 340 | LO | 354 - 705 U/L | LN CK |
| Total Bilirubin1 | 1.3 | | 0.2 - 1.3 mg/dL | LN CK |
| A/G Ratio | 0.77 | LO | 1.00 - 2.30 | LN CK |
| Globulin | 4.7 | HI | 2.0 - 3.7 g/dL | LN CK |
| ALT1(SGPT) | 51 | | 11 - 66 U/L | LN CK |
| Direct Bilirubin | 0.3 | | 0.0 - 0.5 mg/dL | LN CK |
| Gamma GT1 | 79 | HI | 8 - 78 U/L | LN CK |
| Bilirubin Unconj | 1.0 | | 0.0 - 1.1 mg/dL | LN CK |
| Bun/Creat Ratio | 7.6 | | 5.0 - 30.0 | LN CK |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | LN CK |

*S. Czekai, MT*

S. Czekai, Med Tech.

REVIEWED BY

2/7/05

H. BEAM, MD
FCI MCKEAN

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Name            : CHERRY, DARRYL
Register Number : 07928-078            Location : MCK
Printed         : 01/28/2005 @ 09:06   Page     : 1 of 1

G00120

Federal Correctional Institute

# LabCorp
Laboratory Corporation of America Holdings

LabCorp Louisville Histology
310 East Broadway
Louisville, KY 40202

Phone: 502-584-2070

| Patient Name | | | | Patient ID | | Specimen Number | Account Number | Control Number |
|---|---|---|---|---|---|---|---|---|
| CHERRY, DARRYL | | | | 07928-078 | | 014-Q28-0425-0 | 37806845 | 52757896620 |
| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone | | Physician Name | | Physician ID |
| M | | 51/11/25 | | | | ASP, E | | ASP E |

Additional Information

CO-SKL20054686

| Account |
|---|
| Federal Correctional Institute      00 |
| McKean County |
| Rt 59 & Big Shanty Road |
| Lewis Run PA  16738 |
| 814-362-8900 |

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 01/13/05 11:15 | | 01/17/05 15:12 ET |

Tests Ordered

Pathology Report; 88305 Surg Path-1st Site

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

## Pathology Report

Material submitted:                                                              L#
BIOPSY VERRUCA

Pre-operative diagnosis:                                                         L#
VERRUCA

Post-operative diagnosis:                                                        L#
NONE GIVEN

Clinical history:                                                                L#
VERRUCA

**********************************************************************            L#
Diagnosis:
IRRITATED VERRUCA VULGARIS
CXM/01/17/2005
**********************************************************************

Electronically signed:                                                           L#

                          Janine Carole Malone, MD,
                          Dermatopathologist
                                                                                 L#
Gross description:
SUBMITTED IN FORMALIN LABELED LEFT ANKLE IS A FRAGMENT OF
TAN/YELLOW TISSUE MEASURING 0.2 X 0.2 X 0.2 CM. MARGINS INKED.      *PA-C ASP*
THE SPECIMEN IS SUBMITTED AS RECEIVED.                              *margins*
JXW/DXS
                                                                                 L#
ICD-9
078.10

CPT                                                                              L#
883051

---

L#: LabCorp Louisville Histology              Dir:  James Meyers, MD
    310 East Broadway, Louisville, KY 40202
For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 502-584-2070

S. Ozekai, Med Tech.

| CHERRY, DARRYL | 07928-078 | 014-Q28-0425-0 | Seq # 1447 |
|---|---|---|---|

**FINAL REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 412-937-1808

©2004 Laboratory Corporation of America ® Holdings
All Rights Reserved
Ver: 1.01

000121


**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | Patient ID | Specimen Number | Account Number | Control Number |
|---|---|---|---|---|
| CHERRY, DARRYL | 07928 078 | 223-844-1123-0 | 37806845 | AJR37806845 |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone | Physician Name | Physician ID |
|---|---|---|---|---|---|---|
| M | | 51/06/22 | | | *Beam* | BEAM |

| Additional Information |
|---|

**Account**

Federal Correctional Institute          00
McKean County
Rt 59 & Big Shanty Road
Lewis Run PA 16738
814-362-8900

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 08/10/04 10:30 | | 08/13/04 15:08 ET |

**Tests Ordered**
HCV QuantaSure Plus(Non-Graph)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HCV QuantaSure Plus(Non-Graph)** | | | | | |
| International Units | 3,100,000 | | IU/mL | | TG |
| Please note: | | | | | TG |

This test measures HCV RNA using real-time Polymerase
Chain Reaction (PCR) technology. The assay was developed
and its performance characteristics were determined by
LabCorp. It has not been cleared or approved by the U.S.
Food and Drug Administration.

The FDA has determined that such clearance or approval
is not necessary. This test is used for clinical
purposes. It should not be regarded as investigational
or for research.

| | |
|---|---|
| CB: LabCorp Dublin | Dir: Rose Goodwin, MD |
| 6370 Wilcox Road, Dublin, OH 43016-1296 | |
| TG: LabCorp RTP | Dir: Myla Lai-Goldman, MD |
| 1912 Alexander Drive, RTP, NC 27709 | |

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

*S. Czekai, Med Tech.*

REVIEWED BY:
*H. BEAM, MD
FCI MCKEAN*

| CHERRY, DARRYL | 07928 078 | 223-844-1123-0 | Seq # 1139 |
|---|---|---|---|

**FINAL REPORT**                                                                 Page 1 of 1

This document contains private and confidential health information protected by state and federal law.          ©2004 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 412-937-1808                                                                          All Rights Reserved
                                                                                                                                                                         Ver: 1.00

000122

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

=================================================================
*** SENSITIVE-LIMITED OFFICIAL USE ***
FINAL REPORT
=================================================================

| | | | | |
|---|---|---|---|---|
| Register Number : 07928-078 | | Age | : 51yr | |
| Name        : CHERRY, DARRYL | | Sex | : M | |
| Location    : FCI MCKEAN (MCK) | | Room | : | |
| Admit. Physician: BEAM, MD | | Accession Number : 4343 | |
| Order. Physician: BEAM, MD | | | | |
| Collected   : 08/10/04 @  10:30 by:  RE | | | | |

| Test | Result | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|
| LIVER PROFILE | | | | |
| Urea Nitrogen | 10 | | 7 - 22 mg/dL | RS CK |
| Creatinine | 1.1 | | 0.6 - 1.6 mg/dL | RS CK |
| Total Protein | 9.0 | HI | 6.0 - 8.2 g/dL | RS CK |
| Albumin | 4.6 | | 3.6 - 5.1 g/dL | RS CK |
| Alkaline Phos. | 104 | | 41 - 133 U/L | RS CK |
| AST(SGOT) | 68 | HI | 11 - 55 U/L | RS CK |
| LDH | 335 | LO | 354 - 705 U/L | RS CK |
| Total Bilirubin1 | 1.5 | HI | 0.2 - 1.3 mg/dL | RS CK |
| A/G Ratio | 1.03 | | 1.00 - 2.30 | RS CK |
| Globulin | 4.4 | HI | 2.0 - 3.7 g/dL | RS CK |
| ALT1(SGPT) | 55 | | 11 - 66 U/L | RS CK |
| Direct Bilirubin | 0.1 | | 0.0 - 0.5 mg/dL | RS CK |
| Gamma GT1 | 95 | HI | 8 - 78 U/L | RS CK |
| Bilirubin Unconj | 1.4 | HI | 0.0 - 1.1 mg/dL | HS CK |
| Bun/Creat Ratio | 9.5 | | 5.0 - 30.0 | RS CK |
| AlphaFetoprotein | 6.7 | HI | 0.0 - 6.0 ng/mL | MS CK |
| Bilirubin Conjug | 0.0 | | 0.0 - 0.3 mg/dl | RS CK |

S. Ozakai, Med Tech.

REVIEWED BY

.H. BEAM, MD
FCI MCKEAN

Location    : MCK
Page        : 1 of 1

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Name           : CHERRY, DARRYL
Register Number : 07928-078
Printed        : 08/12/2004 @ 09:06

000123

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
**Laboratory, 1900 W. Sunshine**
**SPRINGFIELD, MISSOURI 65808**
**(417) 862-7041**

================================================================

**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**

----------------------------------------------------------------

```
Register Number : 07928-078          Age              : 51yr
Name            : CHERRY, DARRYL      Sex              : M
Location        : MCK                 Accession Number : 1491
Admit. Physician: BEAM, MD
Order. Physician: BEAM, MD
Collected       : 05/18/04 @ 10:15 by: KL
```

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| **LIVER PROFILE** | | | | |
| Urea Nitrogen | 9 | | 7 - 22 mg/dL | JN CK |
| Creatinine | 1.0 | | 0.6 - 1.6 mg/dL | JN CK |
| Total Protein | 8.4 | HI | 6.0 - 8.2 g/dL | JN CK |
| Albumin | 4.1 | | 3.6 - 5.1 g/dL | JN CK |
| Alkaline Phos. | 107 | | 41 - 133 U/L | JN CK |
| AST(SGOT) | 60 | HI | 11 - 55 U/L | JN CK |
| LDH | 366 | | 354 - 705 U/L | JN CK |
| Total Bilirubin1 | 1.00 | | 0.20 - 1.30 mg/dL | JN CK |
| A/G Ratio | 0.96 | LO | 1.00 - 2.30 | JN CK |
| Globulin | 4.3 | HI | 2.0 - 3.7 g/dL | JN CK |
| ALT1(SGPT) | 51 | | 11 - 66 U/L | JN CK |
| Direct Bilirubin | 0.20 | | 0.00 - 0.50 mg/dL | JN CK |
| Gamma GT1 | 89 | HI | 8 - 78 U/L | JN CK |
| Bilirubin Unconj | 0.8 | | 0.0 - 1.1 mg/dL | HS CK |
| Bun/Creat Ratio | 9.3 | | 5.0 - 30.0 | JN CK |
| Bilirubin Conjug | 0.00 | | 0.00 - 0.30 mg/dl | JN CK |

S. Czekai, Med Tech.

**Legend**
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

```
Name            : CHERRY, DARRYL
Register Number : 07928-078
Printed         : 05/19/2004 @ 14:06
```

Location : MCK
Page     : 1 of 1

U. S. ░░ICAL CENTER FOR FEDERAL P░░ONERS
LABORATORY,   1900 W. SUNSHINE
SPRINGFIELD,   MISSOURI   65808
(417) 862-7041, EXT. 454

```
===/====================   F I N A L   R E P O R T   =========================
Register Number: 07928-078                            Age             : 50
Name          : CHERRY, DARRYL                        Sex             : M
Location      : FCI MCKEAN (MCK)                      Accession Number: 5361
Physician     : BEAM, MD                              "X" if Complete : [X]
Collection Date: 11/04/2003
Collection Time: 09:40
Tests  : Anti-HAV-IgM
Ordered:
===/====================================================================
Test Name          Result        Flag      Reference Range            Tech

Collection Cmt.              ,
Anti-HAV-IgM              Negative                              Negative    JN RY
                    -- End of Laboratory Report --
```

S. Czekai, Med Tech.

REVIEWED BY: ░░░░ 11/14/03

H. BEAM, MD
FCI MCKEAN

: CHERRY, DARRYL
#: 07928-078                    Doctor  : BEAM, MD
: 11/14/2003 @ 12:32            Location: FCI MCKEAN (MCK)
                                .........
                                Sensitive L.O.U.

000125

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

========================== F I N A L   R E P O R T ==========================

Register Number: 07928-078
Name           : CHERRY,DARRYL
Location       : FCI MCKEAN (MCK)
Physician      : MISCELLANEOUS DOCTOR *E. Crop, PAC*
Collection Date: 10/20/2003
Collection Time: 09:00
Tests │ HIV-Ab
Ordered│

Age                : 50
Sex                : M
Accession Number: 8950
"X" if Complete :   [X]

==============================================================================

| Test Name | Result | Flag | Reference Range | Tech |
|---|---|---|---|---|
| Collection Cmt. | Clinical ASP, P.A. | | | |
| HIV-Ab | Negative | | NR | SY CK |

DO NOT REMOVE REPORT FROM PATIENT CHART
-- End of Laboratory Report --

*S. Czekai, MT*
S. Czekai, Med Tech.

Name      : CHERRY,DARRYL
Register#: 07928-078
Printed   : 10/23/2003 @ 12:00

Doctor   : MISCELLANEOUS DOCTOR
Location: FCI MCKEAN (MCK)
. . . . . . . . .
Sensitive L.O.U.

