REQUEST
FROM: (Requesting physician or actu...)

Orthopedic Surgeon | Dennis Olson, MD, CHP

DATE OF REQUEST: 7/17/01

ON FOR REQUEST (Complaints and findings)

c/o LBP → ® leg

VISIONAL DIAGNOSIS

① LBP - R/O radiculopathy

...R'S SIGNATURE: Dennis Olson, MD    APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL
☐ ROUTINE ☐ 72 HOURS ☐ TODAY ☐ EMER...

D. OLSON, MD    CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

S: 48 y/o BOF c̄ 2½-3 wks severe ® leg pain c̄ swelling — lower extremity; c/o diffuse paresthesia of ® lower leg; denies back pain, symptoms appeared suddenly s̄ injury ~2wks ago one a.m.; c/o inability to lay on ® side.

O: ⊖ SLR ⊕ calf tenderness, diffuse paresthesia of ® lower extremity, no involving foot (non dermatomal). no palpable DP; non palpable TP pulses; nl motor strength EHL, plantar flexors, dorsiflexors.

Xrays: lumbar spine - nl lordosis, mild degenerative chg; well preserved disc spaces out osteophytes c̄ mild degenerative disc chg L2-3 level

A: vascular vs neurologic claudication

P: (1) needs vascular studies of ® lower extremity
(2) consider EMG/NCV ® lower extremity
(3) consider Trental
(4) PO analgesics for pain

(Continue on reverse side)

SIGNATURE AND TITLE: [signature]    DATE: 7-31-01

IDENTIFICATION NO.    ORGANIZATION: FCI MCKEAN HEALTH SERVICES
REGISTER NO. 03928-078    WARD

PATIENT'S IDENTIFICATION: Cherry, Darryl

Reviewed by D. Olson, MD
Date: 7/31/01

CONSULTATION S
Medical Rec...

000160

Dr. Christian Howard

Dennis Olson, MD, CHP

Eye Exam

**SUBJECTIVE:** left eye weak / wears drugstore glasses

age 47

[signature] D. OLSON, M.D.

**CONSULTATION REPORT**

PATIENT EXAMINED ☒ YES ☐ NO

VISUAL ACUITY  Distance OD 20/20  OS 20/150   TONOMETRY:  OD ___  OS ___

Near  OD 1.5m  OS 2.5m

**EXTERNAL** Normal  77/73

**INTERNAL** Media clear, fundus normal  CD = .3/.3

**REFRACTION** OD +1.00 −.50 x 95 — 20/20    .37m   7H.50    52 −.24 x 6¼
OS +4.00 — 20/50    .62m              18

**DIAGNOSIS** CHA & presbyopia
anisometropia
**ANALYSIS** amblyopia OS
requires prescription lenses
plan RX for patient for full time wear

[signature] Christian G. Howard OD

FCI Mckean       REGISTER NO. 07928-070       DATE 12/13/10

12/15/10

[signature] Terry, Darryl

D. Olson, MD
Clinical Director

CONSULTATION SHEET
Medical Record

000161

# MEDICAL RECORD — CONSULTATION SHEET

## REQUEST

| TO: | FROM: (Requesting physician or activity) | DATE OF REQUEST |
|---|---|---|
| OPTOMETRY | Dennis Olson, M.D., CD | |

**REASON FOR REQUEST** (Complaints and findings)

EYE EXAM  chronic HCV

SUBJECTIVE:

Did not appear for scheduled appointment

**PROVISIONAL DIAGNOSIS**

DOCTOR'S SIGNATURE: *Dennis Olson MD*
D. Olson, MD
Clinical Director

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☒ NO

VISUAL ACUITY  Distance OD ___ OS ___    TONOMETRY: ___

Near OD ___ OS ___

EXTERNAL

INTERNAL

REFRACTION              Failed to keep appt

DIAGNOSIS                    9/14/00

ANALYSIS

PLAN                         D. Olson, MD
                             Clinical Director

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE |
|---|---|
| *Christian J Howard* MD | 9/13/00 |

| IDENTIFICATION NO. | ORGANIZATION **FCI McKean** | REGISTER NO. 07928-078 | WARD NO. |

PATIENT'S IDENTIFICATION: *Cherry, Darryl*

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-

CHERRY, Darryl
Reg. No.: 07928-078
MCK 326198-F2

## PART B-RESPONSE

This is in response to your Request for Administrative Remedy receipted in my office on February 19, 2004, in which you claim you are not receiving appropriate medical care for hepatitis C. Specifically, you request a liver biopsy and treatment with interferon and ribaviron.

