IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL LEE CHERRY,** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | **C.A. No. 04-292 Erie** |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
|     **Defendants.** ) | |

## ORDER

AND NOW, this 17th day of January, 2006;

IT IS HERE BY ORDERED that Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit [Document # 26] is DISMISSED as moot, since this Court has already granted Plaintiff the right to proceed with this case *in forma pauperis* by Order dated November 2, 2005 [Document # 2].

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                  S/Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  Chief U.S. Magistrate Judge