IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL LEE CHERRY,** | )<br>) |
| Plaintiff, | )<br>)   1:04cv292 |
| v. | )<br>) |
| **UNITED STATES OF AMERICA,** et al., | )<br>)<br>) |
| Defendants. | ) |

### ORDER

AND NOW, *to wit,* this 31st day of January, 2006, the Plaintiff having appealed the January 17, 2006 Order of United States Magistrate Judge Baxter [Doc. No. 30] denying his motion [Doc. No. 27] for appointment of counsel,

IT IS HEREBY ORDERED that the Appeal is DENIED. The January 17, 2006 Order of United States Magistrate Judge Baxter [Doc. No. 30] is AFFIRMED.

                                                             s/ Sean J. McLaughlin

                                                             Sean J. McLaughlin
                                                             United States District Judge

cm:   All parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter