UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Daryl L. Cherry,
    Plaintiff,
        vs.
United sates of America
    et al,
    Defendants.

Civ. Case #04-292   ERIE
(McLaughlin/Baxter)

Plaintiff's Change of Address Notification and Request for an Enlargement of Time to File Pltf's Objections to MR&R

**Comes Now,** Daryl L. Dherry, Plaintiff in the above entitled cause to respectfully notify all parties and this Court of his new prison address. Plaintiff presents the following:

  1)  On or about 27 February 2006, Plaintiff caused a "Motion for Additional Time to File Objections(to MR&R)" and supported that motion with the fact that he would be separated from his legal work while in transit.

  2)  Plaintiff has arrived at Federal Medical Center P.O. Box 4000 Rochester  MN. 55903 #07928-078 and is now in a position to begin the objections.

  3)  Plaintiff has already seen emergency medical staff for his detereoating medical ailments and has limited time to access the law library until his medical needs are established.

  4)  Plaintiff request an enlargement of time not to exceed the **21st day of April 2006** to research, prepare and file Pltf's objecttions to the MR&R.

Dated:  **18 March  2006**         Signed: *Daryl Cherry*
                                                    Daryl L. Cherry/Pltf.
                                                    POB 4000    FMC
                                                    Rochester   MN   55903
                                                    #07928-078

cc:  AUSA Wiegand   defendants' counsel

1

```
FROM:   Daryl L. Cherry 07928 078              19 March 06
        POB 4000   FMC   2-2
        Rochester MN   55903

  TO:   Clerk of the Court
        Erie PA

  RE:   Civ #04   292

        Cherry v. USA et al
```

Please file my change of address and request for more time motion with the Court.

Please filesatmp the extra copy and return it to me in the SASE provided.

I have served the defendant's attorney of record, as well.

Thank you, in advance.

DLC