COMMITTED NAME: D Cherry
REG. NO. & QTRS.: 07928 078 2-2
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

RECEIVED
MAR 2 4 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of the District Court

OFFICE OF THE CLERK
United States District Court
Western District of Pennsylvania
227 U.S. Courthouse
P.O. Box 1820
Erie, Pennsylvania 16507