IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRYL LEE CHERRY,  )
  )
    Plaintiff,  )
  )  Civil Action No. 04-292 ERIE
  v.  )
  )  Judge McLaughlin
UNITED STATES OF AMERICA,  )  Magistrate Judge Baxter
DR. OLSON, FCI-MCKEAN,  )
DR. BEAM, FCI-MCKEAN, MR. SMITH,  )
HOSPITAL ADMINISTRATOR,  )
JAMES F. SHERMAN, WARDEN  )
FCI- MCKEAN, D. SCOTT DODRILL,  )
REGIONAL DIRECTOR,  )
HARRELL WATTS, ADMINISTRATOR,  )
NEWTON E. KENDIG,  )
BOP MEDICAL DIR.  )
  )
    Defendants.  )

**PLAINTIFF'S MOTION TO DISMISS**

Plaintiff has read the Magistrate Judge's Report and Recommendation, and now realizes that this lawsuit should not have been filed prior to the conclusion of his administrative claim procedures. Further, Plaintiff has now been transferred to a Federal Medical Facility in Rochester, Minnesota.

Consequently, Plaintiff does not desire to take more of the Court's time, and requests that the Court dismiss his action pursuant to Civ. R. 41(a)(1).

Respectfully submitted,

Darryl Lee Cherry, pro se

April 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that the following were served with a copy of the foregoing by my depositing a copy, postage prepaid, in the prison mail system:

| | |
|---|---|
| U.S. Dept. of Justice<br>Attn: Megan E. Farrell<br>U.S. Attorney<br>Western Dist. of PA<br>633 U.S. Post Office &<br>    Courthouse<br>Pittsburgh, PA  15129 | Office of the Clerk<br>U.S. Dist. Court<br>Western Dist. of PA<br>227 U.S. Courthouse<br>P.O. Box 1820<br>Erie, PA  16507 |

April 10, 2006

*Darryl Cherry* (signature)
Darryl Lee Cherry

```
                    DARRYL LEE CHERRY
              Reg. No. 07928078
                 Federal Medical Center
                       PMB 4000
                Rochester, MN 55903-4000
```

April 10, 2006

Clerk of the Court
U.S. Dist. Court
Western Dist. of PA
227 U.S. Courthouse
P.O. Box 1820
Erie, PA  16507

        Re: 04-292 ERIE

Dear Clerk:

    I enclose for filing, PLAINTIFF'S MOTION TO DISMISS.  I appreciate your courtesy and cooperation.

                                    Very truly yours,

                                    /s/ Darryl Cherry