

RECEIVED

APR 17 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Office of the Clerk
U.S. District Court
Western Dist. of Pennsylvania
227 U.S. Courthouse
P.O. Box 1820
Erie, PA  16507

16507+0820

Darryl Cherry
Reg. 07028078
Federal Medical Center
PMB 4000
Rochester, MN 55903-4000