IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL LEE CHERRY, )<br>    Plaintiff, )<br>)<br>    Vs. )<br>)<br>UNITED STATES OF AMERICA )<br>et. al., )<br>    Defendants. ) | Civil Action No. 04-292 Erie |

**O R D E R**

AND NOW, this 17th day of April, 2006, the Plaintiff having filed a Motion to Dismiss (Doc. No. 39)

IT IS HEREBY ORDERED that the said motion is GRANTED.

FURTHER ORDERED that the Clerk of Courts is directed to mark this case CLOSED.

                                            S/Sean J. McLaughlin
                                            Sean J. McLaughlin
                                            United States District Judge

cc: all parties of record