REVIEWED BY:

H. BEAM, MD
FCI MCKEAN

000126

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

========================= F I N A L   R E P O R T =========================

Register Number: 07928-078                    Age              : 50
Name        : CHERRY, DARRYL                  Sex              : M
Location    : FCI MCKEAN (MCK)                Accession Number : 5334
Physician   : MISCELLANEOUS DOCTOR E. asp, PAC "X" if Complete : [X]
Collection Date: 10/06/2003
Collection Time: 12:19
Tests  | COMP. METABOLIC; AlphaFetoprotein; CBC
Ordered|

========================================================================

| Test Name | Result | Flag | Reference Range | | | | Tech |
|-----------|--------|------|---------|---|--------|---|------|
| Collection Cmt. | Non-Fasting | | | | | | |
| COMP. METABOLIC | | | | | | | |
| Glucose | 90 | | mg/dL | 70 | – | 110 | SY CK |
| Urea Nitrogen | 13 | | mg/dL | 7 | – | 22 | SY CK |
| Creatinine | 1.1 | | mg/dL | 0.6 | – | 1.6 | SY CK |
| SodiumI | 139 | | mmol/L | 137 | – | 148 | SY CK |
| Potassium | 4.0 | | mmol/L | 3.5 | – | 5.0 | SY CK |
| Chloride1 | 105 | | mmol/L | 99 | – | 114 | SY CK |
| Calcium1 | 9.1 | | mg/dL | 8.5 | – | 10.9 | SY CK |
| Total Protein | 8.5 | HI | g/dL | 6.0 | – | 8.2 | SY CK |
| Albumin | 4.1 | | g/dL | 3.6 | – | 5.1 | SY CK |
| Alkaline Phos. | 142 | HI | U/L | 41 | – | 133 | SY CK |
| AST(SGOT) | 68 | HI | U/L | 11 | – | 55 | SY CK |
| Total Bilirubin1 | 1.00 | | mg/dL | 0.20 | – | 1.30 | SY CK |
| Cholesterol | 177 | | mg/dL | 140 | – | 200 | SY CK |
| ALT1(SGPT) | 68 | HI | U/L | 11 | – | 66 | SY CK |
| AlphaFetoprotein | 8.8 | HI | ng/mL | 0.0 | – | 6.0 | SY CK |
| CBC | | | | | | | |
| White Blood Cell | 4.9 | | 10^3/uL | 4.3 | – | 11.1 | WL TE |
| Red Blood Cells | 4.81 | | 10^6/uL | 4.46 | – | 5.78 | WL TE |
| Hemoglobin | 15.8 | | g/dL | 13.6 | – | 17.6 | WL TE |
| Hematocrit | 47.7 | | % | 40.2 | – | 51.4 | WL TE |
| MCV | 99.1 | HI | fL | 82.5 | – | 96.5 | WL TE |
| MCH | 32.9 | | pg | 27.1 | – | 34.3 | WL TE |
| MCHC | 33.2 | | g/dL | 33.0 | – | 35.0 | WL TE |
| RDW | 12.4 | | % | 12.0 | – | 14.0 | WL TE |
| PLT | 214 | | 10^3/uL | 130 | – | 374 | WL TE |
| MPV | 10.7 | HI | fL | 6.9 | – | 10.5 | WL TE |
| MANUAL DIFF | | | | | | | |
| Neutrophils | 28 | LO | % | 50 | – | 70 | KS TE |
| Lymphocytes | 55 | HI | % | 20 | – | 40 | KS TE |
| Monocytes | 14 | HI | % | 2 | – | 8 | KS TE |
| Eosinophils | 3 | | % | 1 | – | 3 | KS TE |
| Morphology | | | | | | | KS TE |

                    Macrocytes 1+
                    Platelets Appear Adequate
                 -- End of Laboratory Report --

Name      : CHERRY, DARRYL          Doctor  : MISCELLANEOUS DOCTOR
Register#: 07928-078               Location: FCI MCKEAN (MCK)
Printed  : 10/08/2003 @ 10:36       .........
                                    Sensitive L.O.U.

S. Czekai, MT
S. Czekai, Med Tech.

HBB
10/8/03

H. BEAM, MD
FCI MCKEAN

REVIEWED BY:

000127

MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY,   1900 W.  SUNSHINE
SPRINGFIELD,   MISSOURI   65808
(417) 862-7041, EXT. 454

================================ F I N A L   R E P O R T ================================

Register Number: 07928-078
Name          : CHERRY,DARRYL
Location      : FCI MCKEAN (MCK)
Physician     : BEAM, MD
Collection Date: 08/25/2003
Collection Time: 11:36
Tests  ¦ LIVER PROFILE
Ordered¦

Age             : 50
Sex             : M
Accession Number: 9072
"X" if Complete : [X]

================================================================================

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|-----------------|---|---|------|
| Collection Cmt. | | | | | | |
| LIVER PROFILE | | | | | | |
| Urea Nitrogen | 7 | | mg/dL | 7 | - 22 | SY CK |
| Creatinine | 0.9 | | mg/dL | 0.6 | - 1.6 | SY CK |
| Total Protein | 7.8 | | g/dL | 6.0 | - 8.2 | SY CK |
| Albumin | 3.7 | | g/dL | 3.6 | - 5.1 | SY CK |
| Alkaline Phos. | 142 | HI | U/L | 41 | - 133 | SY CK |
| AST(SGOT) | 77 | HI | U/L | 11 | - 55 | SY CK |
| LDH | 434 | | U/L | 354 | - 705 | SY CK |
| Total Bilirubin1 | 0.90 | | mg/dL | 0.20 | - 1.30 | SY CK |
| A/G Ratio | 0.90 | LO | | 1.00 | - 2.30 | TX CK |
| Globulin | 4.1 | HI | | 2.0 | - 3.7 | TX CK |
| ALT1(SGPT) | 67 | HI | U/L | 11 | - 66 | SY CK |
| Direct Bilirubin | 0.50 | | mg/dL | 0.00 | - 0.50 | TX CK |
| Gamma GT1 | 129 | HI | U/L | 8 | - 78 | SY CK |
| Bu | 0.4 | | mg/dL | 0.0 | - 1.1 | SY CK |
| Bun/Creat Ratio | 7.8 | | | 5.0 | - 30.0 | TX CK |

-- End of Laboratory Report --

*S. Czekai MT*

S. Czekai, Med Tech.

Name      : CHERRY,DARRYL
Register#: 07928-078
Printed  : 08/26/2003 @ 13:33

Doctor  : BEAM, MD
Location: FCI MCKEAN (MCK)
. . . . . . . . .
Sensitive L.O.U.

REVIEWED BY:

8/27/03

H. BEAM, MD
FCI MCKEAN

000128

CARE CENTER OF FEDERAL MEDICAL
LABORATORY,  1900 W.  SUNSHINE
SPRINGFIELD,  MISSOURI  65808
(417)  862-7041,  EXT.  454

======================== F I N A L   R E P O R T ========================

| | | |
|---|---|---|
| Register Number: 07928-078 | Age | : 50 |
| Name : CHERRY, DARRYL | Sex | : M |
| Location : FCI MCKEAN (MCK) | Accession Number: 6563 |
| Physician : BEAM, MD | "X" if Complete : [X] |
| Collection Date: 05/29/2003 | | |
| Collection Time: 09:10 | | |
| Tests : LIVER PROFILE | | |
| Ordered | | |

============================================================================

| Test Name | Result | Flag | Reference Range | | | Tech |
|---|---|---|---|---|---|---|
| Collection Cmt. | | | | | | |
| LIVER PROFILE | | | | | | |
| Urea Nitrogen | 12 | | mg/dL | 7 | - 22 | SY RY |
| Creatinine | 1.0 | | mg/dL | 0.6 | - 1.6 | SY RY |
| Total Protein | 8.2 | | g/dL | 6.0 | - 8.2 | SY RY |
| Albumin | 3.8 | | g/dL | 3.6 | - 5.1 | SY RY |
| Alkaline Phos. | 132 | | U/L | 41 | - 133 | SY RY |
| AST(SGOT) | 57 | HI | U/L | 11 | - 55 | SY RY |
| LDH | 386 | | U/L | 354 | - 705 | SY RY |
| Total Bilirubin1 | 1.20 | | mg/dL | 0.20 | - 1.30 | SY RY |
| A/G Ratio | 0.86 | LO | | 1.00 | - 2.30 | TX RY |
| Globulin | 4.4 | HI | | 2.0 | - 3.7 | TX RY |
| ALT1(SGPT) | 53 | | U/L | 11 | - 66 | SY RY |
| Direct Bilirubin | 0.20 | | mg/dL | 0.00 | - 0.50 | TX RY |
| Gamma GT1 | 106 | HI | U/L | 8 | - 78 | SY RY |
| Bu | 1.0 | | mg/dL | 0.0 | - 1.1 | SY RY |
| Bun/Creat Ratio | 12.0 | | | 5.0 | - 30.0 | TX RY |

-- End of Laboratory Report --

FCI MCKEAN HEALTH SVC.
03 JUN -2 AM 6:14

*S. Czekai, Med Tech.*

| | |
|---|---|
| Name : CHERRY, DARRYL | Doctor : BEAM, MD |
| Register#: 07928-078 | Location: FCI MCKEAN (MCK) |
| Printed : 05/30/2003 @ 15:15 | .......... |
| | Sensitive L.O.U. |

REVIEWED BY
6/2/03

H. BEAM, MD
FCI MCKEAN

000129

```
                        FEDERAL MEDICAL CENTER

                      2110 EAST CENTER STREET
Laboratory Supervisor:  ROCHESTER, MINNESOTA 55903          Page: 1
Daryl Aaberg           (507) 287-0674    Printed:  03/22/2003 01:17
===========================================================================
                     * * F I N A L   R E P O R T * * *
===========================================================================
Name: CHERRY, DARRYL              [8588 ]           ID:   07928-078
--Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.      Collected by Referring Institution
COMP METABOLIC
   Glucose                    134        HI  mg/dl     70        110
   BUN               10                      mg/dl      7         24
   Creatinine-Serum  0.9                     mg/dL     0.6        1.2
   Calcium           9.7                     mg/dl     8.6       10.4
   Total Protein              9.3       HI  g/dl      6.3        8.3
   Albumin           4.3                     g/dl      3.5        5.0
   Alkaline Phos.             160       HI  IU/L      49        126
   AST                        95        HI  IU/L      10         37
   ALT                        96        HI  IU/L       8         40
   Total Bilirubin            1.4       HI  mg/dl     0.1        1.1
   Sodium            136                     mEq/L    136        146
   Potassium         4.2          o          mEq/L     3.6        4.9
   Chloride          101                     mEq/L     98        108
COMP BLD CNT
   White Blood Ct    5.4                     X10 3/uL   3.5      10.5
   Red Blood Ct      4.89                    X10 6/uL   4.32      5.72
   Hemoglobin        15.7                    g/dl      13.5      17.5
   Hematocrit        47.8                    %         38.8      50.0
   MCV                        98        HI  fl        81         95
   RDW               12.4                    %         11.8      15.0
   Platelet Ct       292                     x10 3    150        450
RPR                  Non-Reactive                             Nonreact
                     -- End of Laboratory Report --
```

Paul Harvey MD

3/24/07

---

```
-------------------------------------------------------S E N S I T I V E----
Test(s)  COMP METABOLIC; COMP BLD CNT; RPR
ordered
---------------------------------------------------------------------------
ID  : 07928-078      . . . . . . . . .    DOB:            Age: 50  Sex: M
Name: CHERRY, DARRYL                      Lab Acn#:   8588
Ordered By: Harvey                                                  Reviewed
Collected : 03/19/2003  10:20             Loc: FDC Milan, MI
```

000130

CENTRAL LABORATORY

LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

```
==========================  F I N A L   R E P O R T  ==========================
Register Number: 07928-078                          Age       :  49
Name          : CHERRY, DARRYL                      Sex       :  M
Location      : FCI MCKEAN (MCK)                    Accession Number: 8351
Physician     : BEAM, MD                            "X" if Complete : [X]
Collection Date: 08/19/2002
Collection Time: 11:14
Tests  | LIVER TEST; SodiumI; Potassium; Chloride1
Ordered|
==============================================================================
```

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|-----------------|---|---|------|
| Collection Cmt. | | | | | | |
| LIVER TEST | | | | | | |
| Urea Nitrogen | 11 | | mg/dL | 7 | – 22 | SY CK |
| Creatinine | 1.0 | | mg/dL | 0.6 | – 1.6 | SY CK |
| SodiumI | 140 | | mmol/L | 137 | – 148 | SY CK |
| Potassium | 4.1 | | mmol/L | 3.5 | – 5.0 | SY CK |
| Chloride1 | 108 | | mmol/L | 99 | – 114 | SY CK |
| Total Protein | 8.1 | | g/dL | 6.0 | – 8.2 | SY CK |
| Albumin | 4.1 | | g/dL | 3.6 | – 5.1 | SY CK |
| Alkaline Phos. | 117 | | U/L | 41 | – 133 | SY CK |
| AST(SGOT) | 66 | HI | U/L | 11 | – 55 | SY CK |
| LDH | 373 | | U/L | 354 | – 705 | SY CK |
| Total Bilirubin1 | 1.60 | HI | mg/dL | 0.20 | – 1.30 | SY CK |
| A/G Ratio | 1.02 | | | 1.00 | – 2.30 | TX CK |
| Globulin | 4.0 | HI | | 2.0 | – 3.7 | TX CK |
| ALT1(SGPT) | 56 | | U/L | 11 | – 66 | SY CK |
| Direct Bilirubin | 0.50 | | mg/dL | 0.00 | – 0.50 | TX CK |
| Gamma GT1 | 126 | HI | U/L | 8 | – 78 | SY CK |
| Bu | 1.1 | | mg/dL | 0.0 | – 1.1 | SY CK |
| Bun/Creat Ratio | 11.0 | | | 5.0 | – 30.0 | TX CK |

-- End of Laboratory Report --

REVIEWED BY:

H. BEAM, MD
FCI MCKEAN

S. Czekai, Med Tech.

FCI MCKEAN HEALTH SVC.
02 AUG 22   AM 5:57

Name   : CHERRY, DARRYL
Register#: 07928-078
Printed : 08/20/2002 @ 14:15

Doctor  : BEAM, MD
Location: FCI MCKEAN (MCK)
.........
Sensitive L.O.U.