An investigation of your complaint reveals you were diagnosed with hepatitis C, and placed on chronic care clinic, July 26, 2000. You are evaluated by the medical officer every three months at chronic care clinic. You are educated as to your condition at each clinic visit. The health services unit follows guidelines set forth by the medical director of the Bureau of Prisons for the treatment of hepatitis. You currently do not fit the guidelines to obtain a liver biopsy or receive medication. You will continue to be evaluated at regular intervals on clinic. If you experience problems with your health between clinic visits you may sign up for sick call.

Based on this information, your Request for Administrative Remedy is denied.

In the event that you are not satisfied with this response, you may appeal within twenty (20) calendar days from the date of this response by submitting a BP-DIR-230 to the regional director.

3/25/04
Date

_____
James F. Sherman, Warden

LOU SENSITIVE

000163

ADMINISTRATIVE REMEDY REQUEST

CHERRY, Darryl                                                                01-30-2004
#07928-078

This is in response to your administrative remedy request where you claim you are not receiving the proper medical treatment for hepatitis C, which you have been diagnosed as having. Specifically, you feel you should be treated with interferon and a liver biopsy should be performed.

An investigation was conducted and the appropriate staff were contacted regarding this issue. Health Services staff reviewed your medical chart and determined that you are being treated in accordance with Federal Bureau of Prisons recommendations for hepatitis C. Your liver function test results indicate normal-to-slightly elevated levels. Therefore, the risks of a liver biopsy and treatment with interferon, outweigh the potential benefit. Your next chronic care appointment is scheduled for 02-04-2004 at 12:30.

I trust this addresses your concern.

If in the event you are not satisfied with this response, you may obtain a BP-9 from your counselor for a response from the warden.

*P. Morello 01-30-04*

000164



# FEDERAL BUREAU OF PRISONS
# memorandum
FCI McKean, Pennsylvania

DATE: March 15, 2004

REPLY TO
ATTN. OF: Rosemary Dean, Warden's Secretary

SUBJECT: Administrative Remedy (BP-9)
MCK 326198-F2

TO: Rodney Smith, HSA

Please investigate the attached Request for Administrative Remedy (BP-9) filed by inmate **CHERRY, Darryl, Reg. No. 07928-078.** Route your response through your associate warden and the camp administrator/legal liaison. Your response is due in the warden's office no later than **March 22, 2004.**

**LOU SENSITIVE**

000165

MAR-08-2004 10:25 FROM:           TO:814 837 9661     P.001

TRM6501.05
Section 9, Page 1

PHARMACY TECHNICAL REFERENCE MANUAL
7/28/99 PART 1 - NATIONAL FORMULARY

PLEASE TYPE OR NEATLY PRINT ALL INFORMATION IN SECTION I

*** NON-FORMULARY DRUG AUTHORIZATION ***

I    PATIENT NAME: Cherry, Darryl     ID NUMBER: 07928-078
REQUESTOR: Labrozzi/Beam     INSTITUTION: FCI McKean

DRUG REQUESTED: Eucerin (Generic)     Brand: ___

DOSE AND REGIMEN: Apply to regions of healing stasis ulcers BID

DATE REQUESTED: 3/5/04     EXPIRATION OF ORDER: 90 days

DIAGNOSIS: Venous insufficiency → stasis ulcers
(Ulcers are virtually healed. We believe, based on experience & other pts with same Dx, that Eucerin application will ↓↓↓ recurrences - improve skin health)

REASON(S) WHY FORMULARY AGENT(S) CANNOT BE USED:
- All emollients are non-formulary
- Pt is on extended restriction from Commissary.

FORMULARY AGENT(S) TRIED:

COST OF THIS THERAPY: $2.16/4oz. jar.