000131

```
                      S M M   S U B   C E N T E R   F O R   F E D E R A L
                      LABORATORY,   1900  W.  SUNSHINE
                      SPRINGFIELD,   MISSOURI   65808
                      (417)  862-7041,  EXT. 454
```

```
===========================  F I N A L    R E P O R T  ===========================
Register Number: 07928-078                        Age  )              : 49
Name           : CHERRY, DARRYL                   Sex                 : M
Location       : FCI MCKEAN                       Accession Number: 6367
Physician      : BEAM, MD                         "X" if Complete :   [X]
Collection Date: 05/20/2002
Collection Time: 10:50
Tests  | LIVER TEST; SodiumI; Potassium; Chloride1
Ordered|
===================================================================================
```

| Test Name | Result | Flag | Reference Range | | | Tech |
|---|---|---|---|---|---|---|
| Collection Cmt. | | | | | | |
| LIVER TEST | | | | | | |
| Urea Nitrogen | 12 | | mg/dL | 7 | – 22 | SY CK |
| Creatinine | 1.1 | | mg/dL | 0.6 | – 1.6 | SY CK |
| SodiumI | 142 | | mmol/L | 137 | – 148 | SY CK |
| Potassium | 4.0 | | mmol/L | 3.5 | – 5.0 | SY CK |
| Chloride1 | 103 | | mmol/L | 99 | – 114 | SY CK |
| Total Protein | 8.4 | HI | g/dL | 6.0 | – 8.2 | SY CK |
| Albumin | 3.9 | | g/dL | 3.6 | – 5.1 | SY CK |
| Alkaline Phos. | 111 | | U/L | 41 | – 133 | SY CK |
| AST(SGOT) | 68 | HI | U/L | 11 | – 55 | SY CK |
| LDH | 387 | | U/L | 354 | – 705 | SY CK |
| Total Bilirubin1 | 1.20 | | mg/dL | 0.20 | – 1.30 | SY CK |
| A/G Ratio | 0.87 | LO | | 1.00 | – 2.30 | TX CK |
| Globulin | 4.5 | HI | | 2.0 | – 3.7 | TX CK |
| ALT1(SGPT) | 53 | | U/L | 11 | – 66 | SY CK |
| Direct Bilirubin | 0.50 | | mg/dL | 0.00 | – 0.50 | TX CK |
| Gamma GT1 | 153 | HI | U/L | 8 | – 78 | SY CK |
| Bu | 0.7 | | mg/dL | 0.0 | – 1.1 | SY CK |
| Bun/Creat Ratio | 10.7 | | | 5.0 | – 30.0 | TX CK |

```
                -- End of Laboratory Report --
```

FCI MCKEAN HEALTH SVC.
02 MAY 22  AM 7:19

*S Czekai, MT*
S. Czekai, Med Tech.

Name      : CHERRY, DARRYL
Register#: 07928-078
Printed   : 05/21/2002 @ 14:39

Doctor  : BEAM, MD
Location: FCI MCKEAN
. . . . . . . . .
Sensitive L.O.U.

REVIEWED BY:

H. BEAM, MD
FCI MCKEAN

G00132

Page: 1

U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

=============================== F I N A L   R E P O R T ===============================

| | | |
|---|---|---|
| Register Number: 07928-078 | | Age : 49 |
| Name : CHERRY, DARRYL | | Sex : M |
| Location : FCI MCKEAN | | Accession Number: 6567 |
| Physician : DR. OLSON | | "X" if Complete : [X] |
| Collection Date: 02/25/2002 | | |
| Collection Time: 12:30 | | |
| Tests ¦ LIVER TEST | | |
| Ordered¦ | | |

==============================================================================

| Test Name | Result | Flag | Reference Range | | | Tech |
|---|---|---|---|---|---|---|
| Collection Cmt. | | | | | | |
| LIVER TEST | | | | | | |
| Urea Nitrogen | 7 | | mg/dL | 7 | – 22 | SY RY |
| Creatinine | 1.2 | | mg/dL | 0.6 | – 1.6 | SY RY |
| Total Protein | 8.7 | HI | g/dL | 6.0 | – 8.2 | SY RY |
| Albumin | 4.2 | | g/dL | 3.5 | – 5.1 | SY RY |
| Alkaline Phos. | 108 | | U/L | 41 | – 133 | SY RY |
| AST(SGOT) | 68 | HI | U/L | 11 | – 55 | SY RY |
| LDH | 410 | | U/L | 354 | – 705 | SY RY |
| Total Bilirubin1 | 1.40 | HI | mg/dL | 0.20 | – 1.30 | SY RY |
| A/G Ratio | 0.93 | LO | | 1.00 | – 2.30 | TX RY |
| Globulin | 4.5 | HI | | 2.0 | – 3.7 | TX RY |
| ALT1(SGPT) | 61 | | U/L | 11 | – 66 | SY RY |
| Direct Bilirubin | 0.30 | | mg/dL | 0.00 | – 0.50 | TX RY |
| Gamma GT1 | 151 | HI | U/L | 8 | – 78 | SY RY |
| Bu | 1.1 | | mg/dL | 0.0 | – 1.1 | SY RY |
| Bun/Creat Ratio | 5.8 | | | 5.0 | – 30.0 | TX RY |

-- End of Laboratory Report --

FCI MCKEAN HEALTH SVC.
02 FEB 28 AM 10: 52

Reviewed by D. Olson, MD
Date 2 |28|02

Clinic Follow-up

*S. Czekai, MT*
S. Czekai, Med Tech.

| | |
|---|---|
| Name : CHERRY, DARRYL | Doctor : DR. OLSON |
| Register#: 07928-078 | Location: FCI MCKEAN |
| Printed : 02/28/2002 @ 08:39 | ........ |
| | Sensitive L.O.U. |

000133

```
                U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
                      LABORATORY,  1900 W. SUNSHINE
                      SPRINGFIELD,  MISSOURI  65808
                         (417) 862-7041, EXT. 454
```

```
===========================  F I N A L   R E P O R T  ===================
Register Number: 07928-078                     Age               : 48
Name          : CHERRY, DARRYL                 Sex               : M
Location      : FCI MCKEAN                     Accession Number: 1122
Physician     : DR. OLSON                      "X" if Complete :  [X]
Collection Date: 08/14/2001
Collection Time: 07:00
Tests  | LIPID TESTING; LIVER TESTING
Ordered|
========================================================================
```

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|------|------|------|------|
| Collection Cmt. | Fasting | | | | | |
| LIPID TESTING | | | | | | |
| LIVER TESTING | | | | | | |
| Glucose | 102 | | mg/dL | 70 | – 110 | SY RY |
| Urea Nitrogen | 9 | | mg/dL | 7 | – 22 | SY RY |
| Creatinine | 1.0 | | mg/dL | 0.6 | – 1.6 | SY RY |
| Total Protein | 8.3 | HI | g/dL | 6.0 | – 8.2 | SY RY |
| Albumin | 4.0 | | g/dL | 3.6 | – 5.1 | SY RY |
| Alkaline Phos. | 139 | HI | U/L | 41 | – 133 | SY RY |
| AST(SGOT) | 42 | | U/L | 11 | – 55 | SY RY |
| Lactate Dehyd. | 113 | | U/L | 94 | – 218 | SY RY |
| Total Bilirubin1 | 0.80 | | mg/dL | 0.20 | – 1.30 | SY RY |
| Cholesterol | 178 | | mg/dL | 140 | – 200 | SY RY |
| Triglycerides | 112 | | mg/dL | 30 | – 200 | SY RY |
| A/G Ratio | 0.93 | LO | | 1.00 | – 2.30 | TX RY |
| Globulin | 4.3 | HI | | 2.0 | – 3.7 | TX RY |
| ALT1(SGPT) | 47 | | U/L | 11 | – 66 | SY RY |
| Direct Bilirubin | 0.10 | | mg/dL | 0.00 | – 0.50 | TX RY |
| Gamma GT1 | 145 | HI | U/L | 8 | – 78 | SY RY |
| Bu | 0.7 | | mg/dL | 0.0 | – 1.1 | SY RY |
| Bun/Creat Ratio | 9.0 | | | 5.0 | – 30.0 | TX RY |
| HDL-Cholesterol1 | 41 | | mg/dL | 29 | – 67 | SY RY |

```
                Other factors critical to assessment of
                CHD risk - Overweight, Blood Pressure,
                Smoking and Familial History.
```

| | | | | | | |
|-----------|--------|------|------|------|------|------|
| VLDL | 22 | | mg/dL | – | | TX RY |
| LDL Cholesterol | 115 | | mg/dL | 62 | – 130 | TX RY |
| Chol/HDL Ratio | 4.3 | | | 3.4 | – 5.0 | TX RY |

```
                -- End of Laboratory Report --
```

Reviewed by D. Olson, MD
Date:

*S Czekai int*
S. Czekai, Med Tech.

```
Name      : CHERRY, DARRYL
Register#: 07928-078
Printed  : 08/17/2001 @ 07:38
```

Doctor  : DR. OLSON
Location: FCI MCKEAN
.........
Sensitive L. O. U.

Clinic Follow-up

```
                    FEDERAL MEDICAL CENTER CLINICAL LABORATORY
                           110 EAST CENTER STREET
Laboratory Supervisor:     ROCHESTER, MINNESOTA 55903                Page: 1
Daryl Aaberg                  (507) 287-0674          Printed:02/17/2001 @ 01:17
================================================================================
                    * * * F I N A L   R E P O R T * * *
================================================================================
Name: CHERRY, DARRYL              [4969 ]              ID:   07928-078
--Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.       Collected by Referring Institution
LIVER PROFILE
   BUN                9                     mg/dl        7        24
   Creatinine-Serum   1.0                   mg/dl        0.6      1.2
   Total Protein              8.4    HI     g/dl         6.3      8.3
   Albumin            4.0                   g/dl         3.5      5.0
   Alkaline Phos.     111                   IU/L         49       126
   AST                        43     HI     IU/L         10       37
   ALT                35                    IU/L         8        40
   LDH                121                   IU/L         90       220
   Total Bilirubin            1.5    HI     mg/dl        0.1      1.1
   Direct Bilirubin           0.4    HI     mg/dl        0.0      0.3
   GGT                        102    HI     IU/L         10       45
                    -- End of Laboratory Report --
```

2/21/11

Clinic Follow-up          D. Olson, MD
                          Clinical Director

S. Czekai, Med Tech.

----------------------------------------------------------S E N S I T I V E----
Test(s) LIVER PROFILE
ordered
--------------------------------------------------------------------------------
ID : 07928-078               DOB:          Age:48  Sex:M
Name: CHERRY, DARRYL         Lab Acn#:  4969
Ordered By: Olson, D.                                      Reviewed
Collected : 02/15/2001  09:40     Loc:FCI McKean, PA   000135

Summary Report

| Patient Information | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name **CHERRY, DARRYL** | | MR# **20208** | | UST# **181455** | | Report Information |
| Attending Doctor Olson, Dennis | DISCHARGED | Patient Type **13** | COR | Age | Sex **M** | Run **02/17/2001 1445** |
| | 07928-078 | | | | Admit Date **02/16/2001** | Draw Date |
| Page:1 Summary | **Current Results** | | | | Results / | **FINAL** |

# COAG

| | | | |
|---|---|---|---|
| | Specimen Number | 109666 | |
| | Order Date | 02/16/2001 1720 | |
| | Scheduled Date | 02/16/2001 1715 | |
| | **Draw Date** | 02/16/2001 1727 | |
| | Result Date | 02/16/2001 1832 | |
| | Result Technician | AME | |
| TEST | Panel | ***** | ***** ***** ***** ***** |
| | NORMAL RANGE | | |
| **PT** | 9.6 - 13.6 sec | 11.7 | |
| **INR**** | 2.0 - 3.0 | **0.9 L** | |
| **PTT** | 0.0 - 45.0 sec | 37.0 | |