COST OF FORMULARY AGENT: ___

CLINICAL DIRECTOR: [signature M Beam, MD FCI McKean]    Date: 3/8/04

INSTITUTION PHARMACY COMMENTS:

PHARMACIST: [signature]    Date: 3/8/04

II BOP CHIEF PHARMACIST COMMENTS:
Commissary restriction should not include OTC meds

CHIEF PHARMACIST: ___    Date: ___

MEDICAL DIRECTOR COMMENTS:
APPROVED: [signature Chris A. Bina for]    3/8/04
MEDICAL DIRECTOR, BOP
Newton E. Kendig, MD

DISAPPROVED: ___
MEDICAL DIRECTOR, BOP    Date
Newton E. Kendig, MD

PAGE ___ OF ___
FROM: Violetta Geza, PharmD
TITLE: Chief Pharmacist
INSTITUTION: FCI McKean
PHONE #: (814) 362-8900 x3480
FAX #: (814) 363-6813
TO: CHIEF PHARMACIST, BOP
PHONE #: (202) 307-2867
FAX #: (202) 305-0862

000166

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MEDICAL STAFF / BEAM | DATE: 10/13/03 |
| FROM: DARRYl CHERRY | REGISTER NO.: 07928078 |
| WORK ASSIGNMENT: ORDERLY | UNIT: A, B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

IT HAS BEEN DOCUMENTED THAT I HAVE HEPATITIC C, SINCE 7/26/2000 IT'S POSSIBLE THAT I MAY HAVE HAD THIS DISEASE FOR MORE THAN 20 YEARS. I HAVE ELLEVATED ALT LEVELS AND ON AT LEAST ONE OCCATION GREATER THAN TWICE THE UPPER LIMIT OF WHAT'S CONCIDER NORMAL. ALT LEVELS ARE A INDICATOR OF LIVER INFLAMATION AT THE TIME OF THE TEST, BUT DO NOT GIVE A COMPREHENSIVE PICTURE OF LIVER DAMAGE. BILIROBIN ALBUMIN ARE TRUE LIVER FUNCTION TEST, CHANGE TO THESE TEST INDICATE THAT ONES LIVER IT'S NOT WORKING PROPERLY. WHEN THESE RESULTS BECOME AB NOMAL IT'S LIKELY THAT SCARRING AND POSSIBLY EARLY STAGES OF CIRRHOSIS CAUSED BY HEPATITIS C DISEASE HAS BEGUN. ALSO CONSISTEND ELLEVATION OF GGT IT'S A SIGN OF LIVER PROMBLEM.

(Do not write below this line)

DISPOSITION: (1) The next time you are here on chronic care clinic we can talk more about your concerns. If it is time for a liver Biopsy and treatment it will happen

(2) Come to sick call for dressing supplies for your ankle

| Signature Staff Member H. Beam [H. BEAM, MD FCI McKEAN] | Date 10/15/03 |

Record Copy - File; Copy - Inmate
This form may be replicated via WP

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94   000167

SUCH AS problems with hands & feet. Doctor Rose REQUESTED THAT A LIVER BIOPSY BE DONE to determine THE HEALTH OF MY LIVER, AND IF FIBROSIS IS FORMING. REQUESTED THAT I BE TREATED FOR MY LIVER DISEASE, INSTEAD OF JUST MONITORING. ALSO REQUEST TO BE VACCINATED AGAINST HEPATITIS A

THANK YOU

<u>PLEASE RESPOND</u>

ALSO I NEED SUPPLIES BAD MY LEGS BREAKING DOWN BAD.

000168

BP-S148.055　INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 10-16-03 |
| --- | --- |
| Doctor Beam | |
| FROM: Darryl Cherry | REGISTER NO.: 07928-078 |
| WORK ASSIGNMENT: Orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

It's Possible that I have had Hepatitis C for more than 30 years. All my Lab Results are Abnormal. Request to have a Liver Biopsy done As ALT levels Aint A True Indicator of the Health of my liver. They can't determine If I have fibrosis or Cirrosis. ALT levels only can tell If theres Inflamation at the time of the Test. And As I previously stated All my Blood tests are Abnormal - Some that would Indicate Fibrosis or Cirrosis. Request To Recive Treatment for my Hep C Disease - And not Just Monitering

(Do not write below this line)

DISPOSITION:

WE CAN review your situation at your next Chronic care clinic

Signature Staff Member: W Bell          Date: 10/20/03

REVIEWED BY: H. BEAM, MD FCI MCKEAN

Record Copy - File; Copy - Inmate
This form may be replicated via WP      This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