**INR
EXCEPT FOR MECHANICAL PROSTHETIC VALVES AND
POST -MYOCARDIAL INFACTION INR = 2.5-3.5

2/20/01

D. Olson, MD
Clinical Director

S. Czekai, mT
S. Czekai, Med Tech.

SUMMARY REPORT

Name: CHERRY, DARRYL
MR #: 20208

Run: 02/17/2001 1445

```
                        FEDERAL MEDICAL CENTER CLINICAL LABORATORY
                           2110 EAST CENTER STREET
Laboratory Supervisor:   ROCHESTER, MINNESOTA 55903                    Page: 1
Daryl Aaberg              (507) 287-0674          Printed:09/10/2000 @ 01:16
===============================================================================
===============================================================================
                    * * * F I N A L   R E P O R T * * *

Name: CHERRY,DARYL               [8277  ]              ID:   07928-078
--Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.       Collected by Referring Institution
                      FASTING SPECIMEN

LIPID PROFILE
   Cholesterol         168                 mg/dl       50       200
   Triglyceride         96                 mg/dl       56       169
   HDL Chol-Direct               ·32    LO mg/dL       35        80
   LDL Cholesterol     117                 mg/dl        0       130
   TC/HDL Ratio          5                               0         6

                   -- End of Laboratory Report --
```

*9/11/00*

D. Olson, MD
Clinical Director

*S. Czekai, MT*

S. Czekai, Med Tech.

```
-------------------------------------------------S E N S I T I V E----
Test(s)¦ LIPID PROFILE
ordered¦
-----------------------------------------------------------------------
ID  : 07928-078      ..........      DOB:         Age:47  Sex:M
Name: CHERRY,DARYL                   Lab Acn#:  8277
Ordered By: Fairbanks                                        Reviewed
Collected : 09/08/2000   07:00       Loc:FCI McKean, PA    000137
```

FEDERAL MED. CENTER CLINICAL LABORATORY
2110 EAST CENTER STREET
Laboratory Supervisor:   ROCHESTER, MINNESOTA 55903
Daryl Aaberg              (507) 287-0674                          Page: 1
                                                    Printed: 07/26/2000 @ 01:16
=============================================================================
=============================================================================
                    * * * F I N A L   R E P O R T * * *
=============================================================================
Name: CHERRY, DARRYL              [5962  ]              ID:   07928-078
--Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.       Collected by Referring Institution
HEP BC PROFILE
LIVER PROFILE
  BUN                 9                    mg/dl       7        24
  Creatinine-Serum    1.0                  mg/dl       0.6      1.2
  Total Protein             8.6   HI  g/dl          6.3      8.3
  Albumin             4.1                  g/dl       3.5      5.0
  Alkaline Phos.      116                  IU/L       49       126
  AST                       48    HI  IU/L         10       37
  ALT                       42    HI  IU/L         8        40
  LDH                 162                  IU/L       90       220
  Total Bilirubin           1.2   HI  mg/dl        0.1      1.1
  Direct Bilirubin          0.4   HI  mg/dl        0.0      0.3
  GGT                       110   HI  IU/L         10       45
  Hep Bs Ab           Non-Reactive                      Nonreact
  Hep Bs Ag           Non-Reactive                      Nonreact
  Hep B Core Ab       Reactive                           Nonreact
                      All Reactive HepB Core Total Ab are
                      reflex tested for HepB Core IgM.
HepB Core Ab-IgM      Non-Reactive                      Nonreact
  Hep C AB            Reactive                           Nonreact
                      -- End of Laboratory Report --

7/27/0

Clinic Follow-up

S. Czekai, Med Tech.

---------------------------------------------------------S E N S I T I V E----
Test(s) | HEP BC PROFILE; LIVER PROFILE
ordered|
-----------------------------------------------------------------------------
ID  : 07928-078    . . . . . . . . . .   DOB:            Age: 47  Sex: M
Name: CHERRY, DARRYL                     Lab Acn#:   5962
Ordered By: Olson, D.                                         Reviewed
Collected : 07/20/2000   08:30           Loc: FCI McKean, PA

000138

```
                    FEDERAL MEDI.   CENTER CLINICAL LABORATORY
                          2110 EAST CENTER STREET
Laboratory Supervisor:  ROCHESTER, MINNESOTA 55903
Daryl Aaberg              (507) 287-0674                      Page: 1
                                              Printed: 07/25/2000 @ 01:17
===============================================================================
                  * * * F I N A L   R E P O R T * * *
===============================================================================
Name: CHERRY, DARRYL                [6708  ]            ID:   07928-078
--Test Name-----------Result-Abnormal-Flag--Units-----Reference Range-------
Collection Cmt.       Collected by Referring Institution
RPR                   Non-Reactive                            Nonreact
                  -- End of Laboratory Report --
```

7/25/00

D. Olson, MD
Clinical Director

S. Czekai, mt
S. Czekai, Med Tech.

```
-----------------------------------------------S E N S I T I V E----
Test(s)¦ RPR
ordered¦
--------------------------------------------------------------------
ID  : 07928-078       .........   DOB:          Age: 47  Sex: M
Name: CHERRY, DARRYL              Lab Acn#:   6708
Ordered By: Olson, D.                                         Reviewed
Collected : 07/20/2000  14:15     Loc: FCI McKean, PA
```

ID: 007928079                    07-19-00     Cherry, Darryl , 07928-078
VB                               12:35
                               Patient                 Dr. Olson
                               Limits 1

WBC    5.5      x10^3/uL      4.5    11.0
LY    47.0      %            20.5    51.1
MO     6.1   M  %             1.7     9.3
GR    46.9   M  %            42.2    75.2
LY#    2.6      x10^3/uL      1.2     3.4
MO#    0.3   M  x10^3/uL      0.1     0.6
GR#    2.6   M  x10^3/uL      1.4     6.5
RBC    4.49  L  x10^6/uL      4.60    6.20
Hgb   14.9      g/dL         13.5    18.0
Hct   43.8      %            40.0    54.0
MCV   97.4      fL           82.0    98.0
MCH   33.1   H  pg           28.0    32.0
MCHC  34.0      g/dL         32.0    36.0
RDW   12.4      %            11.6    13.7
Plt  224.       x10^3/uL     150.    450.
MPV    9.4      fL            7.8    11.0



WBC HISTOGRAM



RBC HISTOGRAM



PLT HISTOGRAM

7/20/00

D. Olson, MD
Clinical Director

S Czekai, MT

S. Czekai, Med Tech.

000140

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

ATTACH 3D REPORT ALONG HERE ▲ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ▲

7540-00-634-4162

519-218

| PATIENT IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | AGE | SEX | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|---|
| Cherry, Darryl | 48 | m | | OP | 07928-078 |

| EXAMINATION REQUESTED (Use SF 519-B for multiple exams) |  |
|---|---|
| L5 spine | |

| REQUESTED BY | TELEPHONE NO. |
|---|---|
| Dr. Olson | 362-8900 |

LOCATION OF MEDICAL RECORDS

| FILM NO. | DATE REQUESTED | PREGNANT |
|---|---|---|
| | 7/17/01 | ☐ YES  ☒ NO |

SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)
FCI McKean
LBP → ℞ leg

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) 9-16-01 | DATE OF TRANSCRIPTION (Month, day, year) 9-16-01 |
|---|---|---|

RADIOLOGIC REPORT

LUMBAR SPINE:  The vertebral bodies are maintained in height.  No obvious fracture, dislocation, or bony destructive process is noted.

IMPRESSION:  Unremarkable examination.

Reviewed by D. Olson, MD
Date 9/21/01

SIGNATURE
Mark Welch, M.D.

| LOCATION OF RADIOLOGIC FACILITY |
|---|
| BRMC |

000141

MEDICAL RECORD    RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

*U.S.GPO:1997-418-149/40127

**DIAGNOSTIC IMAGING**
**HILLCREST HEALTH CENTER – OKC**
**(405) 680-2181**

TRANSFER CENTER

07928-078

XR. NO. _____

| | |
|---|---|
| NAME | STATUS |
| **CHERRY, DARRYL** | AGE 0 |
| ADDRESS: | DATE 05/23/00 |
| DIAGNOSIS: | ADMIT#: |
| PHYSICIAN BUFORTH | SSN#: |

REPORT:

CHEST/PA(71010):  This survey demonstrates the pulmonary and cardiovascular structures to be within normal limits. Thoracic cage is symmetrical bilaterally, and free of gross pathology.

IMPRESSION:  Unremarkable chest survey.



000142

05/24/00    12:33    RELEASED BY:    T.H. MOLSKNESS, D.O.

DR. _____

RADIOLOGIST    MW

# KANE COMMUNITY HOSPITAL
## KANE, PA

### RADIOLOGY REPORT

NAME:  DARRYL CHERRY
PO BOX 5000
BRADFORD  , PA 167010000
814-3628900

MED REC #: 20208          ADM #: 196747
DATE OF BIRTH:                          AGE: 48Y

PHYSICIAN:  DENNIS OLSON, M.D.          ROOM: OP
DATE OF EXAM:  09/12/2001               X-RAY #: 31684

BILATERAL VENOUS DOPPLER:
    Bilateral venous doppler was performed.  There is normal color flow, cross-sectional collapsibility and augmentation throughout the vessels of both right and left lower extremity.  There is some poor, or low, flow areas in the calf suggesting previous thrombus or chronic change to the veins in the lower calf area.  Incompetence of the deep valves is suggested.  Reversal of flow was evident with Valsalva.  No evidence of deep venous thrombus at this time however.

DICTATION ONLY
DR. DANIEL J. HOMA

*Daniel J. Homa DO*

DANIEL J. HOMA, D.O.
RADIOLOGIST

D: 09/12/2001
T: 09/12/2001
DJH:sln

Reviewed by D. Olson, MD
Date: 2/17/01

000143

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 7/5/00 | Leg Ulcers | | |
| 7/12/00 | Peripheral Venous Insuff | | |
| 7/26/00 | Chronic HCV | Ib | |
| 8/1/01 | ? PVD | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Care level II | | |

2/11/05  1/26/05

**ADVERSE / ALLERGIC DRUG REACTIONS**
(If none, record "No Known Drug Allergies )

NKDA
Ø Food
Ø Environmental          NKDA

Patient Identification
(Name, Reg #, DOB)                    (This form may be replicated via WP)

Cherry, Daryl
07928-078

1/19/53

000144

Printed on Recycled Paper



Ord.Date 03/01/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 05/29/05
TAKE ONE TABLET BY MOUTH EACH MORNING
Rx # 180182
HYDROCHLOROTHIAZIDE 50 MG TAB    #30

Ord.Date 03/01/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 05/29/05
TAKE ONE TABLET BY MOUTH EACH DAY
Rx # 180183
POTASSIUM CHLORIDE SR 10 MEQ TAB    #30

Ord.Date 03/01/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 05/29/05
TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS DIRECTED
Rx # 180184
PENTOXIFYLLINE 400 MG TAB    #90

Ord.Date 03/01/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(6)Refills
Exp.Date 05/29/05
TAKE TWO TABLETS BY MOUTH TWICE DAILY AS DIRECTED
Rx # 180185
ACETAMINOPHEN 500 MG TAB    #30

Ord.Date 03/01/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(4)Refills
Exp.Date 05/29/05
APPLY SPARINGLY TWICE DAILY AS DIRECTED
Rx # 180186
BACITRACIN OINT    #1
Cancelled 3/18/05

Ord.Date 03/18/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(5)Refills
Exp.Date 08/15/05
APPLY TO AFFECTED AREA TWO TIMES A DAY **EXTERNAL USE ONLY**
Rx # 180974
BACITRACIN OINT    #1

Ord.Date 06/10/05
CHERRY, DARRYL LEE
07928-078
E. AS?
(3)Refills
Exp.Date 09/07/05
APPLY TO AFFECTED AREA TWO TIMES A DAY **EXTERNAL USE ONLY**
Rx # 184561
BACITRACIN OINTMENT    #1

Ord.Date
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 08/07/05
TAKE ONE TABLET EACH DAY
Rx # 183312
POTASSIUM CHLORIDE SR 10 MEQ TAB    #30

Ord.Date 05/10/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 08/07/05
TAKE ONE TABLET THREE TIMES DAILY
Rx # 183313
PENTOXIFYLLINE 400 MG TAB    #90

Ord.Date 05/10/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 08/07/05
TAKE ONE TABLET THREE TIMES DAILY WITH FOOD AS NEEDED
Rx # 183308
IBUPROFEN 800 MG TAB    #30