000169

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Doctor Beam | 10-16-03 |
| FROM: Darryl Cherry | REGISTER NO.: 02928-078 |
| WORK ASSIGNMENT: Orderly | UNIT: AB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Request To be Vaccinated against Hepatitis A According to BOP Policy BP-S552.062, Information on Hepatitis A Vaccine. As I have Hepatitis C

(Do not write below this line)

DISPOSITION: You'll be on Chronic Care Clinic within approx 3 wks - we can talk further. I'll check a blood test for evidence of Hep A infection to see if you need the immunization

Signature Staff Member: H. BEAM, MD FCI MCKEAN    Date: 10/16/03

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

000170

H902.034 (Rev. 5-85)
(27-330.4)

**CASE REPORT** — DEPARTMENT OF HEALTH

DISEASE: Hepatitis C     STATE: PA     DATE: 1/26/2000

PATIENT'S NAME: Cherry, Darryl     AGE: [blank]     M ☒ F ☐     RACE: B     TELEPHONE NO.: 814-362-8900

USUAL ADDRESS (Street No., City, Borough, Township, If Rural Give R.D. and Location):
FCI McKean, PO Box 5000, Bradford, PA 16701

COUNTY: McKean     OCCUPATION: Inmate

INFECTIOUS AGENT (If Known): [blank]     SITE: [blank]

LABORATORY DATA: Reactive Hep C Ab

HOSPITAL: [blank]     DATE ADMITTED: [blank]

PHYSICIAN'S NAME: Dennis Olson, MD     ADDRESS: (same)     TELEPHONE NO.: (same)

INDIVIDUAL REPORTING: Susan Czeku, MT     ADDRESS: "     TELEPHONE NO.: "

COMMENTS:

---

(FOLD INWARD, ALONG THIS BROKEN LINE)

**LIST OF REPORTABLE DISEASES**

- AIDS
- Amebiasis
- Animal Bites
- *Anthrax
- *Botulism
- Brucellosis
- Campylobacteriosis
- Cancer
- Chlamydia Trachomatis Infections
- *Cholera
- *Diphtheria
- Encephalitis
- *Food Poisoning
- Giardiasis
- Gonoccoccal Infections
- Guillain-Barre Syndrome
- Haemophilus Influenzae type b disease
- Hepatitis, Viral, Including Type A, Type B, and Type NANB
- Kawasaki Disease

- Lyme Disease
- Malaria
- *Measles
- Meningitis-All Types
- Meningococcal Disease
- Mumps
- Pertussis
- *Plague
- *Poliomyelitis
- *Psittacosis
- *Rabies
- Reye's Syndrome
- Rickettsial Diseases, Including Rocky Mountain Spotted Fever
- Rubella and Congenital Rubella Syndrome
- Salmonellosis
- Shigellosis
- *Syphilis-Infectious
- Tetanus
- Toxic Shock Syndrome

- Toxoplasmosis
- Trichinosis
- Tuberculosis
- Typhoid
- *Yellow Fever

**REPORTABLE ADDITIONAL LABORATORY FINDINGS:**
- Histoplasmosis
- Lead Poisoning
- Legionnaires' Disease
- Leptospirosis
- Lymphogranuloma Venereum
- Neonatal Hypothyroidism
- Phenylketonuria
- Tularemia

*Immediate Reporting by Telephone or Other Prompt Means*
(AFTER FOLDING, STAPLE CARD AT TOP TO INSURE CONFIDENTIALITY)

000171

U.S. Department of Justice

Federal Bureau of Prisons

Medical Treatment Refusal

(Rechazo de Tratamiento Médico)

Date: 10 May 02 (Fecha)

I, **Cherry, Darryl  07928-078** (Name and Registration Number) (Numbre y Número de Registro), refuse treatment recommended by the Federal (rechaza el tratamiento recomendado por el Personal) Bureau of Prisons Medical staff for the following condition(s):

Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:    (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

To stop smoking cigarettes

The following treatment(s) was/were recommended:    (El siguiente tratamiento(s) fue/fueron recomendado(s)):

Wellbutrin

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

Increased desire to smoke

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

Patient's Signature and Date: Darryl Cherry 07928078   5/16/002

Signature of Witness and Date: Bonnie A Snyder  16 May 02   (Firma del Testigo y Fecha)

Witness and Date   (Firma del Testigo y Fecha)

Inmate's Medical Record
Hospital File
Inmate

000172

BP-358(60)
MAY 1985