Ord.Date 05/10/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(0)Refills
Exp.Date 05/23/05
TAKE ONE TABLET TWICE DAILY
Rx # 183309
SULFAMETH/TRIMETH DS 800MG/160MG TAB    #20

Ord.Date 05/10/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(0)Refills
Exp.Date 06/06/05
APPLY TO AFFECTED AREA DAILY
Rx # 183310
SILVER SULFADIAZINE CREAM 1% GM #1

Ord.Date 05/10/05
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD
(2)Refills
Exp.Date 08/07/05
TAKE ONE TABLET EACH DAY
Rx # 183311
HYDROCHLOROTHIAZIDE 50 MG TAB  #30

# Medication Summary Sheet

Ord. Date **07/06/04**
Exp. Date **09/03/04**
Rx # 169714
CHERRY, DARRYL LEE  W. COLLINS
07928-078  (1)Refills
TAKE TWO CAPSULES EVERY TWELVE HOURS
AMOXICILLIN 500 MG CAP  #30

Ord. Date **07/06/04**
Exp. Date **09/03/04**
Rx # 169715
CHERRY, DARRYL LEE  W. COLLINS
07928-078  (1)Refills
TAKE ONE TABLET EVERY EIGHT HOURS WITH FOOD AS NEEDED
IBUPROFEN 800 MG TAB  #20

Ord. Date **07/15/04**
Exp. Date **10/12/04**
Rx # 170134
CHERRY, DARRYL LEE  S. LABROZZI
07928-078  (5)Refills
APPLY SMALL AMOUNT TO AFFECTED AREAS EACH DAY DURING DRESSING CHANGES.
SILVER SULFADIAZINE CREAM 1% GM  #1

Ord. Date **08/03/04**
Exp. Date **10/31/04**
Rx # 171087
CHERRY, DARRYL LEE  H. BEAM, MD
07928-078  (2)Refills
TAKE ONE TABLET DAILY
HYDROCHLOROTHIAZIDE 50 MG TAB  #30

Ord. Date **08/03/04**
Exp. Date **10/31/04**
Rx # 171088
CHERRY, DARRYL LEE  H. BEAM, MD
07928-078  (2)Refills
TAKE ONE TABLET EACH DAY
POTASSIUM CHLORIDE SR 10 MEQ TAB  #30

Ord. Date **08/03/04**
Exp. Date **10/31/04**
Rx # 171089
CHERRY, DARRYL LEE  H. BEAM, MD
07928-078  (2)Refills
TAKE ONE TABLET 3 TIMES A DAY
PENTOXIFYLLINE 400 MG TAB  #90

Ord. Date **08/05/04**
Exp. Date **08/14/04**
Rx # 171261
CHERRY, DARRYL LEE  S. LABROZZI
07928-078  (0)Refills
TAKE ONE CAPSULE FOUR TIMES DAILY UNTIL FINISHED
CEPHALEXIN 250 MG CAP  #28

Ord. Date **10/28/04**
Exp. Date **02/24/05**
Rx # 175187
CHERRY, DARRYL LEE  H. BEAM, MD
07928-078  (3)Refills
TAKE ONE TABLET EACH DAY
POTASSIUM CHLORIDE SR 10 MEQ TAB  #30

Ord. Date **10/28/04**
Exp. Date **02/24/05**
Rx # 175188
CHERRY, DARRYL LEE  H. BEAM, MD
07928-078  (3)Refills
TAKE ONE TABLET DAILY
HYDROCHLOROTHIAZIDE 50 MG TAB  #30

Ord. Date **10/28/04**
Exp. Date **02/24/05**
Rx # 175186
CHERRY, DARRYL LEE  H. BEAM, MD
07928-078  (3)Refills
TAKE ONE TABLET 3 TIMES A DAY
PENTOXIFYLLINE 400 MG TAB  #90

Ord. Date **12/15/04**
Exp. Date **12/21/04**
Rx # 177230
CHERRY, DARRYL LEE  W. COLLINS
07928-078  (0)Refills
TAKE FOUR CAPSULES 1 HOUR PRIOR TO PROCEDURE
AMOXICILLIN 500 MG CAP  #4

Ord. Date **12/20/04**
Exp. Date **02/17/05**
Rx # 177424
CHERRY, DARRYL LEE  W. COLLINS
07928-078  (0)Refills
TAKE TWO CAPSULES EVERY TWELVE HOURS
AMOXICILLIN 500 MG CAP  #30

Ord. Date **12/20/04**
Exp. Date **02/17/05**
Rx # 177425
CHERRY, DARRYL LEE  W. COLLINS
07928-078  (1)Refills
TAKE ONE TABLET EVERY EIGHT HOURS WITH FOOD OR MILK AS NEEDED
IBUPROFEN 800 MG TAB  #20

Ord. Date **12/30/04**
Exp. Date **03/29/05**
Rx # 177832
CHERRY, DARRYL LEE  E. ASP
07928-078  (3)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY
BACITRACIN OINT  #1

Ord. Date **01/06/05**
Exp. Date **04/05/05**
Rx # 178102
CHERRY, DARRYL LEE  E. ASP
07928-078  (3)Refills
CUT & FIT TO SIZE OF AREA. APPLY FOR 48 HOURS THEN REMOVE FOR 24 HOURS. REAPPLY AS NEEDED
SALICYLIC ACID PLASTER 40% EA  #4

Ord. Date **01/19/05**
Exp. Date **02/17/05**
Rx # 178618
CHERRY, DARRYL LEE  E. ASP
07928-078  (0)Refills
TAKE ONE OR TWO TABLETS TWICE DAILY WITH FOOD OR MILK AS NEEDED
IBUPROFEN 400 MG TAB  #32

Ord. Date **01/26/05**
Exp. Date **02/14/05**
Rx # 178881
CHERRY, DARRYL LEE  R. PIOTROWSKI
07928-078  (0)Refills
TAKE 1-2 TABLETS TWICE DAILY AS NEEDED FOR PAIN WITH FOOD/MILK
IBUPROFEN 400 MG TAB  #32

Ord. Date **02/03/05**
Exp. Date **02/22/05**
Rx # 179220
CHERRY, DARRYL LEE  J. GLENN
07928-078  (0)Refills
TAKE 1 OR 2 TABLETS THREE TIMES DAILY AS NEEDED WITH FOOD/MILK
IBUPROFEN 400 MG TAB  #30

Ord. Date **02/09/05**
Exp. Date **02/28/05**
Rx # 179447
CHERRY, DARRYL LEE  E. ASP
07928-078  (0)Refills
TAKE ONE TABLET TWICE DAILY WITH FOOD/MILK
IBUPROFEN 400 MG TAB

CHERRY, DARRYL LEE
07928-078
MCKEAN HOUSING FACILITY - A04-
07/06/2004

FCI
McKean

000146



Ord.Date 10/18/03
Exp.Date 01/13/04
CHERRY, DARRYL LEE
07928-078
E. ASP (0)Refills
TAKE ONE TABLET EACH DAY
Rx # 156855
FLUCONAZOLE 100 MG TAB     #7

Ord.Date 10/18/03
Exp.Date 01/13/04
CHERRY, DARRYL LEE
07928-078
E. ASP (1)Refills
APPLY TO AFFECTED AREA FOR 15 MINUTES TWICE DAILY
Rx # 156856
SELENIUM SULF LOT 2.5% LOT     #1

Ord.Date 10/16/03
Exp.Date 01/13/04
CHERRY, DARRYL LEE
07928-078
E. ASP (3)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY **EXTERNAL USE ONLY**
Cancelled 4/12/03
Rx # 156879
FLUOCINONIDE 0.05% OINT     #1

Ord.Date 11/05/03
Exp.Date 02/02/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (12)Refills
TAKE ONE TABLET EACH DAY
Rx # 158007
POTASSIUM CHLORIDE SR 10 MEQ TAB     #7

Ord.Date 11/05/03
Exp.Date 02/02/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (12)Refills
TAKE ONE TABLET EACH DAY
Rx # 158008
HYDROCHLOROTHIAZIDE 25 MG TAB     #7

Ord.Date 11/05/03
Exp.Date 02/02/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (4)Refills
USE DAILY TO AFFECTED AREA
Rx # 158009
SILVER SULFADIAZINE CREAM 1% GM     #1

Ord.Date 11/05/03
Exp.Date 02/02/04
CHERRY, DARRYL LEE
07928-078
H. BEAM, MD (12)Refills
TAKE ONE TABLET EACH DAY
Rx # 158010
ASPIRIN, E.C 325 MG 0090     #7

Ord.Date 11/05/03
Exp.Date 02/02/04
CHERRY, DARRYL LEE
07928-078
H. BEAM, MD (12)Refills
TAKE ONE TABLET 3 TIMES A DAY
Rx # 158011
PENTOXIFYLLINE 400 MG TAB     #21
158011     PENTOXIFYLLINE 400 MG TAB

Ord.Date 05/05/04
Exp.Date 08/02/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (2)Refills
TAKE ONE TABLET EACH DAY
Rx # 166916
POTASSIUM CHLORIDE SR 10 MEQ TAB     #30

Ord.Date 06/22/04
Exp.Date 09/23/04
CHERRY, DARRYL LEE
07928-078
W. COLLINS (0)Refills
TAKE FOUR CAPSULES 1 HOUR PRIOR TO PROCEDURE
169109
AMOXICILLIN 500 MG CAP     #4

Ord.Date 11/12/03
Exp.Date 02/10/04
CHERRY, DARRYL LEE
07928-078
S. LABROZZI (3)Refills
APPLY A VERY SMALL AMOUNT TO AFFECTED AREA TWICE DAILY **EXTERNAL USE ONLY**
Rx # 158332
FLUOCINONIDE 0.05% OINT     #1

Ord.Date 11/12/03
Exp.Date 02/10/04
CHERRY, DARRYL LEE
07928-078
S. LABROZZI (3)Refills
TAKE ONE TABLET FOUR TIMES DAILY AS NEEDED WITH FOOD (FOR PAIN IN YOUR RIGHT SIDE)
Rx # 158333
IBUPROFEN 400 MG TAB     #28

Ord.Date 01/06/04
Exp.Date 03/05/04
CHERRY, DARRYL LEE
07928-078
W. COLLINS (1)Refills
TAKE TWO CAPSULES EVERY TWELVE HOURS
Rx # 161650
AMOXICILLIN 500 MG CAP     #30

Ord.Date 01/06/04
Exp.Date 03/05/04
CHERRY, DARRYL LEE
07928-078
W. COLLINS (1)Refills
TAKE ONE TABLET EVERY EIGHT HOURS AS NEEDED
Rx # 161651
ACETAMINOPHEN 500 MG TAB     #20

Ord.Date 02/04/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (2)Refills
TAKE ONE TABLET ONCE DAILY. DO NOT CRUSH OR CHEW.
Rx # 162954
POTASSIUM CHLORIDE SR 10 MEQ TAB     #30

Ord.Date 02/04/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (2)Refills
TAKE 1 TABLET ONCE DAILY.
Rx # 162955
HYDROCHLOROTHIAZIDE 50 MG TAB     #30

Ord.Date 02/04/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (2)Refills
TAKE 1 TABLET 3 TIMES DAILY WITH EACH OF YOUR THREE MEALS.
Rx # 162956
PENTOXIFYLLINE 400 MG TAB     #90

Ord.Date 02/04/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (4)Refills
APPLY TO AFFECTED AREAS ONCE DAILY.
Rx # 162957
SILVER SULFADIAZINE CREAM 1% GM     #1

Ord.Date 02/04/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (1)Refills
GIVE 1 ML IM IN DELTOID ONLY: 2 DOSES—INITIAL DOSE, FOLLLOWED BY BOOSTER IN 6-12 MONTHS.
Rx # 162958
HEPATITIS A VIRUS VACCINE 1440ELU/1ML INJ     #1

Ord.Date 02/04/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (2)Refills
INJECT 1 ML (20 MCG ENGERIX-B) IM INTO DELTOID ONLY: GIVE 3 DOSES AT 0, 1 AND 6 MONTHS.
Rx # 162959
HEPATITIS B VACCINE-RECOMB 20MCG/ML 1ML INJ     #1

Ord.Date 02/05/04
Exp.Date 05/03/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (2)Refills
TAKE ONE TABLET DAILY
Rx # 166917
HYDROCHLOROTHIAZIDE 50 MG TAB     #30

Ord.Date 07/28/04
Exp.Date 06/08/01
CHERRY, DARRYL LEE
07928-078
R. PIOTROWSKI (1)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY *NORMAL SKIN*
Rx # 164483
HYDROCER CR 40Z CRM     #1

Ord.Date 05/12/04
Exp.Date 06/06/01
CHERRY, DARRYL LEE
07928-078
R. PIOTROWSKI (5)Refills
APPLY SPARINGLY TO AFFECTED AREAS 2 TIMES A DAY AS INSTRUCTED BY PA PIOTROWSKI
Rx # 167680
SILVER SULFADIAZINE CREAM 1% GM     #1

Ord.Date 04/11/04
Exp.Date 07/10/04
CHERRY, DARRYL LEE
07928-078
(1)Refills
INJECT 1 GRAM IM EACH DAY FOR 3 DAYS
Rx # 166027
CEFTRIAXONE 1 GM INJ     #1

Ord.Date 04/11/04
Exp.Date 07/10/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (0)Refills
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 166025
SILVER SULFADIAZINE CREAM 1% GM     #1

Ord.Date 04/11/04
Exp.Date 07/10/04
CHERRY, DARRYL LEE
07928-078
J. GLENN (1)Refills
TAKE ONE TABLET THREE TIMES DAILY
Rx # 166018
PENTOXIFYLLINE 400 MG TAB     #90

Ord.Date 04/11/04
Exp.Date 07/10/04
CHERRY, DARRYL LEE
07928-078
H. BEAM,MD (1)Refills
TAKE ONE CAPSULE FOUR TIMES DAILY
Rx # 166028
CEPHALEXIN 500 MG CAP     #56

000147

## Medication Summary Sheet

Chronic Conditions                                    Acute Conditions

| | |
|---|---|
| Ord.Date 05/07/03 | CHERRY, DARRYL LEE          D. OLSON |
| Exp.Date 08/10/03 | 07928-078                    (0)Refills |
| | TAKE ONE TABLET DAILY |
| Rx # 147678 | HYDROCHLOROTHIAZIDE 50 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 05/07/03 | CHERRY, DARRYL LEE          D. OLSON |
| Exp.Date 06/10/03 | 07928-078                    (0)Refills |
| | TAKE ONE TABLET 3 TIMES A DAY |
| Rx # 147679 | D/C 5/13/03   PENTOXIFYLLINE 400 MG TAB   #90 |

| | |
|---|---|
| Ord.Date 05/07/03 | CHERRY, DARRYL LEE          D. OLSON |
| Exp.Date 08/10/03 | 07928-078                    (0)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 147680 | ASPIRIN, E.C. 325 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 05/13/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 08/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET DAILY |
| Rx # 148101 | HYDROCHLOROTHIAZIDE 50 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 05/13/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 08/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 148104 | ASPIRIN, E.C. 325 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 05/13/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 08/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET 3 TIMES A DAY |
| Rx # 148103 | PENTOXIFYLLINE 400 MG TAB   #90 |

| | |
|---|---|
| Ord.Date 05/13/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 08/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 148102 | POTASSIUM CHLORIDE SR 10 MEQ TAB   #30 |

| | |
|---|---|
| Ord.Date 09/29/03 | CHERRY, DARRYL LEE          E. ASP |
| Exp.Date 10/12/03 | 07928-078                    (0)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 155665 | FLUCONAZOLE 100 MG TAB   #7 |

| | |
|---|---|
| Ord.Date 09/29/03 | CHERRY, DARRYL LEE          E. ASP |
| Exp.Date 11/27/03 | 07928-078                    (0)Refills |
| | APPLY FOR 15 MINUTES TO AFFECTED AREA TWICE DAILY |
| Rx # 155666 | SELENIUM SULF LOT 2.5% LOT   #1 |

(center column, vertical text)

CHERRY, DARRYL LEE
07928-078
TAKE ONE CAPSULE FOUR TIMES DAILY
Rx # 163373                    (0)Refills
CEPHALEXIN 500 MG CAP   #56

CHERRY, DARRYL LEE
07928-078
TAKE TWO TABLETS THREE TIMES DAILY AS NEEDED
Rx # 163374                    (1)Refills   E. ASP
ACETAMINOPHEN 325 MG TAB   #30

| | |
|---|---|
| Ord.Date 05/13/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 08/10/03 | 07928-078                    (0)Refills |
| | APPLY TO AFFECTED AREA EACH DAY |
| Rx # 148105 | SILVER SULFADIAZINE CREAM 1% GM   #1 |

| | |
|---|---|
| Ord.Date 08/05/03 | CHERRY, DARRYL LEE          E. ASP |
| Exp.Date 09/04/03 | 07928-078                    (2)Refills |
| | APPLY TO AFFECTED AREA ON LEFT ANKLE EACH DAY |
| Rx # 149251 | SILVER SULFADIAZINE CREAM 1% GM   #1 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date | 07928-078                    (2)Refills |
| | USE DAILY FOR WOUND DRESSING |
| Rx # 152934 | SILVER SULFADIAZINE CREAM 1% GM   #1 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 11/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 152935 | HYDROCHLOROTHIAZIDE 50 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 11/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 152936 | POTASSIUM CHLORIDE SR 10 MEQ TAB   #30 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 11/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET EACH DAY |
| Rx # 152937 | ASPIRIN, E.C. 325 MG TAB   #30 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 11/10/03 | 07928-078                    (2)Refills |
| | TAKE ONE TABLET 3 TIMES A DAY |
| Rx # 152938 | PENTOXIFYLLINE 400 MG TAB   #90 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 11/10/03 | 07928-078                    (2)Refills |
| | APPLY TO AFFECTED AREA TWO TIMES A DAY |
| Rx # 152939 | BETAMETHASONE VAL 0.1 % OINT   #1 |

| | |
|---|---|
| Ord.Date 08/12/03 | CHERRY, DARRYL LEE          H. BEAM, MD |
| Exp.Date 11/10/03 | 07928-078                    (2)Refills |
| | APPLY TO AFFECTED AREA TWO TIMES A DAY |
| Rx # 152940 | CLOTRIMAZOLE 1% CRM   #1 |

| | |
|---|---|
| Ord.Date 03/05/04 | CHERRY, DARRYL LEE          S. LABROZZI |
| Exp.Date 09/01/04 | 07928-078                    (6)Refills |
| | TAKE TWO TABLETS THREE TIMES DAILY AS NEEDED FOR PAIN |
| Rx # 164367 | ACETAMINOPHEN 325 MG TAB   #30 |

CHERRY, DARRYL LEE
07928-078
MCKEAN HOUSING FACILITY - A03-
05/07/2003

FCI
McKean

000148

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189    405-682-4075

RX234138   DR.GOFORTH          03/27/03
CHERRY, DARRYL   N5D
07928-078                          07928-078
TAKE ONE TABLET 3 TIMES DAILY

GENERIC FOR: TRENTAL 400MG CR TAB
**PENTOXIFYLLI 400MG ER TAB      # 21**
MTH  3  REFILL(S)       EXPIRES: 04/27/03

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189    405-682-4075

RX234141   DR.GOFORTH          03/27/03
CHERRY, DARRYL   N5D
07928-078                          07928-078
TAKE ONE TABLET EVERY MORNING

**HYDROCHLOROT 50MG TAB      # 7**
MTH  3  REFILL(S)       EXPIRES: 04/27/03

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189    405-682-4075

RX234143   DR.GOFORTH          03/27/03
CHERRY, DARRYL   N5D
07928-078                          07928-078
TAKE ONE TABLET ONCE DAILY

**ASPIRIN 325MG TABS      # 7**
MTH  3  REFILL(S)       EXPIRES: 04/27/03

3-27-03

Tom F. Goforth, MD
FTC Oklahoma City, OK

Place medication label here.

Mark Horn, Rph
Federal Transfer Center, OK

## Medication Sheet--Health Services Unit

eral Transfer Center
ahoma City, OK

Inmate Name: _____
Inmate Number: _____

000149

Ord.Date **CHERRY, DARRYL LEE**     **R. POMALOY**
12/09/02   07928-078                   (1)Refills
Exp.Date   TAKE ONE TABLET DAILY
01/07/03

Rx #
38939          ASPIRIN, E.C. 325MG TAB          #15

Ord.Date **CHERRY, DARRYL LEE**     **R. POMALOY**
12/09/02   07928-078                   (1)Refills
Exp.Date   TAKE ONE TABLET 3 TIMES A DAY
01/07/03

Rx #
38940          PENTOXIFYLLINE 400 MG TAB          #45

Ord.Date **CHERRY, DARRYL LEE**     **R. POMALOY**
12/09/02   07928-078                   (1)Refills
Exp.Date   TAKE ONE TABLET DAILY
01/07/03

Rx #
38938          HYDROCHLOROTHIAZIDE 50 MG TAB     #15

Ord.Date **CHERRY, DARRYL LEE**     **P. HARVEY**
12/20/02   07928-078                   (6)Refills
Exp.Date   TAKE ONE TABLET BY MOUTH EACH
03/19/03   DAY

Rx #
39419          ASPIRIN, E.C. 325MG TAB          #0

Ord.Date **CHERRY, DARRYL LEE**     **P. HARVEY**
12/20/02   07928-078                   (6)Refills
Exp.Date   TAKE ONE TABLET DAILY
03/19/03

Rx #
39420          HYDROCHLOROTHIAZIDE 50 MG TAB  #0

Ord.Date **CHERRY, DARRYL LEE**     **P. HARVEY**
12/20/02   07928-078                   (6)Refills
Exp.Date   TAKE ONE TABLET 3 TIMES A DAY
03/19/03

Rx #
39421          PENTOXIFYLLINE 400 MG TAB          #0

Ord.Date **CHERRY, DARRYL LEE**     **P. HARVEY**
03/13/03   07928-078                   (6)Refills
Exp.Date   TAKE ONE TABLET BY MOUTH EACH
06/10/03   DAY

Rx #      ASP 325
42085     ASPIRIN, E.C. 325MG TAB          #0

Ord.Date **CHERRY, DARRYL LEE**     **P. HARVEY**
03/13/03   07928-078                   (6)Refills
Exp.Date   TAKE ONE TABLET DAILY
06/10/03

Rx #      HCTZ 50 mg
42086     HYDROCHLOROTHIAZIDE 50 MG TAB  #0

Ord.Date **CHERRY, DARRYL LEE**     **P. HARVEY**
03/13/03   07928-078                   (6)Refills
Exp.Date   TAKE ONE TABLET 3 TIMES A DAY
06/10/03

Rx #      Trental 400mg
42087     PENTOXIFYLLINE 400 MG TAB          #0

# FCI/FDC Milan, MI Medication Sheet

000150



**FCI MCKEAN PHARMACY**
129782          H. BEAM,MD
CHERRY, DARRYL LEE                    05/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
TAKE ONE TABLET EACH DAY

Cancelled 8/7/02

**ASPIRIN, E.C. 325 MG TAB**          #30
(3)Refills    05/07/2002    CDM    Rx Exp:09/02/02
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
129783          H. BEAM,MD
CHERRY, DARRYL LEE                    05/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
TAKE ONE TABLET 3 TIMES A DAY

**PENTOXIFYLLINE 400 MG TAB**          #90
(3)Refills    05/07/2002    CDM    Rx Exp:08/03/02

**FCI MCKEAN PHARMACY**
129784          H. BEAM,MD
CHERRY, DARRYL LEE                    05/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
TAKE ONE TABLET DAILY

**HYDROCHLOROTHIAZIDE  50 MG TAB**    #30
(3)Refills    05/07/2002    CDM    Rx Exp:09/02/02

**FCI MCKEAN PHARMACY**
129785          H. BEAM,MD
CHERRY, DARRYL LEE                    05/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

**TOLNAFTATE CREAM 1% GM**          #1
(3)Refills    05/07/2002    CDM    Rx Exp:07/25/02

**FCI MCKEAN PHARMACY**
129786          H. BEAM,MD
CHERRY, DARRYL LEE                    05/07/0
MCKEAN HOUSING FACILITY - A03-1
TAKE ONE TABLET TWICE DAILY F
DAYS, THEN ON 5/11/02 TAKE TWO
TABLETS TWICE DAILY AM AND PM
PILL LINE

**BUPROPION 75 MG TAB**
(3)Refills    05/07/2002    CDM    Rx Exp:09/
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
131000          H. BEAM,MD
CHERRY, DARRYL LEE
MCKEAN HOUSING FACILIT    07928-078
APPLY TO AFFECTED AREA
**EXTERNAL USE ONLY**

**SILVER SULFADIAZINE CREAM**
(1)Refills    06/04/2002    CDM
CAUTION: Federal/State law prohibits transf
to any person other than patient for whom pre

**FCI MCKEAN PHARMACY**
133878          H. BEAM,MD
CHERRY, DARRYL LEE                    08/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
TAKE ONE TABLET DAILY

**HYDROCHLOROTHIAZIDE  50 MG TAB**    #30
(3)Refills    08/07/2002    CDM    Rx Exp:12/04/02

**FCI MCKEAN PHARMACY**
133879          H. BEAM,MD
CHERRY, DARRYL LEE                    08/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
TAKE ONE TABLET EACH DAY

**ASPIRIN, E.C. 325 MG TAB**          #30
(3)Refills    08/07/2002    CDM    Rx Exp:12/04/02
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
133880          H. BEAM,MD
CHERRY, DARRYL LEE                    08/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
TAKE ONE TABLET 3 TIMES A DAY

**PENTOXIFYLLINE 400 MG TAB**          #90
(3)Refills    08/07/2002    CDM    Rx Exp:12/04/02

**FCI MCKEAN PHARMACY**
133881          H. BEAM,MD
CHERRY, DARRYL LEE                    08/07/02
MCKEAN HOUSING FACILITY - A03-104L    07928-078
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

**TOLNAFTATE CREAM 1% GM**          #1
(3)Refills    08/07/2002    CDM    Rx Exp:10/25/0
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Ord.Date 10/02/02    CHERRY, DARRYL LEE          D. OLSON
Exp.Date 10/02/02    07928-078                    (0)Refills
                     TAKE ONE TABLET THREE TIMES
                     DAILY AT 8AM, 2PM AND 6PM

Rx #
136703               PENTOXIFYLLINE 400 MG TAB          #21

Ord.Date 10/02/02    CHERRY, DARRYL LEE          D. OLSON
Exp.Date 10/02/02    07928-078                    (0)Refills
                     TAKE ONE TABLET EACH DAY AT 6AM

Rx #
136704               ASPIRIN, E.C. 325 MG TAB          #7

Ord.Date 10/02/02    CHERRY, DARRYL LEE          D. OLSON
Exp.Date 10/02/02    07928-078                    (0)Refills
                     TAKE ONE TABLET EACH DAY AT 8AM

Rx #
136705               HYDROCHLOROTHIAZIDE 50 MG TAB    #7

000151

**FCI MCKEAN PHARMACY**

118506          G. FAIRBANKS          08/14/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET 3 TIMES A DAY
AFTER MEALS AS NEEDED

IBUPROFEN 800 MG TAB          #21
(1)Refills          08/14/2001          DAO     RxExp 09/22/01

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

119791          G. FAIRBANKS          09/18/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE TWO TABLETS EVERY EIGHT
HOURS AS NEEDED

ACETAMINOPHEN 500 MG CAPL          #21
(1)Refills          09/18/2001          DAO     RxE...

**FCI MCKEAN PHARMACY**

121782          D. OLSON          11/02/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET THREE TIMES
DAILY AS NEEDED WITH FOOD

IBUPROFEN 400 MG TAB          #30
(3)Refills          11/02/2001          DAO     RxExp 01/20/02

**FCI MCKEAN PHARMACY**

121783          D. OLSON          11/02/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET 3 TIMES A DAY

PENTOXIFYLLINE 400 MG TAB          #90
(2)Refills          11/02/2001          DAO     RxExp 01/30/02

CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**

121784          D. OLSON          11/02/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET DAILY

HYDROCHLOROTHIAZIDE  50 MG TAB  #30
(2)Refills          11/02/2001          DAO     RxExp 01/30/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

121785          D. OLSON
CHERRY, DARRYL LEE          07...
MCKEAN HOUSING FACILITY - A...
TAKE ONE TABLET EACH DAY

ASPIRIN, E.C. 325 MG 0090
(2)Refills          11/02/2001          DAO

CAUTION: Federal/State law prohibits transfer of
to any person other than patient for whom prescri...

**FCI MCKEAN PHARMACY**

123772          D. OLSON          1...
CHERRY, DARRYL LEE - A...
MCKEAN HOUSING FACILITY - A...
TAKE 1 TABLESPOONFUL THRE
TIMES DAILY AND AT BEDTIME
**SHAKE WELL** (BONNIE SAY...

BISMUTH SUBSAL  262MG/15ML S...
(0)Refills          12/20/2001          DAO     Rx...

**FCI MCKEAN PHARMACY**

124216          B. SAYLOR,NP
CHERRY, DARRYL LEE - A...
MCKEAN HOUSING FACILITY - A...
APPLY TO AFFECTED AREA A
DIRECTED **EXTERNAL USE O

MOISTURIZING CREAM  GM
(1)Refills          01/03/2002          CDM

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

125637          D. OLSON,MD
CHERRY, DARRYL LEE - A...
MCKEAN HOUSING FACILITY - A...
TAKE ONE TABLET 3 TIMES A D

PENTOXIFYLLINE 400 MG TAB
(2)Refills          02/05/2002          CDM

CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**

125638          D. OLSON,MD          02/05/02
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET DAILY

HYDROCHLOROTHIAZIDE  50 MG TAB  #30
(2)Refills          02/05/2002          CDM     RxExp 05/05/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

125639          D. OLSON,MD          02/05/02
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET EACH DAY

ASPIRIN, E.C. 325 MG 0090          #30
(2)Refills          02/05/2002          CDM     RxExp 05/05/02

CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**

125640          D. OLSON,MD          02/05/02
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

TOLNAFTATE CREAM 1% GM          #
(1)Refills          02/05/2002          CDM     RxExp 04/05/0...

**FCI MCKEAN PHARMACY**

125641          D. OLSON,MD          02/05/02
CHERRY, DARRYL LEE          07928-073
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET THREE TIMES
DAILY AS NEEDED WITH FOOD

NAPROXEN SOD  250  TAB          #20
(2)Refills          02/05/2002          CDM     RxExp 03/08/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

129786          H. BEAM,MD          05/07/02
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
REFUSAL FORM SIGNED FOR
BUPROPION ON 5/16/02

BUPROPION 75 MG TAB          #30
(1)Refills          05/07/2002          CDM     RxExp 09/03/02

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Cherry, Darryl          07928-078          000152          M.4Co

**FCI MCKEAN PHARMACY**

111991        D. OLSON          02/02/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

**TOLNAFTATE CREAM 1% GM          #1**
(0)Refills   02/02/2001   CLO   RxExp 02/22/01

**FCI MCKEAN PHARMACY**

111992        D. OLSON          02/02/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

**HYDROCORTISONE CREAM 1% GM   #**
(0)Refills   02/02/2001   CLO   RxExp 02/22/10

**FCI MCKEAN PHARMACY**

111993        D. OLSON          02/02/0
CHERRY, DARRYL LEE          07928-07
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET 3 TIMES A DAY

**PENTOXIFYLLINE 400 MG TAB          #3**
(8)Refills   02/02/2001   CLO   RxExp 02/02/01

**FCI MCKEAN PHARMACY**

113109        C. MONTGOM          03/08/01
CHERRY, DARRYL LEE          07928-07
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET DAILY

**HYDROCHLOROTHIAZIDE   50 MG TAB   #1**
(2)Refills   03/08/2001   CLO   RxExp 04/06/01

**FCI MCKEAN PHARMACY**

114873        D. OLSON          05/03/01
CHERRY, DARRYL LEE          07928-07
MCKEAN HOUSING FACILITY - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

**CLOTRIMAZOLE 1% CRM          #**
(1)Refills   05/03/2001   CLO   RxExp 07/01/01

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than person for whom prescribed.

---

114874        D. OLSON          05/0
CHERRY, DARRYL LEE          07928
MCKEAN HOUSING FACILITY - A03-1
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONL**

**BETAMETHASONE VAL 0.1% CRM**
(1)Refills   05/03/2001   CLO   RxExp 07

**FCI MCKEAN PHARMACY**

114875        D. OLSON          05/0
CHERRY, DARRYL LEE          07928
MCKEAN HOUSING FACILITY - A03-1
TAKE ONE TABLET THREE TIMES
DAILY AS NEEDED WITH FOOD

**IBUPROFEN 400 MG TAB**
(0)Refills   05/03/2001   CLO   RxExp 05/2

**FCI MCKEAN PHARMACY**

114876        D. OLSON          05/03/0
CHERRY, DARRYL LEE          07928-0
MCKEAN HOUSING FACILITY - A03-10
TAKE ONE TABLET 3 TIMES A DAY

**PENTOXIFYLLINE 400 MG TAB**
(8)Refills   05/03/2001   CLO   RxExp 07/3

**FCI MCKEAN PHARMACY**

114877        D. OLSON          05/03
CHERRY, DARRYL LEE          07928
MCKEAN HOUSING FACILITY - A03-1
TAKE ONE TABLET DAILY

**HYDROCHLOROTHIAZIDE   50 MG TAB**
(8)Refills   05/03/2001   CLO   RxExp 07

CAUTION: Federal/State law prohibits transfer of this dr
in any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

117450        G. FAIRBANKS          07
CHERRY, DARRYL LEE          07928
MCKEAN HOUSING FACILITY - A03-
TAKE ONE TABLET 3 TIMES A DAY
AFTER MEALS AS NEEDED

**IBUPROFEN 800 MG TAB**
(0)Refills   07/12/2001   CLO   RxExp 08

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than person for whom prescribed.

---

**FCI MCKEAN PHARMACY**

117588        J. GOMEZ-LEO          07/17/0
CHERRY, DARRYL LEE          07928-0
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET 3 TIMES A DAY AS
NEEDED WITH FOOD

**IBUPROFEN 800 MG TAB          #21**
(1)Refills   07/17/2001   DAO   RxExp 09/14/01

CAUTION: Federal/State law prohibits transfer of this drug.

**FCI MCKEAN PHARMACY**

118056        D. OLSON          07/31/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET 3 TIMES A DAY

**PENTOXIFYLLINE 400 MG TAB          #30**
(8)Refills   07/31/2001   DAO   RxExp 10/28/01

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**

118058        D. OLSON          07/31/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET EACH DAY

**ASPIRIN, E.C. 325 MG TAB          #10**
(8)Refills   07/31/2001   DAO   RxExp 10/26/01

**FCI MCKEAN PHARMACY**

118193        D. OLSON          08/03/0
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
TAKE ONE TABLET DAILY

**HYDROCHLOROTHIAZIDE   50 MG TAB   #10**
(8)Refills   08/03/2001   DAO   RxExp 10/31/01

CAUTION: Federal/State law

**FCI MCKEAN PHARMACY**

118194        D. OLSON          08/03/01
CHERRY, DARRYL LEE          07928-078
MCKEAN HOUSING FACILITY - A03-104L
APPLY TO AFFECTED AREA EACH DAY
**EXTERNAL USE ONLY**

**FLUOCINONIDE 0.05% CRM          #**
(0)Refills   08/03/2001   DAO   RxExp 09/01/01

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.



**FCI MCKEAN PHARMACY**
106686     J. GOMEZ-LEO     08
HERRY, DARRYL LEE
CK - A03-104L                       079
SE AS NEEDED AS DIRECTED
EXTERNAL USE ONLY**

ILVER SULFADIAZINE CREAM
)Refills     08/08/2000     CLO     RxExp

I MCKEAN PHARMACY
07038     J. GOMEZ-LEO     08/
HERRY, DARRYL LEE
CK - A03-104L                       07928
PLY TO AFFECTED AREA TWO
MES A DAY **EXTERNAL USE ON

LNAFTATE CREAM 1% GM
efills     08/18/2000     CLO     RxExp

MCKEAN PHARMACY
252     G FAIRBANKS     08/28
RRY, DARRYL LEE
- A03-104L                       07928-0
E ONE TABLET THREE TIMES
Y AS NEEDED WITH FOOD

ROFEN 800 MG TAB     #
ls     08/28/2000     DAO     RxExp 09/28

CKEAN PHARMACY
15     W. HAMANDI     09/20/
RY, DARRYL LEE
A03-104L                       07928-01
Y TO AFFECTED AREA AS
ED AS DIRECTED **EXTERNAL
ONLY**

R SULFADIAZINE CREAM     #
09/20/2000     CLO     RxExp 10/19

JTION: Federal/State law prohibits transfer of this drug
any person other than patient for whom prescribed.

---

**FCI MCKEAN PHARMACY**
108016     W. HAMANDI     09/20/00
CHERRY, DARRYL LEE
MCK - A03-104L                       07928-078
TAKE ONE TABLET 3 TIMES A DAY

PENTOXIFYLLINE 400 MG TAB     # 30
(2)Refills     09/20/2000     CLO     RxExp 10/19/00
CAUTION: Federal/State law prohibits transfer of this drug
to whom prescribed

**FCI MCKEAN PHARMACY**
108694     J. GOMEZ-LEO     10/13/00
CHERRY, DARRYL LEE
MCK - A03-104L                       07928-078
APPLY TO AFFECTED AREA AS
NEEDED **EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM     # 1
(1)Refills     10/13/2000     CLO     RxExp 11/24/00
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
109296     D. OLSON     11/03/00
CHERRY, DARRYL LEE
MCK - A03-104L                       07928-078
TAKE ONE TABLET 3 TIMES A DAY
WITH FOOD

PENTOXIFYLLINE 400 MG TAB     # 30
(8)Refills     11/03/2000     CLO     RxExp 07/8/00
CAUTION: Federal/State law prohibits transfer of this drug
any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
111347     W. FLATT     01/11/01
CHERRY, DARRYL LEE
MCKEAN HOUSING FACILITY - A03-104L     07928-078
APPLY TO AFFECTED AREA AS
NEEDED **EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM     1% GM #1
(2)Refills     01/11/2001     CLO     RxExp 02/01/01
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

000154

Reg. No. 07928-078

 

**FCI MCKEAN PHARMACY**
105590   G. FAIRBANKS   07/05/00
CHERRY, DARRYL LEE   07928-078
MCK - A03-104L
TAKE ONE TABLET THREE TIMES
DAILY AS NEEDED WITH FOOD

IBUPROFEN 800 MG TAB   # 21
(1)Refills   07/05/2000   DAO   RxExp 09/13/00
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
105842   M. TARR   07/12/00
CHERRY, DARRYL LEE   07928-078
MCK - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM 1   # 1
(1)Refills   07/12/2000   CLO   RxExp 09/10/00

**FCI MCKEAN PHARMACY**
106061   M. TARR   07/19/00
CHERRY, DARRYL LEE   07928-078
MCK - A03-104L
APPLY TO AFFECTED AREA DAILY
**EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM 1   # 1
(0)Refills   07/19/2000   CLO   RxExp 09/02/00
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
106351   M. TARR   07/26/00
CHERRY, DARRYL LEE   07928-078
MCK - A03-104L
TAKE ONE TABLET THREE TIMES
DAILY AS NEEDED AFTER MEALS

IBUPROFEN 800 MG TAB   # 21
(1)Refills   07/28/2000   CLO   RxExp 09/03/00

**FCI MCKEAN PHARMACY**
106352   M. TARR   07/26/00
CHERRY, DARRYL LEE   07928-078
MCK - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM 1   # 1
(0)Refills   07/26/2000   CLO   RxExp 08/14/00
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

P.O. Box 5000
Bradford, PA 16701

**FCI MCKEAN PHARMACY**
106686   J. GOMEZ-LEO   08
CHERRY, DARRYL LEE   079
MCK - A03-104L
USE AS NEEDED AS DIRECTED
**EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM
(2)Refills   08/08/2000   CLO   RxExp

**FCI MCKEAN PHARMACY**
107038   J. GOMEZ-LEO   08/
CHERRY, DARRYL LEE   07928
MCK - A03-104L
APPLY TO AFFECTED AREA TWO
TIMES A DAY **EXTERNAL USE ONL

TOLNAFTATE CREAM 1% GM
(2)Refills   08/18/2000   CLO   RxExp

**FCI MCKEAN PHARMACY**
107252   G. FAIRBANKS   08/28
CHERRY, DARRYL LEE   07928-0
MCK - A03-104L
TAKE ONE TABLET THREE TIMES
DAILY AS NEEDED WITH FOOD

IBUPROFEN 800 MG TAB   #
(0)Refills   08/28/2000   DAO   RxExp 09/16

**FCI MCKEAN PHARMACY**
108015   W. HAMANDI   09/20/
CHERRY, DARRYL LEE   07928-0
MCK - A03-104L
APPLY TO AFFECTED AREA AS
NEEDED AS DIRECTED **EXTERNAL
USE ONLY**

SILVER SULFADIAZINE CREAM   #
(0)Refills   09/20/2000   CLO   RxExp 10/05
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

**FCI MCKEAN PHARMACY**
108016   W. HAMANDI   09/20/0
CHERRY, DARRYL LEE   07928-078
MCK - A03-104L
TAKE ONE TABLET 3 TIMES A DAY

PENTOXIFYLLINE 400 MG TAB   # 3
(2)Refills   09/20/2000   CLO   RxExp 10/19/0
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
108694   J. GOMEZ-LEO   10/13/0
CHERRY, DARRYL LEE   07928-07
MCK - A03-104L
APPLY TO AFFECTED AREA AS
NEEDED **EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM   #
(1)Refills   10/13/2000   CLO   RxExp 11/21/

**FCI MCKEAN PHARMACY**
109296   D. OLSON   11/03
CHERRY, DARRYL LEE   07928-0
MCK - A03-104L
TAKE ONE TABLET 3 TIMES A DAY
WITH FOOD

PENTOXIFYLLINE 400 MG TAB   #
(8)Refills   11/03/2000   CLO   RxExp 11/13/
CAUTION: Federal/State law prohibits transfer of this drug

**FCI MCKEAN PHARMACY**
111347   W. FLATT   0/11
CHERRY, DARRYL LEE   07928-
MCKEAN HOUSING FACILITY - A03-10
APPLY TO AFFECTED AREA AS
NEEDED **EXTERNAL USE ONLY**

SILVER SULFADIAZINE CREAM   1% GM
(2)Refills   01/11/2001   CLO   RxExp 04/1
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Next Sheet

NAME: Cherry, Darryl Lee   Reg. No. 07928-078

000155

Name _Cheny_

**Reg. #:** 07928-07?
**DOB:** _____
**Race** _____ **Sex** ____

## HEPATITIS CLINIC FLOWSHEET
### Hepatitis Type: B _____ C ✓

| Criterion | Baseline | Month: | Month: | Month: | Month: | Month: | Month: |
|---|---|---|---|---|---|---|---|
| Date | 2/1/01 | | | | | | |
| Vital Signs<br>T-P-R<br>Blood Pressure | 72<br>110/70 | | | | | | |
| Weight: | 253 | | | | | | |
| Symptomatology<br>(Check if applicable)<br>Absent | ( ✓ ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| Nausea/Vomiting<br>Abdominal Pain<br>Fatigue/Lethargy<br>Dark Urine<br>Jaundice<br>Other (Specfy) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) | ( )<br>( )<br>( )<br>( )<br>( )<br>( ) |
| Physical Findings<br>Skin<br>Abdomen | ~ | | | | | | |
| Laboratory<br>Liver Profile<br>Other | ( abl ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| Education | ✓ | | | | | | |
| Staff Signature<br>/Credentials | | | | | | | |

*All entries on flowsheet are to correspond to clinical documentation in Progress Notes. S.O.A.P. format.

FCI McKean
P.O. Box 5000
Bradford, PA 16701

000156

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | | DATE OF EXAM: 7/12/00 |
|---|---|---|---|

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. IDENTIFICATION NUMBER | 3. GRADE AND COMPONENT OR POSITION |
|---|---|---|
| Cherry Darryl | 01928-0YP | |

| 4. HOME ADDRESS (Number, street or RFD, city or town, state and ZIP code) | 5. EMERGENCY CONTACT (Name and address of contact) |
|---|---|
| X NONE | HELEN CHERRY  X 7600 NARING ct 512 |

| 6. DATE OF BIRTH | 7. AGE | 8. SEX | 9. RELATIONSHIP OF CONTACT |
|---|---|---|---|
| X | X 47 | ☐ FEMALE  ☒ MALE | MOTHER |

| 10. PLACE OF BIRTH | 11. RACE |
|---|---|
| X Detroit Michigan | ☐ WHITE  ☒ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER |

| 12a. AGENCY | 12b. ORGANIZATION UNIT | 13. TOTAL YEARS GOVERNMENT SERVICE | |
|---|---|---|---|
| BOP DOJ | McKean | a. MILITARY | b. CIVILIAN |

| 14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 15. RATING OR SPECIALTY OF EXAMINER |
|---|---|
| FCI McKean<br>P.O. Box 5000<br>Bradford, PA 16701 | |
| | 16. PURPOSE OF EXAMINATION<br>H + O |

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | | P. TESTICULAR | NE |
| ✓ | C. DRUMS (Perforation) | | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | | U. FEET | ✓ |
| ✓ | H. OPHTHALMOSCOPIC | | | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | ✓ |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ |
| ✓ | K. LUNGS AND CHEST | | | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | AA. PSYCHIATRIC (Specify any personality deviation) | NE |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | |
| | | | | CC. PELVIC (Females only) | N/A |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

X. scars - knife wounds - bilat FA's

U + V. Leg ulcers - ® ankle x 2 , ® foot x 1

(+) edema ® ankle x 3 , bilat 2° to venous insufficiency

### 18. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | | | | | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|
| 0<br>1 2 3  Restorable<br>32 31 30  Teeth<br>0 | / 3<br>Non-<br>1 2 3  restorable<br>32 31 30  teeth<br>/ | X<br>1 2 3<br>32 31 30  Missing<br>X  Teeth | X X X<br>1 2 3  Replaced<br>32 31 30  by<br>X X X  Dentures | 1 2 3  Fixed<br>32 31 30  Partial<br>Dentures | |

| R I G H T | 1<br>32 | 2<br>31 | 3<br>30 | 4<br>29 | 5<br>28 | 6<br>27 | 7<br>26 | 8<br>25 | 9<br>24 | 10<br>23 | 11<br>22 | 12<br>21 | 13<br>20 | 14<br>19 | 15<br>18 | 16<br>17 | L E F T |

### 19. TEST RESULTS  (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | (4) MICROSCOPIC | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | | |
| (3) URINE SUGAR | | |

| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |
|---|---|---|---|

NSN 7540-00-634-4038<br>88-126

000157

STANDARD FORM 88  (Rev. 10-94)<br>Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| CHERRY, DARRYL | 07928-078 | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 73" | 246 | black | brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 97.7 |

**26. BLOOD PRESSURE** (Arm at heart level) / **27. PULSE** (Arm at heart level)

| A. SITTING SYS. 174 DIAS. 76 | B. RECUMBENT SYS. DIAS. | C. STANDING (5 mins.) SYS. DIAS. | A. SITTING 68 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|---|---|---|

**28. DISTANT VISION** / **29. REFRACTION** / **30. NEAR VISION**

| RIGHT 20/ 200 | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY |
|---|---|---|---|---|---|---|
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY |

**31. HETEROPHORIA** (Specify distance)

ESO    EXO    R.H.    L.H.    PRISM DIV.    PRISM CONV. CT    PC    PD

| 32. ACCOMMODATION | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|
| RIGHT N LEFT N | Snellin A (N) | | CORRECTED |

| 35. FIELD OF VISION | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
|---|---|---|---|
| RIGHT N LEFT N | | | RIGHT LEFT |

**39. HEARING** / **40. AUDIOMETER** / **41. PSYCHOLOGICAL AND PSYCHOMOTOR** (Tests used and score)

| | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV N /15 SV /15 | | RIGHT | | | | | | | | | |
| LEFT WV N /15 SV /15 | | LEFT | | | | | | | | | |

**42. NOTES** (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

47 y/o black male
NKDA
(+) H/o IVDA x 20 years
no hx of tuberculosis

(Use additional sheets if necessary)

**43. SUMMARY OF DEFECTS AND DIAGNOSES** (List diagnoses with item numbers)

Venous Insufficiency x 12 years
w/ leg ulcers
at age 14 - bone graft to (L) + (R) ankles

**44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** (Specify)

Hip B-rays, Anti-HCV, liver profile, UA
Extremity Consult

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |

**46. EXAMINEE** (Check)

A. ☐ IS QUALIFIED FOR — On Convalescence, renewable
B. ☐ IS NOT QUALIFIED FOR — 2° to Venous Insuff.

**45B. PHYSICAL CATEGORY**

| A | B | C | D | E |
|---|---|---|---|---|

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER** — No f/s, medical or barber shop pending lab

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| M. Tarr, MLP | |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| D. Olson, MD  Clinical Director | |
| 50. TYPED OR PRINTED NAME OF DENTIST (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

*U.S. Government Printing Office: 1996 - 404-763/20080    STANDARD FORM 88 (Rev. 10-94) BACK

| MEDICAL RECORD | | CONSULTATION SHEET | | |
|---|---|---|---|---|

| REQUEST | | | | |
|---|---|---|---|---|
| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | | DATE OF REQUEST | |

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE: amblyopia OS

+1.00 − 150 × 95
+4.00    20/50    +4.50
20/50

77

52 + 24 × 64

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE  D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| | | ☐ BEDSIDE    ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

| CONSULTATION REPORT | | | | |
|---|---|---|---|---|

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity Distance OD 20/30    OS 20/200    TONOMETRY:    OD
                                                            OS
              Near    OD J2    OS J5            uncorrected

External    Normal
Internal    media clear (fundus normal)
Refraction OD +1.00 −.25 + 90    20/20 → +1.75
           OS +4.50    20/50

52 + 24 × 64
19

Diagnosis   amblyopia

Analysis   requires bifocal eyeglasses

Plan   order bifocal eyeglasses

(Continue on reverse side)

| SIGNATURE AND TITLE  Christian J. Hernandez | | | DATE 2/9/05 | |
|---|---|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION FCI McKean | REGISTER NO. 07928-078 | WARD NO. | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Cherry, Daryl

Reviewed by D. Olson, MD
Date: 2/10/05

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8–92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.202–1

000159